'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i, man;  *prosecutor* | ) ) ) ) ) ) ) ) ) | nature of case: claim

claim: false claim and theft of property |
| State of New Jersey;  man with nj state trooper id 7789  *Wrongdoers* | | |

i, require; a 'court of record' (civilian court); 'trial by jury'

claim: false claim

i, man claim:

- that i am a man who is also an American State National by birthright.  i am not now nor was i ever a federal citizen subject to the jurisdiction of the "United States";
- that Trooper Porch (officer id 7789) is a man who sometimes acts as a public servant
- the said wrongdoers made false claims (COMPLAINT NO.: 1026 E16 616; 1026 E16 617; 1026 E16 618) against i and took my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787;
- the causal agent comes by bills of attainder and theft of property;
- the false claims did and do harm and injury to my good name, freedom, and property;
- the commencement of the wrong and harm began on November 26, 2016;
- the wrong continues to this day November 28, 2016;
- i, require immediate discharge of original claim.
- i require the immediate return of my property delivered to land address 77 Sanders Road, Rockaway, new jersey state.
- i, require compensation in the amount of $250,000 USD within 21 days of receipt of claim
- i, require a permanent restraining order against the State of New Jersey and any man or woman holding office under the United States from further interference with my rights.

i, say here, and will verify in open court, that all herein be true

*Thomas J Rogers*
November 28, 2016