'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i, man;<br>*prosecutor* | ) nature of case: claim<br>)<br>) claim: false claim, trespass, and theft of<br>)         property<br>) |
| _____<br>State of New Jersey;   man with nj state<br>trooper id 7789<br>*Wrongdoer(s)* | )<br>)<br>)<br>) |

i, require; a 'court of record' (civilian court); 'trial by jury'

claim: false claim

i, man claim:

- that i am a man who is also an American State National by birthright. i am not now nor was i ever a federal citizen subject to the jurisdiction of the "United States";
- that Trooper Porch (officer id 7789) is a man who sometimes acts as a public servant
- the said wrongdoer(s) made false claims (COMPLAINT NO.: 1026 E16 616; 1026 E16 617; 1026 E16 618) against i; took my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787; and trespassed on my rights and body.
- the causal agent comes by bills of attainder, theft of property, and trespass;
- the false claims did and do harm and injury to my good name, freedom, and property;
- the commencement of the wrong and harm began on November 26, 2016;
- the wrong and harm continues to this day December 12, 2016;
- i, require immediate discharge of original claims;
- i require the immediate return of my property delivered to my home at land address 77 Sanders Road, Rockaway, new jersey state;
- i, require compensation in the amount of $250,000 USD and $5000 per day (5 minutes or more of calendar day) that i do not have possession and use of my property within 21 days of receipt of claim.

i, say here, and will verify in open court, that all herein be true

*Thomas J Rogers* (signature)
December 12, 2016

'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i, man;<br>*prosecutor* | ) <br>) nature of case: claim<br>)<br>) claim: false claim, trespass, and theft of<br>) property<br>State of New Jersey;   man with nj state ) <br>trooper id 7789 )<br>*Wrongdoer(s)* ) |

i, require; a 'court of record' (civilian court); 'trial by jury'

claim: false claim

i, man claim:

- that i am a man who is also an American State National by birthright. i am not now nor was i ever a federal citizen subject to the jurisdiction of the "United States";
- that Trooper Porch (officer id 7789) is a man who sometimes acts as a public servant
- the said wrongdoer(s) made false claims (COMPLAINT NO.: 1026 E16 616; 1026 E16 617; 1026 E16 618) against i; took my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787; and trespassed on my rights and body.
- the causal agent comes by bills of attainder, theft of property, and trespass;
- the false claims did and do harm and injury to my good name, freedom, and property;
- the commencement of the wrong and harm began on November 26, 2016;
- the wrong and harm continues to this day December 12, 2016;
- i, require immediate discharge of original claims;
- i require the immediate return of my property delivered to my home at land address 77 Sanders Road, Rockaway, new jersey state;
- i, require compensation in the amount of $250,000 USD and $5000 per day (5 minutes or more of calendar day) that i do not have possession and use of my property within 21 days of receipt of claim.

i, say here, and will verify in open court, that all herein be true

*Thomas J Rogers* (signature)
December 12, 2016

'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i, man; *prosecutor* | ) ) ) ) ) ) ) ) ) |
| ——————————— | nature of case: claim |
| State of New Jersey; man with nj state trooper id 7789 *Wrongdoer(s)* | claim: false claim, trespass, and theft of property |

i, require; a 'court of record' (civilian court); 'trial by jury'

claim: false claim

i, man claim:

- that i am a man who is also an American State National by birthright. i am not now nor was i ever a federal citizen subject to the jurisdiction of the "United States";
- that Trooper Porch (officer id 7789) is a man who sometimes acts as a public servant
- the said wrongdoer(s) made false claims (COMPLAINT NO.: 1026 E16 616; 1026 E16 617; 1026 E16 618) against i; took my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787; and trespassed on my rights and body.
- the causal agent comes by bills of attainder, theft of property, and trespass;
- the false claims did and do harm and injury to my good name, freedom, and property;
- the commencement of the wrong and harm began on November 26, 2016;
- the wrong and harm continues to this day December 12, 2016;
- i, require immediate discharge of original claims;
- i require the immediate return of my property delivered to my home at land address 77 Sanders Road, Rockaway, new jersey state;
- i, require compensation in the amount of $250,000 USD and $5000 per day (5 minutes or more of calendar day) that i do not have possession and use of my property within 21 days of receipt of claim.

i, say here, and will verify in open court, that all herein be true

*Thomas J Rogers* (signature)

December 12, 2016

To: William T Walsh
(Court Clerk)

From: Thomas Rogers

case# 2:16-CV-08870-JMV-JBC

RECEIVED
DEC 14 2016
AT 8:30 /1/16 9 . M
WILLIAM T. WALSH, CLERK