Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

December 20, 2016

James B. Clark
Referral Clerk
Federal District Court
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:  PROPIETY of the Case: 2:16-CV-08870-JMV-JBC**

Greetings James,

    i, noticed on PACER, that you wish, to alter[1] my **'claim'**, and convert it into a "Complaint",

    i believe this is going to be a cause of: an interference with my rights, and; confusion to all, who will be reading my claim, in the [near] future;

    If you are relying upon a "law", i, require of you, to tender to the 'rogers court', you findings of facts and conclusions of law, for your actions;

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

---

1 See: 'JS-44 Form' , i, filed with the Office of the Court Clerk
Originally: a personal injury claim; #360; 'DIVERSITY; Right [Private Right of Action];
Altered into a: CIVIL RIGHTS *COMPLAINT;* 440: Other; 'FEDERAL QUESTION'; Title 28 USC 1331

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas Rogers

**DEFENDANTS** State of New Jersey + man with State Police 7789

(b) County of Residence of First Listed Plaintiff: **morris**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Mercer**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, Email and Telephone Number)*
Thomas Rogers  862-209-1350
c/o 77 Sanders Rd
Rockaway, NJ 07866

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- 1 U.S. Government Plaintiff
- 3 Federal Question *(U.S. Government Not a Party)*
- 2 U.S. Government Defendant
- ✗ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✗ 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | ✗ 3 Foreign Nation | | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**TORTS - PERSONAL INJURY**: 360 Other Personal Injury (circled)

## V. ORIGIN *(Place an "X" in One Box Only)*
(✓) 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **Private Right of Action**
Brief description of cause: **False claims + theft**

## VII. REQUESTED IN COMPLAINT:
DEMAND $ **$250,000 / $35000/day**
JURY DEMAND: ✗ Yes  No

## VIII. RELATED CASE(S) IF ANY

DATE: _____  SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE