'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;**  *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789  *Wrongdoer(s)* | (verified) |

**order**

The *Rogers Court* requires a Magistrate, [*cf.* 28 U.S.C. 636 (b)(1)];

It has come to the attention of said *Court*, that the services of, John Michael Vazquez, [Magistrate] are available to serve said *Court*;

If John Michael Vazquez believes he is qualified to minister the affairs of a 'court of record', his (honorable) services, will please said *Court*;

*Thomas F. Rogers*
December 20, 2016