'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey;  man with nj state trooper id 7789 *Wrongdoer(s)* | Notice: 'right to pursue a claim' [*cf:* Private Right of Action] |

## Notice: 'right to pursue a claim'

In regards to: **'right to pursue a claim'**:

i, a man, now require of the 'Office of the Court Clerk', for the 'Federal Court', to not interfere with my right to pursue a claim.

i, say here, and will verify in open court, that all herein be true

*Thomas F Rogn*
December 20, 2016

*Endnote regarding:*

**Notice: right to pursue a claim**

**[*cf.* Private Right of Action]**

RIGHT OF ACTION: The privilege of instituting a lawsuit arising from a particular transaction or state of facts, such as a **suit that is based on** a contract or a TORT, *a civil wrong*

PROSECUTE: 15c., "follow up, **pursue**" (some course or action), from L. *prosecutes,* pp. of *prosequi* "follow after" (See: pursue). Meaning "bring to a court of law" is first recorded 1570s. *Prosecutor* in legal sense is attested from 1660s;

Definition of **Prosecute** is provided by 1913 Webster's Dictionary, **To seek to obtain by legal process; as, to prosecute a right in a court of law.**

CLAIM, ft. 1. A challenge, of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant.

Stowell v. Zouali, Plowd. 359;
Robinson v. Wiley, 15 N.Y. 491;
Fordyce v. Godman, 20 Ohio St. 14;
Douglas v. Beasley, 40 Ala. 147;
Prigg v Pennsylvania, 16 Pet. 615, 10 L. Ed. 1060;
U.S. v Rhodes (C.C.) 30 Fed. 433;
Sillman v. Eddy, 8 How. Prac. (N.Y.) 123

A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment.

Lawrence v. Miller 2 N.Y. 245, 254

RIGHT: i, do not require a 'CIVIL RIGHT', when I already possess inherent rights in this matter now before the Court.