'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789 *Wrongdoer(s)* | (verified) |

### notice

The *Rogers Court* delivers notice:

i, a man declare: any interference of; for, or, with the enjoyment of [my] property [the exercise of right(s)], by any qualified Employee, of court, will be held liable for damages due to injury and/or harm, resulting from or arising out of ANY tortuous act, error, or omission of the individual ['trespass upon the Case'];

i, will require: compensation of one-dollar for every second (viz., moment in Time) for *any* trespass;

*Thomas F Rogers*
December 20, 2016