'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| i, a man;<br>*prosecutor*<br><br>State of New Jersey, Man with the NJ State Trooper ID 7789<br>*Wrongdoer(s)* | 2:16-CV-08870-JMV-JBC<br><br>Notice: 'jurisdiction'<br><br>(verified) |

## notice: jurisdiction

the *Rogers Court* presents notice:

**Firstly:** i, a man, enter 'my case', [suit; accoutrements; &cs…] *into* 'Federal Court' (*civilian court* Ex parte Milligan 71 U.S.(4 Wall) 2);

**Secondly:** i, pay money into a 'Federal Court';

> "A party paying money *into* Court, admits the jurisdiction of such Court, and can not plead in abatement to it." -- J. Chitty pg. 444 (1851)

**Thirdly:** 'Federal Court', is a 'court of record';

> 25 C.J. Vol., *Federal Claim* § 344, pg 974

**Fourthly:** In a 'court of record', the magistrate is independent of the tribunal;

> Blacks Law Dictionary, 4th Ed. pg 1014

**Fifthly:** A 'court of record': acts in accordance with common law;

> Blacks Law Dictionary, 4th Ed. pg 1014

**Sixthly:** Suits in common law, the right of trial by jury shall be preserved;

> Seventh Amendment

**Seventhly:** The jury can take upon themselves and determine at their own hazard, the questions of fact and law; [*cf.* Littleton § 386; Bl. Comm. §378];

**Eighthly:** i, say here, and will verify in open court, that all herein be true

*Thomas F Rogers*

December 20, 2016

## Endnote regarding:

## Notice: jurisdiction

**SOVEREIGNTY OF THE "UNITED STATES":** exists only in an area not exceeding ten miles square known as Washington D.C and its territories, possessions, and enclaves.

> Constitution for the united States Article 1 Sec 8 (17)
> Constitution for the united States Article 4 Sec 3 (2)
> (*cf.* Hooven & Allison Co. v. Evatt 324 U.S. 652 (1945))

**THE STATES OF THE UNITED STATES** are subject to the jurisdiction of the 'United States' and are not the organic States of the Union. (UCC 1-201 (38)) The State of New Jersey is one such State of the United States.

**FEDERAL CITIZENS** are people birthed or naturalized in the 'United States'. (i.e. Washington D.C., its territories, possessions, and enclaves)

**50 STATES OF THE UNION** are the organic states united by and under the Constitution for the united States of America. (*cf.* Hooven & Allison Co. v. Evatt 324 U.S. 652 (1945))

**AMERICAN STATE NATIONAL:** man or woman birthed on the land within the borders of One of the 50 States of the Union. Also Known As: **THE PEOPLE.** At the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects…with none to govern but themselves… (*cf.* Chisholm v Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472)

The 'United States' has long standing tradition of recognition between the privileges of its citizens and residents and the People of the 50 States of the Union which are distinct and foreign to each other.

> *c.f. "It is quite clear, then, that there is a citizenship of the United States and a citizenship of a State, which are distinct from each other and which depend upon different characteristics or circumstances in the individual." [Slaughter House Cases, 83 U.S. 36 (1873)]*

> *c.f. "We have in our political system a Government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own …." [U.S. v. Cruikshank, 92 U.S. 542 (1875)]*

> *c.f. "There are, then, under our republican form of government, two classes of citizens, one of the United States and one of the state…" [Gardina v. Board of Registrars, 160 Ala. 155 (1909)]*

*c.f. "the term 'citizen' in the United States, is analogous to the term 'subject' in common law; the change of phrase has resulted from the change in government." [State v Manuel, 20 NC 122]*

*c.f. "...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship." [Madden v Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940)]*

*c.f. "...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship." [Madden v Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940)]*

*c.f. "Taxpayers are not [de jure] State Citizens." [Belmont v. Town of Gulfport 122 So. 10]*

*c.f. "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship" [Jones v. Temmer, 89 F.Supp 1226]*

*c.f. "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States." U.S. vs Valentine 288 F.Supp. 957]*

*c.f. "The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other." [Colgate v. Harvey, 296 U.S. 404; 56 S. Ct. 252 (1935)]*

*c.f. "That's not what the Founders of this nation envisioned when they gave us the gift of self-government." President Obama October 17, 2013 Statement in regards to reopening the government.*

**OATH SWORN MEN AND WOMEN under the United States:** may administer to the affairs of their citizens and residents through their statutes, codes, rules, ordnances, etc. They are, however, under contract with American State Nationals to protect their inherent rights.