'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

(verified)

## notice:  venue

the *Rogers Court* presents notice:

**Firstly:** i, a man, enter **'my case'**, [suit; accoutrements; &cs…] *into* **'Federal Court'**

**Secondly:** **'Federal Court'** is to convene *at, a public courthouse* (venue);

**Thirdly:** The public courthouse, in where 'my case' lies, is known as a *federal district court;*

**Fourthly:** The *federal district court* is *at* a location also referred to as:

- 'Martin Luther King Building & U.S. Courthouse'
- 'UNITED STATES DISTRICT COURT, District of New Jersey'
- 'The district court of the united States';

**Fifthly:** The Name of the *public courthouse* varies but, at all times 'my case' lies '**in Federal Court'**;

**Sixthly:** I, say here, and will verify in open court, that all herein be true;

_Thomas J Rogers_
December 20, 2016