'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

(verified)

## notice: verifications

the *Rogers Court* presents notice:

**Firstly:**   i, a man, declare and require: all documents (including recommendations and orders) being placed into the 'case' are to be verified in open court, under oath or affirmation, all documents submitted without verification the Court will take notice as a contempt of court and will be VOID;

**Secondly:**   I, say here, and will verify in open court, that all herein be true;

_____Thomas J. Rogers_____
December 20, 2016