**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JAN 12  P 4: 06

i, a man;
*prosecutor*

2:16-CV-08870-JMV-JBC

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

Order: Deadline for response

(verified)

## order – Deadline for Response

The *'Rogers Court'* orders:

i, a man, order the deadline to respond for 'James Porch' and 'State of New Jersey' to be extended no later than Monday, January 16, 2017 at 4:00pm EST. Response must be made by 'James Porch' and 'State of New Jersey' with wet-ink signatures that must be voice verified in open court stating a valid and verifiable claim to my property and rights.

Failure to respond will result in default.

*Thomas F Rogers*

January 12, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

i, a man;
*prosecutor*

2:16-CV-08870-JMV-JBC

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

Order: Deadline for response

(verified)

## order – Deadline for Response

The *'Rogers Court'* orders:

i, a man, order the deadline to respond for 'James Porch' and 'State of New Jersey' to be extended no later than Monday, January 16, 2017 at 4:00pm EST. Response must be made by 'James Porch' and 'State of New Jersey' with wet-ink signatures that must be voice verified in open court stating a valid and verifiable claim to my property and rights.

Failure to respond will result in default.

*Thomas F Rogers*

January 12, 2017

'Federal Court'
at
'District Court of the united States
for New Jersey'

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-CV-08870-JMV-JBC

Order: Deadline for response

(verified)

## order – Deadline for Response

The *'Rogers Court'* orders:

i, a man, order the deadline to respond for 'James Porch' and 'State of New Jersey' to be extended no later than Monday, January 16, 2017 at 4:00pm EST. Response must be made by 'James Porch' and 'State of New Jersey' with wet-ink signatures that must be voice verified in open court stating a valid and verifiable claim to my property and rights.

Failure to respond will result in default.

*Thomas F Rogers*

January 12, 2017

**'Federal Court'**
at
**'District Court of the united States**
for New Jersey'

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JAN 12 ₽ 4: 06

i, a man;
*prosecutor*

2:16-CV-08870-JMV-JBC

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

Order: vacate order

(verified)

### order – vacate order

The *'Rogers Court'* orders the order made by James B. Clark, III. to be vacated for the following reasons:

Firstly:      It is not my wish to grant the request of Kevin J. Dronson.

Secondly:   As per the rules of my court the magistrate does not have the authority to make decisions.

*Thomas J. Rogers*

January 12, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-CV-08870-JMV-JBC

Order: vacate order

(verified)

### order – vacate order

The *'Rogers Court'* orders the order made by James B. Clark, III. to be vacated for
the following reasons:

Firstly:      It is not my wish to grant the request of Kevin J. Dronson.

Secondly:   As per the rules of my court the magistrate does not have the
authority to make decisions.

_____
January 12, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

2:16-CV-08870-JMV-JBC

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

Order: vacate order

(verified)

## order – vacate order

The *'Rogers Court'* orders the order made by James B. Clark, III. to be vacated for
the following reasons:

Firstly:     It is not my wish to grant the request of Kevin J. Dronson.

Secondly:     As per the rules of my court the magistrate does not have the
authority to make decisions.

*Thomas F. Rogers*

January 12, 2017

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07101

**RE:  Case: 2:16-CV-08870-JMV-JBC**

Greetings John,

First:  As the independent and impartial magistrate of this common law proceeding it is your duty to witness the proceedings as they occur;

Second: the wrongdoers by their own choice did not respond;

Third:  It was your duty to sign the default orders;

Fourth:  If you are relying upon a "law" i, require of you, to tender to the 'rogers court', your findings of facts and conclusions of law, for your actions;

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07101

**RE: Case: 2:16-CV-08870-JMV-JBC**

Greetings John,

First: As the independent and impartial magistrate of this common law proceeding it is your duty to witness the proceedings as they occur;

Second: the wrongdoers by their own choice did not respond;

Third: It was your duty to sign the default orders;

Fourth: If you are relying upon a "law" i, require of you, to tender to the 'rogers court', your findings of facts and conclusions of law, for your actions;

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07101

**RE: Case: 2:16-CV-08870-JMV-JBC**

Greetings John,

First:  As the independent and impartial magistrate of this common law proceeding it is your duty to witness the proceedings as they occur;

Second: the wrongdoers by their own choice did not respond;

Third:  It was your duty to sign the default orders;

Fourth:  If you are relying upon a "law" i, require of you, to tender to the 'rogers court', your findings of facts and conclusions of law, for your actions;

Godspeed,

Thomas F Rogers

Thomas F. Rogers

'Federal Court'
at
'District Court of the united States OF NEW JERSEY
for New Jersey'

CLERK
U.S. DISTRICT COURT
RECEIVED

2017 JAN 12  P 4: 06

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: claim not complaint

**(verified)**

## notice: Claim not Complaint

the *Rogers Court* presents notice:

**Firstly:**   i, a man, am not "complaining" or making a "complaint";

**Secondly:**   i, a man, am pursuing a claim for my property and just compensation for wrongs done against i;

**Thirdly:**   i, a man, declare and require: all documents (including recommendations and orders) being placed into the 'case' file that refer to my 'claim' as a "complaint" the Court will take notice as a contempt of court and will be VOID;

**Secondly:**   I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

January 12, 2017

'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: claim not complaint

**(verified)**

## notice:  Claim not Complaint

the *Rogers Court* presents notice:

**Firstly:**     i, a man, am not "complaining" or making a "complaint";

**Secondly:**     i, a man, am pursuing a claim for my property and just compensation for wrongs
done against i;

**Thirdly:**     i, a man, declare and require: all documents (including recommendations and
orders) being placed into the 'case' file that refer to my 'claim' as a "complaint"
the Court will take notice as a contempt of court and will be VOID;

**Secondly:**     I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

January 12, 2017

### 'Federal Court'
### at
### 'District Court of the united States
### for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: claim not complaint

**(verified)**

## notice:  Claim not Complaint

the *Rogers Court* presents notice:

**Firstly:**  i, a man, am not "complaining" or making a "complaint";

**Secondly:**  i, a man, am pursuing a claim for my property and just compensation for wrongs done against i;

**Thirdly:**  i, a man, declare and require: all documents (including recommendations and orders) being placed into the 'case' file that refer to my 'claim' as a "complaint" the Court will take notice as a contempt of court and will be VOID;

**Secondly:**  I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

January 12, 2017

'Federal Court'

at

'District Court of the united States

for New Jersey'

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JAN 12  P 4: 06

**i, a man;**

*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

| 2:16-cv-08870-JMV-JBC |

Notice: only men

**(verified)**

## notice:  only men

the *Rogers Court* presents notice:

**Firstly:**   i, a man, declare that i am a man.  i am not a plaintiff or anything other than a man.  Any document submitted referring to me as anything other than "i" or "prosecutor" or a man, the Court will take notice as contempt of court and document will be VOID

**Secondly:**   i, a man, declare that 'James Porch' is also a man.  'James Porch' is not a defendant, trooper, or anything other than a man.  'James Porch' also at times acts as an oath sworn public servant.  Any document submitted referring to 'James Porch' as anything other than "James Porch" or "wrongdoer", the Court will take notice as contempt of court and document will be VOID

**Thirdly:**   As per the rules of my court only a man can testify under oath or affirmation.

**Fourthly:**   I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

January 12, 2017

'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: only men

**(verified)**

## notice:  only men

the *Rogers Court* presents notice:

**Firstly:**     i, a man, declare that i am a man.  i am not a plaintiff or anything other than a
man.  Any document submitted referring to me as anything other than "i" or
"prosecutor" or a man, the Court will take notice as contempt of court and
document will be VOID

**Secondly:**   i, a man, declare that 'James Porch' is also a man.  'James Porch' is not a
defendant, trooper, or anything other than a man.  'James Porch' also at times acts
as an oath sworn public servant.  Any document submitted referring to 'James
Porch' as anything other than "James Porch" or "wrongdoer", the Court will take
notice as contempt of court and document will be VOID

**Thirdly:**    As per the rules of my court only a man can testify under oath or affirmation.

**Fourthly:**   I, say here, and will verify in open court, that all herein be true;

*Thomas T. Rogers*

January 12, 2017

**'Federal Court'**
at
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: only men

**(verified)**

## notice:  only men

the *Rogers Court* presents notice:

**Firstly:**     i, a man, declare that i am a man.  i am not a plaintiff or anything other than a
man.  Any document submitted referring to me as anything other than "i" or
"prosecutor" or a man, the Court will take notice as contempt of court and
document will be VOID

**Secondly:**     i, a man, declare that 'James Porch' is also a man.  'James Porch' is not a
defendant, trooper, or anything other than a man.  'James Porch' also at times acts
as an oath sworn public servant.  Any document submitted referring to 'James
Porch' as anything other than "James Porch" or "wrongdoer", the Court will take
notice as contempt of court and document will be VOID

**Thirdly:**     As per the rules of my court only a man can testify under oath or affirmation.

**Fourthly:**     I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

January 12, 2017

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway, new jersey
(862) 209-1350 NEW JERSEY
TFRogersLaw@gmail.com

2017 JAN 12  P 4: 06

January 12, 2017

Kevin J. Dronson
Deputy Attorney General
State of New Jersey
Richard J. Hughs Justice Complex
25 Markey Street
PO box 112
Trenton, NJ 08625

**RE: Case: 2:16-CV-08870-JMV-JBC**

Greetings Kevin,

As per the rules of court this is a common law proceeding. As a man who is also an American State National I have the inherent right to such a trial.

Your U.S. Supreme court has recognized this fact time and time again.

As an oath sworn man it is your duty to protect my right to such a trial. To do otherwise would be a failure to honor your oath of office.

As such I have no obligation to know, follow, or even read your federal rules of civil procedure or any new Jersey codes and statutes. I have no idea what my rights are under them. I am not subject to them. They have no place in this proceeding.

Further only the jury can make any decisions. The magistrate is independent of the tribunal as per the rules of court.

Godspeed,

Thomas F Rogers

Thomas F. Rogers

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

Kevin J. Dronson
Deputy Attorney General
State of New Jersey
Richard J. Hughs Justice Complex
25 Markey Street
PO box 112
Trenton, NJ 08625

**RE:  Case: 2:16-CV-08870-JMV-JBC**

Greetings Kevin,

As per the rules of court this is a common law proceeding.  As a man who is also an American State National I have the inherent right to such a trial.

Your U.S. Supreme court has recognized this fact time and time again.

As an oath sworn man it is your duty to protect my right to such a trial.  To do otherwise would be a failure to honor your oath of office.

As such I have no obligation to know, follow, or even read your federal rules of civil procedure or any new Jersey codes and statutes. I have no idea what my rights are under them. I am not subject to them. They have no place in this proceeding.

Further only the jury can make any decisions. The magistrate is independent of the tribunal as per the rules of court.

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

Kevin J. Dronson
Deputy Attorney General
State of New Jersey
Richard J. Hughs Justice Complex
25 Markey Street
PO box 112
Trenton, NJ 08625

**RE:  Case: 2:16-CV-08870-JMV-JBC**

Greetings Kevin,

As per the rules of court this is a common law proceeding.  As a man who is also an American State National I have the inherent right to such a trial.

Your U.S. Supreme court has recognized this fact time and time again.

As an oath sworn man it is your duty to protect my right to such a trial.  To do otherwise would be a failure to honor your oath of office.

As such I have no obligation to know, follow, or even read your federal rules of civil procedure or any new Jersey codes and statutes. I have no idea what my rights are under them. I am not subject to them. They have no place in this proceeding.

Further only the jury can make any decisions. The magistrate is independent of the tribunal as per the rules of court.

Godspeed,

Thomas F Rogers

Thomas F. Rogers

'Federal Court'
at
'District Court of the united States
for New Jersey'

U.S. DISTRICT COURT
CLERK
RECEIVED
2017 JAN 12  P 4: 06

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Interference of Case

**(verified)**

## notice:  Interference of Case

The *Rogers Court* presents notice:

James B. Clark, III, (man in a black robe) is interfering with my case

First:  As per previous acceptance the magistrate of my case is John Vasquez;

Second:  as per the rules of my court this proceeding is meeting at the 'Federal Court' **not** in the U.S. District Court.

Third: as per the rules of my court this is a common law matter.  The "federal rules of civil procedure" do not apply;

Fourth: As per the rules of my court only a jury can make a decision.  You have no authority to do so.

Fifth:  as per the rules of my court all documents must be verified under oath or affirmation in an open public court.

Sixth: as per the rules of my court ALL documents must be affixed with a wet ink (blue ink) signature of its creator.

Seventh: you are interfering with my case.  By the wrongdoers own choice they did not respond to my case.  As per the rules of my court you are liable for trespassing on my case.  I received notification of your initial trespass at 5:49pm of January 10,2017.

Eighth: I order you stop interfering with my case immediately.

Nineth:  I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
*January 12, 2017*

 Gmail

**Tom Rogers <tfrogerslaw@gmail.com>**

## Activity in Case 2:16-cv-08870-JMV-JBC ROGERS v. STATE OF NEW JERSEY et al Motion for Extension of Time to File Answer
1 message

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>
To: njdefiling@njd.uscourts.gov

Tue, Jan 10, 2017 at 5:49 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

### Notice of Electronic Filing

The following transaction was entered by DRONSON, KEVIN on 1/10/2017 at 5:49 PM EST and filed on 1/10/2017
**Case Name:**       ROGERS v. STATE OF NEW JERSEY et al
**Case Number:**    2:16-cv-08870-JMV-JBC
**Filer:**                 MAN WITH NJ STATE TROOPER ID 7789
                           STATE OF NEW JERSEY
**Document Number:** 17

**Docket Text:**
**MOTION for Extension of Time to File Answer by MAN WITH NJ STATE TROOPER ID 7789, STATE OF NEW JERSEY. (Attachments: # (1) Declaration, # (2) Text of Proposed Order, # (3) Certificate of Service)(DRONSON, KEVIN)**

**2:16-cv-08870-JMV-JBC Notice has been electronically mailed to:**

KEVIN JOHN DRONSON &nbsp &nbsp kevin.dronson@dol.lps.state.nj.us, kevindronson@yahoo.com

THOMAS ROGERS &nbsp &nbsp TFRogersLaw@gmail.com

**2:16-cv-08870-JMV-JBC Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-0
] [4097852e0be4a4275c96471e09c66ed034ee5822ba598b1cd75da421f290c2f7b39
e91675f61f587d79e842fe57d996c44e6a2ba5513b35f205192403324628b]]
**Document description:**Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-1
] [2d78aa814ff82eea44665fd72937a808d2ae32ba07195361d8a81f9edbcea03d7f7
c5b983623bde96c731c77d2fc2c11e4372cc34bb8a595bf101c6573a0d7b6]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-2
] [17d633ca8b21fcd10f847ac84755ba12397b8f9c65af631b5104dfb7daa75d99a71
788f44fb4bcccfdaaa5fbbe45fdd4c0dba5712d5c952508d37539cec4dac2]]
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-3
] [6218a2f62e2ab6e624cebc4dab80f1417f9b59d33f3c8b688f4546a93df40a577b4
b76897fba10edaa0a094481cc490fae697c28f1fb573a6d1642f29dccf416]]

'Federal Court'
at
'District Court of the united States
for New Jersey'

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Interference of Case

**(verified)**

### notice:  Interference of Case

The *Rogers Court* presents notice:

James B. Clark, III, (man in a black robe) is interfering with my case

First:  As per previous acceptance the magistrate of my case is John Vasquez;

Second:  as per the rules of my court this proceeding is meeting at the 'Federal Court' **not** in the U.S. District Court.

Third: as per the rules of my court this is a common law matter.  The "federal rules of civil procedure" do not apply;

Fourth: As per the rules of my court only a jury can make a decision. You have no authority to do so.

Fifth:  as per the rules of my court all documents must be verified under oath or affirmation in an open public court.

Sixth: as per the rules of my court ALL documents must be affixed with a wet ink (blue ink) signature of its creator.

Seventh: you are interfering with my case. By the wrongdoers own choice they did not respond to my case.  As per the rules of my court you are liable for trespassing on my case.  I received notification of your initial trespass at 5:49pm of January 10,2017.

Eighth: I order you stop interfering with my case immediately.

Nineth:  I, say hear,  and will verify in open Court that all herein be true.

*Thomas J Rogers*
*January 12, 2017*

 

# M Gmail

---

## Activity in Case 2:16-cv-08870-JMV-JBC ROGERS v. STATE OF NEW JERSEY et al Motion for Extension of Time to File Answer

1 message

---

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>                    Tue, Jan 10, 2017 at 5:49 PM
To: njdefiling@njd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

### Notice of Electronic Filing

The following transaction was entered by DRONSON, KEVIN on 1/10/2017 at 5:49 PM EST and filed on 1/10/2017

| | |
|---|---|
| **Case Name:** | ROGERS v. STATE OF NEW JERSEY et al |
| **Case Number:** | 2:16-cv-08870-JMV-JBC |
| **Filer:** | MAN WITH NJ STATE TROOPER ID 7789 |
| | STATE OF NEW JERSEY |

**Document Number:** 17

**Docket Text:**
**MOTION for Extension of Time to File Answer by MAN WITH NJ STATE TROOPER ID 7789, STATE OF NEW JERSEY. (Attachments: # (1) Declaration, # (2) Text of Proposed Order, # (3) Certificate of Service)(DRONSON, KEVIN)**

**2:16-cv-08870-JMV-JBC Notice has been electronically mailed to:**

KEVIN JOHN DRONSON &nbsp &nbsp

THOMAS ROGERS

**2:16-cv-08870-JMV-JBC Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-0
] [4097852e0be4a4275c96471e09c66ed034ee5822ba598b1cd75da421f290c2f7b39
e91675f61f587d79e842fe57d996c44e6a2ba5513b35f205192403324628b]]
**Document description:** Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-1
] [2d78aa814ff82eea44665fd72937a808d2ae32ba07195361d8a81f9edbcea03d7f7
c5b983623bde96c731c77d2fc2c11e4372cc34bb8a595bf101c6573a0d7b6]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-2
] [17d633ca8b21fcd10f847ac84755ba12397b8f9c65af631b5104dfb7daa75d99a71
788f44fb4bcccfdaaa5fbbe45fdd4c0dba5712d5c952508d37539cec4dac2]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-3
] [6218a2f62e2ab6e624cebc4dab80f1417f9b59d33f3c8b688f4546a93df40a577b4
b76897fba10edaa0a094481cc490fae697c28f1fb573a6d1642f29dccf416]]

'Federal Court'
at
'District Court of the united States
for New Jersey'

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Interference of Case

**(verified)**

## notice:  Interference of Case

The *Rogers Court* presents notice:

James B. Clark, III, (man in a black robe) is interfering with my case

First:  As per previous acceptance the magistrate of my case is John Vasquez;

Second:  as per the rules of my court this proceeding is meeting at the 'Federal Court' **not** in the U.S. District Court.

Third: as per the rules of my court this is a common law matter.  The "federal rules of civil procedure" do not apply;

Fourth: As per the rules of my court only a jury can make a decision. You have no authority to do so.

Fifth:  as per the rules of my court all documents must be verified under oath or affirmation in an open public court.

Sixth: as per the rules of my court ALL documents must be affixed with a wet ink (blue ink) signature of its creator.

Seventh: you are interfering with my case.  By the wrongdoers own choice they did not respond to my case.  As per the rules of my court you are liable for trespassing on my case.  I received notification of your initial trespass at 5:49pm of January 10,2017.

Eighth: I order you stop interfering with my case immediately.

Nineth:  I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
January 12, 2017

 Gmail 

---

## Activity in Case 2:16-cv-08870-JMV-JBC ROGERS v. STATE OF NEW JERSEY et al Motion for Extension of Time to File Answer

1 message

---

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>
To: njdefiling@njd.uscourts.gov

Tue, Jan 10, 2017 at 5:49 PM

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

### Notice of Electronic Filing

The following transaction was entered by DRONSON, KEVIN on 1/10/2017 at 5:49 PM EST and filed on 1/10/2017

**Case Name:**     ROGERS v. STATE OF NEW JERSEY et al
**Case Number:**   2:16-cv-08870-JMV-JBC
**Filer:**         MAN WITH NJ STATE TROOPER ID 7789
                   STATE OF NEW JERSEY

**Document Number:** 17

Docket Text:
**MOTION for Extension of Time to File Answer by MAN WITH NJ STATE TROOPER ID 7789, STATE OF NEW JERSEY.**
**(Attachments: # (1) Declaration, # (2) Text of Proposed Order, # (3) Certificate of Service)(DRONSON, KEVIN)**

**2:16-cv-08870-JMV-JBC Notice has been electronically mailed to:**

KEVIN JOHN DRONSON &nbsp &nbsp

THOMAS ROGERS &nbsp &nbsp

**2:16-cv-08870-JMV-JBC Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-0
] [4097852e0be4a4275c96471e09c66ed034ee5822ba598b1cd75da421f290c2f7b39
e91675f61f587d79e842fe57d996c44e6a2ba5513b35f205192403324628b]]
**Document description:** Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-1
] [2d78aa814ff82eea44665fd72937a808d2ae32ba07195361d8a81f9edbcea03d7f7
c5b983623bde96c731c77d2fc2c11e4372cc34bb8a595bf101c6573a0d7b6]]
**Document description:** Text of Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-2
] [17d633ca8b21fcd10f847ac84755ba12397b8f9c65af631b5104dfb7daa75d99a71
788f44fb4bcccfdaaa5fbbe45fdd4c0dba5712d5c952508d37539cec4dac2]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/10/2017] [FileNumber=9853900-3
] [6218a2f62e2ab6e624cebc4dab80f1417f9b59d33f3c8b688f4546a93df40a577b4
b76897fba10edaa0a094481cc490fae697c28f1fb573a6d1642f29dccf416]]

'Federal Court'
U.S. **at**STRICT COURT
'District Court of the united States
for New Jersey'
2017 JAN 12 ᵽ 4: 06

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Definitions

**(verified)**

## notice: definitions

the *Rogers Court* presents notice:

i, a man declare the following words to have the following meanings;

1) **bill of attainder:** (also known as an act of attainder or writ of attainder or bill of pains and penalties) is an act of a legislature declaring a person or group of persons guilty of some crime and punishing them, often without a trial. As with attainder resulting from the normal judicial process, the effect of such a bill is to nullify the targeted person's rights, most notably the right to own property.

2) **conscious:** aware of one's own existence, sensations, thoughts, surroundings, actions, etc.

3) **extortion:** an unlawful taking of money or property by a government officer. It is an oppressive misuse of the power with which the law clothes a public officer.

4) **levying war:** In criminal law. The assembling of a body of men for the purpose of effecting by force a treasonable object; LEWDNESS ' and all who perform any part, however minute, or however remote from the scene of action, and who are leagued in the general conspiracy, are considered as engaged in levying war, within the meaning of the constitution. Const, art. 3,

5) **man**[1]: a human being;

6) **protection money:** Sums extracted from an entity by a criminal, gang leader, or government official to 'protect' the entity from other criminals, trouble makers, or regulatory agencies. Its demand is accompanied by an express or implied threat that its non-payment will bring great harm to the non-payer.

---

[1] "We hold these truths to be self-evident, that all **men are created equal**, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. That to secure these rights, **Governments are instituted among Men**, deriving their just Powers from the consent of the governed... -- Declaration of Independence Paragraph 2. (Emphasis added)

7) **slavery:** a civil relationship whereby one person has absolute power over another and controls his life, liberty, and fortune

8) **Sovereignty:** Strictly speaking, in our republican forms of government, the absolute sovereignty of the nation is in the people of the nation; (q.v.) and the residuary sovereignty of each state, not granted to any of its public functionaries, is in the people of the state. (q.v.) [*c.f.* 2 Dall. 471; and vide, generally, 2 Dall. 433, 455; 3 Dall. 93; 1 Story, Const. Sec. 208; 1 Toull. n. 20 Merl. Repert. h.t.]

9) **Treason:** Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.  Constitution for the united States of America 3-3-1

I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogers*

January 12, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Definitions

**(verified)**

## notice:  definitions

the *Rogers Court* presents notice:

i, a man declare the following words to have the following meanings;

1) **bill of attainder:** (also known as an act of attainder or writ of attainder or bill of pains and penalties) is an act of a legislature declaring a person or group of persons guilty of some crime and punishing them, often without a trial. As with attainder resulting from the normal judicial process, the effect of such a bill is to nullify the targeted person's rights, most notably the right to own property.

2) **conscious:** aware of one's own existence, sensations, thoughts, surroundings, actions, etc.

3) **extortion:** an unlawful taking of money or property by a government officer. It is an oppressive misuse of the power with which the law clothes a public officer.

4) **levying war:** In criminal law. The assembling of a body of men for the purpose of effecting by force a treasonable object; LEWDNESS ' and all who perform any part, however minute, or however remote from the scene of action, and who are leagued in the general conspiracy, are considered as engaged in levying war, within the meaning of the constitution. Const, art. 3,

5) **man**[1]: a human being;

6) **protection money:** Sums extracted from an entity by a criminal, gang leader, or government official to 'protect' the entity from other criminals, trouble makers, or regulatory agencies. Its demand is accompanied by an express or implied threat that its non-payment will bring great harm to the non-payer.

---

[1] "We hold these truths to be self-evident, that all **men are created equal**, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. That to secure these rights, **Governments are instituted among Men**, deriving their just Powers from the consent of the governed... -- Declaration of Independence Paragraph 2. (Emphasis added)

7) **slavery:** a civil relationship whereby one person has absolute power over another and controls his life, liberty, and fortune

8) **Sovereignty:** Strictly speaking, in our republican forms of government, the absolute sovereignty of the nation is in the people of the nation; (q.v.) and the residuary sovereignty of each state, not granted to any of its public functionaries, is in the people of the state. (q.v.) [*c.f.* 2 Dall. 471; and vide, generally, 2 Dall. 433, 455; 3 Dall. 93; 1 Story, Const. Sec. 208; 1 Toull. n. 20 Merl. Repert. h.t.]

9) **Treason:** Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court. Constitution for the united States of America 3-3-1

I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogua*

January 12, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Definitions

**(verified)**

## notice:  definitions

the *Rogers Court* presents notice:

i, a man declare the following words to have the following meanings;

1) **bill of attainder:** (also known as an act of attainder or writ of attainder or bill of pains and penalties) is an act of a legislature declaring a person or group of persons guilty of some crime and punishing them, often without a trial. As with attainder resulting from the normal judicial process, the effect of such a bill is to nullify the targeted person's rights, most notably the right to own property.

2) **conscious:** aware of one's own existence, sensations, thoughts, surroundings, actions, etc.

3) **extortion:** an unlawful taking of money or property by a government officer. It is an oppressive misuse of the power with which the law clothes a public officer.

4) **levying war:**  In criminal law. The assembling of a body of men for the purpose of effecting by force a treasonable object; LEWDNESS ' and all who perform any part, however minute, or however remote from the scene of action, and who are leagued in the general conspiracy, are considered as engaged in levying war, within the meaning of the constitution. Const, art. 3,

5) **man**[1]: a human being;

6) **protection money:**  Sums extracted from an entity by a criminal, gang leader, or government official to 'protect' the entity from other criminals, trouble makers, or regulatory agencies. Its demand is accompanied by an express or implied threat that its non-payment will bring great harm to the non-payer.

---

[1] "We hold these truths to be self-evident, that all **men are created equal**, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness.  That to secure these rights, **Governments are instituted among Men**, deriving their just Powers from the consent of the governed... -- Declaration of Independence Paragraph 2. (Emphasis added)

7) **slavery:** a civil relationship whereby one person has absolute power over another and controls his life, liberty, and fortune

8) **Sovereignty:** Strictly speaking, in our republican forms of government, the absolute sovereignty of the nation is in the people of the nation; (q.v.) and the residuary sovereignty of each state, not granted to any of its public functionaries, is in the people of the state. (q.v.) [*c.f.* 2 Dall. 471; and vide, generally, 2 Dall. 433, 455; 3 Dall. 93; 1 Story, Const. Sec. 208; 1 Toull. n. 20 Merl. Repert. h.t.]

9) **Treason:** Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.  Constitution for the united States of America 3-3-1

I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogue*

January 12, 2017

'Federal Court'
at U.S. DISTRICT COURT
'District Court of the united States' DISTRICT OF NEW JERSEY
for New Jersey' RECEIVED
2017 JAN 12  P 4: 06

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

| 2:16-cv-08870-JMV-JBC |

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-main (attached) entered
              into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
              court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

_Thomas F Rogers_
January 12, 2017

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| THOMAS ROGERS, | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| Plaintiff, | NOTICE OF MOTION TO EXTEND THE TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT, PURSUANT TO <u>FED. R. CIV. P.</u> 6(b)(1)(A)(B) |
| v. | |
| STATE OF NEW JERSEY, et al. | |
| Defendants. | |

TO: CLERK OF THE COURT

    Thomas Rogers
    77 Sanders Road
    Rockaway, New Jersey 07866

HONORABLE JUDGES:

    PLEASE TAKE NOTICE that on February 6, 2017, or as soon thereafter as it may be heard, the undersigned, Christopher S. Porrino, Attorney General of New Jersey, by Kevin J. Dronson, Deputy Attorney General, on behalf of Defendants Trooper James Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:        i, a man declare as per the rules of my court document 17-main (attached) entered
                into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
                court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| THOMAS ROGERS,<br><br>          Plaintiff,<br><br>      v.<br><br>STATE OF NEW JERSEY, et al.<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

CIVIL ACTION NO. 16-cv-08870
(JMV-JBC)

NOTICE OF MOTION TO EXTEND THE TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT, PURSUANT TO FED. R. CIV. P. 6(b)(1) (A)(B)

TO: CLERK OF THE COURT

Thomas Rogers
77 Sanders Road
Rockaway, New Jersey 07866

HONORABLE JUDGES:

PLEASE TAKE NOTICE that on February 6, 2017, or as soon thereafter as it may be heard, the undersigned, Christopher S. Porrino, Attorney General of New Jersey, by Kevin J. Dronson, Deputy Attorney General, on behalf of Defendants Trooper James Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-main (attached) entered
into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting an unverified document.

I, say hear, and will verify in open Court that all herein be true.

*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF NEW JERSEY<br>
VICINAGE OF NEWARK

| | |
|---|---|
| THOMAS ROGERS,<br><br>            Plaintiff,<br><br>       v.<br><br>STATE OF NEW JERSEY, et al.<br><br>         Defendants. | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC)<br><br>NOTICE OF MOTION TO EXTEND THE TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT, PURSUANT TO <u>FED. R. CIV. P.</u> 6(b)(1) (A)(B) |

TO:  CLERK OF THE COURT

     Thomas Rogers
     77 Sanders Road
     Rockaway, New Jersey 07866

HONORABLE JUDGES:

     PLEASE TAKE NOTICE that on February 6, 2017, or as soon thereafter as it may be heard, the undersigned, Christopher S. Porrino, Attorney General of New Jersey, by Kevin J. Dronson, Deputy Attorney General, on behalf of Defendants Trooper James Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

> CHRISTOPHER S. PORRINO
> ATTORNEY GENERAL OF NEW JERSEY

By: /s/ *Kevin J. Dronson*

> Kevin J. Dronson
> Deputy Attorney General

Dated: January 10, 2017

'Federal Court'
at CLERK
U.S. DISTRICT COURT
'District Court of the united States
for New Jersey'RECEIVED

2017 JAN 12  P 4: 06

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

| 2:16-cv-08870-JMV-JBC |

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-3 (attached) entered
              into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
              court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                     VICINAGE OF NEWARK

|  |  |
|---|---|
| THOMAS ROGERS, | :    CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | :    CERTIFICATION OF SERVICE |
|  | : |
| STATE OF NEW JERSEY, et al. | : |
|  | : |
| Defendants. | : |

    I hereby certify that Defendant's Motion to Extend the Time to

Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed

electronically with the Clerk of the United States District Court

and that copies will be sent to:

                     Thomas Rogers
                     77 Sanders Road
                     Rockaway, New Jersey 07866

                     By: /s/ Kevin J. Dronson
                         Kevin J. Dronson
                         Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:  i, a man declare as per the rules of my court document 17-3 (attached) entered
into my case to be void;

Secondly:  i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
     Attorney for Defendants Trooper James Porch and the State of
     New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| v. | : | CERTIFICATION OF SERVICE |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| Defendants. | : | |

     I hereby certify that Defendant's Motion to Extend the Time to

Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed

electronically with the Clerk of the United States District Court

and that copies will be sent to:

                    Thomas Rogers
                    77 Sanders Road
                    Rockaway, New Jersey 07866

                    By: /s/ Kevin J. Dronson

                         Kevin J. Dronson
                         Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-3 (attached) entered
into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF NEW JERSEY<br>
VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CERTIFICATION OF SERVICE |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |

I hereby certify that Defendant's Motion to Extend the Time to
Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed
electronically with the Clerk of the United States District Court
and that copies will be sent to:

           Thomas Rogers
           77 Sanders Road
           Rockaway, New Jersey 07866

           By: /s/ *Kevin J. Dronson*
                Kevin J. Dronson
                Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**

**at** CLERK
U.S. DISTRICT COURT
**'District Court of the united States'**
for New Jersey RECEIVED

2017 JAN 12 P 4: 06

i, a man;
*prosecutor*

2:16-cv-08870-JMV-JBC

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-2 (attached) entered
into my case to be void;

Secondly:     i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas J Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870<br>(JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | ORDER |
| | : | |
| STATE OF NEW JERSEY, et<br>al. | : | |
| | | |
| Defendants. | : | |

This matter having come before the Court on a motion of
Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.
Dronson, Deputy Attorney General, appearing as counsel on behalf of
the Defendants Trooper James Porch and the State of New Jersey,
pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having
considered the papers submitted herein, this matter being decided
under Fed. R. Civ. P. 78 and for good cause shown;

     IT IS on this      day of               , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

'Federal Court'
at
'District Court of the united States
for New Jersey'

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

### notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-2 (attached) entered
              into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
              court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

Thomas T Rogers
January 12, 2017

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

|  |  |
|---|---|
| THOMAS ROGERS, : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| : | |
| Plaintiff, | |
| : | |
| v. | ORDER |
| : | |
| STATE OF NEW JERSEY, et al. : | |
| : | |
| Defendants. : | |

    This matter having come before the Court on a motion of
Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.
Dronson, Deputy Attorney General, appearing as counsel on behalf of
the Defendants Trooper James Porch and the State of New Jersey,
pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having
considered the papers submitted herein, this matter being decided
under Fed. R. Civ. P. 78 and for good cause shown;

    IT IS on this      day of          , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

_____
HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-2 (attached) entered
             into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
             court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas T Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | ORDER |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| Defendants. | : | |


This matter having come before the Court on a motion of

Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.

Dronson, Deputy Attorney General, appearing as counsel on behalf of

the Defendants Trooper James Porch and the State of New Jersey,

pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having

considered the papers submitted herein, this matter being decided

under Fed. R. Civ. P. 78 and for good cause shown;

        IT IS on this        day of                , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

**'Federal Court'**

U.S. **at** DISTRICT COURT
**'District Court of the united States**
**for New Jersey'**

2017 JAN 12  P 4: 06

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-1 (attached) entered
            into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
            court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
*January 12, 2016*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | DECLARATION OF KEVIN J. DRONSON |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | | |
| Defendants. | : | |

Kevin J. Dronson, being of full age, hereby declares:

1.  I am a Deputy Attorney General assigned to the Corrections and
    State Police Section of the Department of Law and Public
    Safety, Division of Law, which handles litigation matters on
    behalf of the New Jersey State Police.  I am an attorney-at-
    law licensed to practice in the State of New Jersey and have
    been admitted to the bar of the United States District Court
    for the District of New Jersey.

2.    I make this Declaration on behalf of behalf of Defendants
      Trooper James Porch and the State of New Jersey in support of
      their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an
      extension of time to answer, move or otherwise reply to the
      Complaint.

3.    On November 28, 2016, Plaintiff filed his Complaint in this
      matter alleging "false claims by bills of attainder and theft
      of property" in connection with a traffic stop and resulting
      ticket issuance. In his Complaint, Plaintiff named the State
      of New Jersey and Trooper James Porch as Defendants.

4.    Service was effectuated on the State of New Jersey and Trooper
      Porch on December 15, 2016, and their responses to Plaintiff's
      Complaint were due on January 5, 2017.

5.    This matter was assigned to the undersigned on December 21,
      2016.

6.    On January 6, 2016, the undersigned received request for
      Attorney General representation on behalf of Defendant Porch.

7.    On January 9, 2016, Plaintiff requested default against
      Defendants. However, default has not yet been entered in this
      matter.

8.    This motion for an extension of time to answer, move or
      otherwise reply to Plaintiff's Complaint on behalf of
      Defendants Porch and the State of New Jersey follows.

9.    Representation of State employees by the Office of the
      Attorney General of New Jersey is not automatic.    See,

N.J.S.A. 59:10A-2 <u>et</u> <u>seq</u>. In particular, a State employee is not entitled to Attorney General representation on matters outside the scope of his or her employment, or if an act or failure to act was because of actual fraud, willful misconduct or actual malice. <u>See</u>, <u>N.J.S.A.</u> 59:10A-2. Further, if a conflict of interest exists, there may be the need to select and engage outside litigation counsel specially appointed by the Attorney General and the Governor. Representation may also be terminated if the employee fails to cooperate fully with the Attorney General or appointed special counsel, <u>see</u>, <u>N.J.S.A.</u> 59:10A-3, or if information emerges in further investigation or discovery reveals that the defendants are not entitled to representation.

10. It is necessary for this office to investigate a plaintiff's allegations and the surrounding circumstances. The required investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was due by January 5, 2017, this Office did not receive Trooper Porch's representation request and grant representation until January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in this matter is so closely intertwined with the actions of and information possessed by Trooper Porch, the undersigned believed that effective response to Plaintiff's Complaint on behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

'Federal Court'

at

'District Court of the united States

for New Jersey'

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

| 2:16-cv-08870-JMV-JBC |

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:       i, a man declare as per the rules of my court document 17-1 (attached) entered
into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting an unverified document.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas J Rogers*
January 12, 2017

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                          VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | DECLARATION OF KEVIN J. DRONSON |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |

     Kevin J. Dronson, being of full age, hereby declares:

1.   I am a Deputy Attorney General assigned to the Corrections and
     State Police Section of the Department of Law and Public
     Safety, Division of Law, which handles litigation matters on
     behalf of the New Jersey State Police.  I am an attorney-at-
     law licensed to practice in the State of New Jersey and have
     been admitted to the bar of the United States District Court
     for the District of New Jersey.

2.  I make this Declaration on behalf of behalf of Defendants
    Trooper James Porch and the State of New Jersey in support of
    their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an
    extension of time to answer, move or otherwise reply to the
    Complaint.

3.  On November 28, 2016, Plaintiff filed his Complaint in this
    matter alleging "false claims by bills of attainder and theft
    of property" in connection with a traffic stop and resulting
    ticket issuance. In his Complaint, Plaintiff named the State
    of New Jersey and Trooper James Porch as Defendants.

4.  Service was effectuated on the State of New Jersey and Trooper
    Porch on December 15, 2016, and their responses to Plaintiff's
    Complaint were due on January 5, 2017.

5.  This matter was assigned to the undersigned on December 21,
    2016.

6.  On January 6, 2016, the undersigned received request for
    Attorney General representation on behalf of Defendant Porch.

7.  On January 9, 2016, Plaintiff requested default against
    Defendants. However, default has not yet been entered in this
    matter.

8.  This motion for an extension of time to answer, move or
    otherwise reply to Plaintiff's Complaint on behalf of
    Defendants Porch and the State of New Jersey follows.

9.  Representation of State employees by the Office of the
    Attorney General of New Jersey is not automatic. See,

N.J.S.A. 59:10A-2 et seq. In particular, a State employee is not entitled to Attorney General representation on matters outside the scope of his or her employment, or if an act or failure to act was because of actual fraud, willful misconduct or actual malice. See, N.J.S.A. 59:10A-2. Further, if a conflict of interest exists, there may be the need to select and engage outside litigation counsel specially appointed by the Attorney General and the Governor. Representation may also be terminated if the employee fails to cooperate fully with the Attorney General or appointed special counsel, see, N.J.S.A. 59:10A-3, or if information emerges in further investigation or discovery reveals that the defendants are not entitled to representation.

10. It is necessary for this office to investigate a plaintiff's allegations and the surrounding circumstances. The required investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was due by January 5, 2017, this Office did not receive Trooper Porch's representation request and grant representation until January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in this matter is so closely intertwined with the actions of and information possessed by Trooper Porch, the undersigned believed that effective response to Plaintiff's Complaint on behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-1 (attached) entered
             into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
             court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


Thomas J Rogers
January 12, 2017

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
|     Plaintiff, | : | |
| | : | |
|       v. | : | DECLARATION OF KEVIN J. DRONSON |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
|     Defendants. | : | |

Kevin J. Dronson, being of full age, hereby declares:

1.    I am a Deputy Attorney General assigned to the Corrections and State Police Section of the Department of Law and Public Safety, Division of Law, which handles litigation matters on behalf of the New Jersey State Police. I am an attorney-at-law licensed to practice in the State of New Jersey and have been admitted to the bar of the United States District Court for the District of New Jersey.

2.    I make this Declaration on behalf of behalf of Defendants
      Trooper James Porch and the State of New Jersey in support of
      their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an
      extension of time to answer, move or otherwise reply to the
      Complaint.

3.    On November 28, 2016, Plaintiff filed his Complaint in this
      matter alleging "false claims by bills of attainder and theft
      of property" in connection with a traffic stop and resulting
      ticket issuance. In his Complaint, Plaintiff named the State
      of New Jersey and Trooper James Porch as Defendants.

4.    Service was effectuated on the State of New Jersey and Trooper
      Porch on December 15, 2016, and their responses to Plaintiff's
      Complaint were due on January 5, 2017.

5.    This matter was assigned to the undersigned on December 21,
      2016.

6.    On January 6, 2016, the undersigned received request for
      Attorney General representation on behalf of Defendant Porch.

7.    On January 9, 2016, Plaintiff requested default against
      Defendants. However, default has not yet been entered in this
      matter.

8.    This motion for an extension of time to answer, move or
      otherwise reply to Plaintiff's Complaint on behalf of
      Defendants Porch and the State of New Jersey follows.

9.    Representation of State employees by the Office of the
      Attorney General of New Jersey is not automatic.    See,

N.J.S.A. 59:10A-2 et seq. In particular, a State employee is
not entitled to Attorney General representation on matters
outside the scope of his or her employment, or if an act or
failure to act was because of actual fraud, willful misconduct
or actual malice. See, N.J.S.A. 59:10A-2. Further, if a
conflict of interest exists, there may be the need to select
and engage outside litigation counsel specially appointed by
the Attorney General and the Governor. Representation may
also be terminated if the employee fails to cooperate fully
with the Attorney General or appointed special counsel, see,
N.J.S.A. 59:10A-3, or if information emerges in further
investigation or discovery reveals that the defendants are not
entitled to representation.

10. It is necessary for this office to investigate a plaintiff's
allegations and the surrounding circumstances. The required
investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was
due by January 5, 2017, this Office did not receive Trooper
Porch's representation request and grant representation until
January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in
this matter is so closely intertwined with the actions of and
information possessed by Trooper Porch, the undersigned
believed that effective response to Plaintiff's Complaint on
behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

'Federal Court'
at
'District Court of the united States
for New Jersey'

2017 JAN 12 P 4: 05

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

| 2:16-cv-08870-JMV-JBC |

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:   i, a man declare as per the rules of my court document 17-main (attached) entered into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of court for submitting a document without having affixed a wet-ink (blue ink) signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
January 12, 2018

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                    VICINAGE OF NEWARK

| | |
|---|---|
| THOMAS ROGERS, | :    CIVIL ACTION NO. 16-cv-08870<br>       (JMV-JBC) |
| | : |
|           Plaintiff, |   NOTICE OF MOTION TO EXTEND THE |
| | : TIME TO ANSWER, MOVE, OR OTHERWISE |
|     v. |   REPLY TO PLAINTIFF'S COMPLAINT, |
| | : PURSUANT TO FED. R. CIV. P. |
| STATE OF NEW JERSEY, et |   6(b)(1) (A)(B) |
| al. | : |
| | |
|         Defendants. | : |

TO:  CLERK OF THE COURT

     Thomas Rogers
     77 Sanders Road
     Rockaway, New Jersey 07866

HONORABLE JUDGES:

     PLEASE TAKE NOTICE that on February 6, 2017, or as soon
thereafter as it may be heard, the undersigned, Christopher S.
Porrino, Attorney General of New Jersey, by Kevin J. Dronson,
Deputy Attorney General, on behalf of Defendants Trooper James
Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2017