**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-main (attached) entered
into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas J Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                    VICINAGE OF NEWARK

---

|  |  |
|---|---|
| THOMAS ROGERS, | :      CIVIL ACTION NO. 16-cv-08870 <br> (JMV-JBC) |
|  | : |
|         Plaintiff, | NOTICE OF MOTION TO EXTEND THE |
|  | : TIME TO ANSWER, MOVE, OR OTHERWISE |
|     v. | REPLY TO PLAINTIFF'S COMPLAINT, |
|  | : PURSUANT TO <u>FED. R. CIV. P.</u> |
| STATE OF NEW JERSEY, et | 6(b)(1) (A)(B) |
| al. | : |
|  |  |
|         Defendants. | : |

---

TO: CLERK OF THE COURT

    Thomas Rogers
    77 Sanders Road
    Rockaway, New Jersey 07866

HONORABLE JUDGES:

    PLEASE TAKE NOTICE that on February 6, 2017, or as soon
thereafter as it may be heard, the undersigned, Christopher S.
Porrino, Attorney General of New Jersey, by Kevin J. Dronson,
Deputy Attorney General, on behalf of Defendants Trooper James
Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2017

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-main (attached) entered
into my case to be void;

Secondly:     i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear, and will verify in open Court that all herein be true.

Thomas J Rogers
January 12, 2017

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                     VICINAGE OF NEWARK

_____
                                 :    CIVIL ACTION NO. 16-cv-08870
THOMAS ROGERS,                          (JMV-JBC)
                                 :
              Plaintiff,              NOTICE OF MOTION TO EXTEND THE
                                 :  TIME TO ANSWER, MOVE, OR OTHERWISE
        v.                           REPLY TO PLAINTIFF'S COMPLAINT,
                                 :  PURSUANT TO FED. R. CIV. P.
STATE OF NEW JERSEY, et           6(b)(1) (A)(B)
al.                              :

              Defendants.   :
_____

TO:  CLERK OF THE COURT

     Thomas Rogers
     77 Sanders Road
     Rockaway, New Jersey 07866

HONORABLE JUDGES:

     PLEASE TAKE NOTICE that on February 6, 2017, or as soon
thereafter as it may be heard, the undersigned, Christopher S.
Porrino, Attorney General of New Jersey, by Kevin J. Dronson,
Deputy Attorney General, on behalf of Defendants Trooper James
Porch and the State of New Jersey, shall move before the Honorable

James B. Clark, III, U.S.M.J., in the United States Court House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time to answer, move or otherwise reply to the Complaint.

Defendants will rely on the declaration of Kevin J. Dronson, attached hereto, in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

> CHRISTOPHER S. PORRINO
> ATTORNEY GENERAL OF NEW JERSEY
>
> By: /s/ Kevin J. Dronson
>
> Kevin J. Dronson
> Deputy Attorney General

Dated: January 10, 2017

**'Federal Court'**

U.S. DISTRICT COURT
NEW JERSEY
RECEIVED
**'District Court of the United States**
**for New Jersey'**
2017 JAN 12  P 4: 05

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-1 (attached) entered
into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

Thomas T. Rog...
January 12, 20...

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | DECLARATION OF KEVIN J. DRONSON |
| | : | |
| STATE OF NEW JERSEY, et al. | | |
| | : | |
| Defendants. | : | |


Kevin J. Dronson, being of full age, hereby declares:

1.  I am a Deputy Attorney General assigned to the Corrections and
    State Police Section of the Department of Law and Public
    Safety, Division of Law, which handles litigation matters on
    behalf of the New Jersey State Police. I am an attorney-at-
    law licensed to practice in the State of New Jersey and have
    been admitted to the bar of the United States District Court
    for the District of New Jersey.

2.  I make this Declaration on behalf of behalf of Defendants Trooper James Porch and the State of New Jersey in support of their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an extension of time to answer, move or otherwise reply to the Complaint.

3.  On November 28, 2016, Plaintiff filed his Complaint in this matter alleging "false claims by bills of attainder and theft of property" in connection with a traffic stop and resulting ticket issuance. In his Complaint, Plaintiff named the State of New Jersey and Trooper James Porch as Defendants.

4.  Service was effectuated on the State of New Jersey and Trooper Porch on December 15, 2016, and their responses to Plaintiff's Complaint were due on January 5, 2017.

5.  This matter was assigned to the undersigned on December 21, 2016.

6.  On January 6, 2016, the undersigned received request for Attorney General representation on behalf of Defendant Porch.

7.  On January 9, 2016, Plaintiff requested default against Defendants. However, default has not yet been entered in this matter.

8.  This motion for an extension of time to answer, move or otherwise reply to Plaintiff's Complaint on behalf of Defendants Porch and the State of New Jersey follows.

9.  Representation of State employees by the Office of the Attorney General of New Jersey is not automatic. See,

N.J.S.A. 59:10A-2 et seq. In particular, a State employee is not entitled to Attorney General representation on matters outside the scope of his or her employment, or if an act or failure to act was because of actual fraud, willful misconduct or actual malice. See, N.J.S.A. 59:10A-2. Further, if a conflict of interest exists, there may be the need to select and engage outside litigation counsel specially appointed by the Attorney General and the Governor. Representation may also be terminated if the employee fails to cooperate fully with the Attorney General or appointed special counsel, see, N.J.S.A. 59:10A-3, or if information emerges in further investigation or discovery reveals that the defendants are not entitled to representation.

10. It is necessary for this office to investigate a plaintiff's allegations and the surrounding circumstances. The required investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was due by January 5, 2017, this Office did not receive Trooper Porch's representation request and grant representation until January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in this matter is so closely intertwined with the actions of and information possessed by Trooper Porch, the undersigned believed that effective response to Plaintiff's Complaint on behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Kevin J. Dronson

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-1 (attached) entered
into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

Thomas T Rogers
January 12, 20

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | DECLARATION OF KEVIN J. DRONSON |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |


Kevin J. Dronson, being of full age, hereby declares:

1.  I am a Deputy Attorney General assigned to the Corrections and
    State Police Section of the Department of Law and Public
    Safety, Division of Law, which handles litigation matters on
    behalf of the New Jersey State Police. I am an attorney-at-
    law licensed to practice in the State of New Jersey and have
    been admitted to the bar of the United States District Court
    for the District of New Jersey.

2. I make this Declaration on behalf of behalf of Defendants Trooper James Porch and the State of New Jersey in support of their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an extension of time to answer, move or otherwise reply to the Complaint.

3. On November 28, 2016, Plaintiff filed his Complaint in this matter alleging "false claims by bills of attainder and theft of property" in connection with a traffic stop and resulting ticket issuance. In his Complaint, Plaintiff named the State of New Jersey and Trooper James Porch as Defendants.

4. Service was effectuated on the State of New Jersey and Trooper Porch on December 15, 2016, and their responses to Plaintiff's Complaint were due on January 5, 2017.

5. This matter was assigned to the undersigned on December 21, 2016.

6. On January 6, 2016, the undersigned received request for Attorney General representation on behalf of Defendant Porch.

7. On January 9, 2016, Plaintiff requested default against Defendants. However, default has not yet been entered in this matter.

8. This motion for an extension of time to answer, move or otherwise reply to Plaintiff's Complaint on behalf of Defendants Porch and the State of New Jersey follows.

9. Representation of State employees by the Office of the Attorney General of New Jersey is not automatic. See,

N.J.S.A. 59:10A-2 et seq. In particular, a State employee is not entitled to Attorney General representation on matters outside the scope of his or her employment, or if an act or failure to act was because of actual fraud, willful misconduct or actual malice. See, N.J.S.A. 59:10A-2. Further, if a conflict of interest exists, there may be the need to select and engage outside litigation counsel specially appointed by the Attorney General and the Governor. Representation may also be terminated if the employee fails to cooperate fully with the Attorney General or appointed special counsel, see, N.J.S.A. 59:10A-3, or if information emerges in further investigation or discovery reveals that the defendants are not entitled to representation.

10. It is necessary for this office to investigate a plaintiff's allegations and the surrounding circumstances. The required investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was due by January 5, 2017, this Office did not receive Trooper Porch's representation request and grant representation until January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in this matter is so closely intertwined with the actions of and information possessed by Trooper Porch, the undersigned believed that effective response to Plaintiff's Complaint on behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ *Kevin J. Dronson*

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-1 (attached) entered
              into my case to be void;

Secondly:     i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
              court for submitting a document without having affixed a wet-ink (blue ink)
              signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

Thomas T Rogers
January 12, 20

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | DECLARATION OF KEVIN J. DRONSON |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |


Kevin J. Dronson, being of full age, hereby declares:

1.  I am a Deputy Attorney General assigned to the Corrections and
    State Police Section of the Department of Law and Public
    Safety, Division of Law, which handles litigation matters on
    behalf of the New Jersey State Police.  I am an attorney-at-
    law licensed to practice in the State of New Jersey and have
    been admitted to the bar of the United States District Court
    for the District of New Jersey.

2.    I make this Declaration on behalf of behalf of Defendants
      Trooper James Porch and the State of New Jersey in support of
      their motion, pursuant to Fed. R. Civ. P. 6(b)(1)(B), for an
      extension of time to answer, move or otherwise reply to the
      Complaint.

3.    On November 28, 2016, Plaintiff filed his Complaint in this
      matter alleging "false claims by bills of attainder and theft
      of property" in connection with a traffic stop and resulting
      ticket issuance. In his Complaint, Plaintiff named the State
      of New Jersey and Trooper James Porch as Defendants.

4.    Service was effectuated on the State of New Jersey and Trooper
      Porch on December 15, 2016, and their responses to Plaintiff's
      Complaint were due on January 5, 2017.

5.    This matter was assigned to the undersigned on December 21,
      2016.

6.    On January 6, 2016, the undersigned received request for
      Attorney General representation on behalf of Defendant Porch.

7.    On January 9, 2016, Plaintiff requested default against
      Defendants. However, default has not yet been entered in this
      matter.

8.    This motion for an extension of time to answer, move or
      otherwise reply to Plaintiff's Complaint on behalf of
      Defendants Porch and the State of New Jersey follows.

9.    Representation of State employees by the Office of the
      Attorney General of New Jersey is not automatic.    See,

N.J.S.A. 59:10A-2 et seq. In particular, a State employee is
not entitled to Attorney General representation on matters
outside the scope of his or her employment, or if an act or
failure to act was because of actual fraud, willful misconduct
or actual malice. See, N.J.S.A. 59:10A-2. Further, if a
conflict of interest exists, there may be the need to select
and engage outside litigation counsel specially appointed by
the Attorney General and the Governor. Representation may
also be terminated if the employee fails to cooperate fully
with the Attorney General or appointed special counsel, see,
N.J.S.A. 59:10A-3, or if information emerges in further
investigation or discovery reveals that the defendants are not
entitled to representation.

10. It is necessary for this office to investigate a plaintiff's
    allegations and the surrounding circumstances. The required
    investigation is time consuming.

11. Although Trooper Porch's response to Plaintiff's Complaint was
    due by January 5, 2017, this Office did not receive Trooper
    Porch's representation request and grant representation until
    January 6, 2017.

12. Similarly, as the representation of the State of New Jersey in
    this matter is so closely intertwined with the actions of and
    information possessed by Trooper Porch, the undersigned
    believed that effective response to Plaintiff's Complaint on
    behalf of the State of New Jersey required the ability to

confer with Trooper Porch regarding the alleged incident. Such communication and investigation was not possible prior to receipt of Trooper Porch's request for representation.

13. As such, the undersigned hereby seeks the entry of an Order granting an additional seven days to answer, move or otherwise reply on behalf of the State of New Jersey and Trooper Porch.

14. Defendants desire to answer, move or otherwise reply to Plaintiff's Complaint and assert that strong defenses exist that must be raised in this matter.

15. The interests of fairness and justice require that the Defendants be given the opportunity to answer, move or otherwise reply to Plaintiff's Complaint and request to do so within seven days of this Court's issuance of an Order as to the instant motion.

16. The delay in filing a response in this case would in no way prejudice the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ *Kevin J. Dronson*

Kevin J. Dronson
Deputy Attorney General

Dated: January 10, 2016

'Federal Court'
at U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
'District Court of the united States
for New Jersey'
2017 JAN 12  P 4: 05

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:    i, a man declare as per the rules of my court document 17-2 (attached) entered
into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

Thomas F. Rogers
January 12, 2016

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870<br>(JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | ORDER |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | | |
| Defendants. | : | |


This matter having come before the Court on a motion of
Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.
Dronson, Deputy Attorney General, appearing as counsel on behalf of
the Defendants Trooper James Porch and the State of New Jersey,
pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having
considered the papers submitted herein, this matter being decided
under Fed. R. Civ. P. 78 and for good cause shown;

        IT IS on this        day of                , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

> HON. JAMES B. CLARK, III
> UNITED STATES MAGISTRATE JUDGE

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-2 (attached) entered
             into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
             court for submitting a document without having affixed a wet-ink (blue ink)
             signature of its creator.


I, say hear,  and will verify in open Court that all herein be true.


Thomas F Rogers
January 12, 2018

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By: Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | ORDER |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |


This matter having come before the Court on a motion of
Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.
Dronson, Deputy Attorney General, appearing as counsel on behalf of
the Defendants Trooper James Porch and the State of New Jersey,
pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having
considered the papers submitted herein, this matter being decided
under Fed. R. Civ. P. 78 and for good cause shown;

    IT IS on this        day of                , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

_____
HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

### 'Federal Court'
### at
### 'District Court of the united States
### for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-2 (attached) entered
              into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
              court for submitting a document without having affixed a wet-ink (blue ink)
              signature of its creator.

I, say hear, and will verify in open Court that all herein be true.

Thomas F Rogers
January 12, 2018

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                     UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK

---

|                          |   |                                             |
|--------------------------|---|---------------------------------------------|
| THOMAS ROGERS,           | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC)      |
|                          | : |                                             |
|           Plaintiff,     |   |                                             |
|                          | : |                                             |
|        v.                |   | ORDER                                       |
|                          | : |                                             |
| STATE OF NEW JERSEY, et  |   |                                             |
| al.                      | : |                                             |
|                          |   |                                             |
|           Defendants.    | : |                                             |

---

     This matter having come before the Court on a motion of

Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.

Dronson, Deputy Attorney General, appearing as counsel on behalf of

the Defendants Trooper James Porch and the State of New Jersey,

pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having

considered the papers submitted herein, this matter being decided

under Fed. R. Civ. P. 78 and for good cause shown;

     IT IS on this      day of                    , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

                                       _____

                                       HON. JAMES B. CLARK, III
                                       UNITED STATES MAGISTRATE JUDGE

'Federal Court'
at        CLERK
U.S. DISTRICT COURT
'District Court of the united States ERSEY
for New Jersey' RECEIVED

2017 JAN 12 ₽ 4: 05

i, a man;
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 17-3 (attached) entered
into my case to be void;

Secondly:   i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

*Thomas Flog*
*January 12, 2016*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                    VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CERTIFICATION OF SERVICE |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | : | |
| Defendants. | : | |

I hereby certify that Defendant's Motion to Extend the Time to

Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed

electronically with the Clerk of the United States District Court

and that copies will be sent to:

                Thomas Rogers
                77 Sanders Road
                Rockaway, New Jersey 07866

                        By: /s/ Kevin J. Dronson

                            Kevin J. Dronson
                            Deputy Attorney General
Dated: January 10, 2016

'Federal Court'
at
'District Court of the united States
for New Jersey'

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice: Document Void

The *Rogers Court* presents notice:

Firstly:  i, a man declare as per the rules of my court document 17-3 (attached) entered into my case to be void;

Secondly:  i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of court for submitting a document without having affixed a wet-ink (blue ink) signature of its creator.

I, say hear, and will verify in open Court that all herein be true.

Thomas F Rogers
January 12, 2016

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
     Attorney for Defendants Trooper James Porch and the State of
     New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                     UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

_____
                                :     CIVIL ACTION NO. 16-cv-08870
THOMAS ROGERS,                  :            (JMV-JBC)
                                :
               Plaintiff,       :
                                :
          v.                    :     CERTIFICATION OF SERVICE
                                :
STATE OF NEW JERSEY, et         :
al.                             :
                                :
               Defendants.      :
_____


     I hereby certify that Defendant's Motion to Extend the Time to

Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed

electronically with the Clerk of the United States District Court

and that copies will be sent to:

                    Thomas Rogers
                    77 Sanders Road
                    Rockaway, New Jersey 07866

                    By: /s/ Kevin J. Dronson

                         Kevin J. Dronson
                         Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*
_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:     i, a man declare as per the rules of my court document 17-3 (attached) entered
into my case to be void;

Secondly:    i, a man declare, as per the rules of my court, Kevin Dronson to be in contempt of
court for submitting a document without having affixed a wet-ink (blue ink)
signature of its creator.

I, say hear,  and will verify in open Court that all herein be true.

Thomas F Rogers
January 12, 2016

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK

| | | |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
| | : | |
| Plaintiff, | | |
| | : | |
| v. | | CERTIFICATION OF SERVICE |
| | : | |
| STATE OF NEW JERSEY, et al. | : | |
| | | |
| Defendants. | : | |

I hereby certify that Defendant's Motion to Extend the Time to

Answer, Move, or Otherwise Reply to Plaintiff's Complaint was filed

electronically with the Clerk of the United States District Court

and that copies will be sent to:

                    Thomas Rogers
                    77 Sanders Road
                    Rockaway, New Jersey 07866

                              By: /s/ Kevin J. Dronson

                                  Kevin J. Dronson
                                  Deputy Attorney General

Dated: January 10, 2016

**'Federal Court'**
CLERK
**at**   U.S DISTRICT COURT
**'District Court of the united States**  DISTRICT OF NEW JERSEY
RECEIVED
**for New Jersey'**
2017 JAN 12  P 4: 05

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 18 (attached) entered into
              my case to be void;

Secondly:     i, a man declare, as per the rules of my court, James B. Clark III, to be in
              contempt of court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


*Thomas J Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
    Deputy Attorney General
    (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

|  |  |  |
|---|---|---|
| THOMAS ROGERS, | : | CIVIL ACTION NO. 16-cv-08870 (JMV-JBC) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | ORDER |
|  | : |  |
| STATE OF NEW JERSEY, et al. | : |  |
|  | : |  |
| Defendants. | : |  |

This matter having come before the Court on a motion of
Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.
Dronson, Deputy Attorney General, appearing as counsel on behalf of
the Defendants Trooper James Porch and the State of New Jersey,
pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having
considered the papers submitted herein, this matter being decided
under Fed. R. Civ. P. 78 and for good cause shown;

    IT IS on this 11th day of January , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

* This Order terminates Dkt. No. 17.

**'Federal Court'**
at
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 18 (attached) entered into
             my case to be void;

Secondly:   i, a man declare, as per the rules of my court, James B. Clark III, to be in
             contempt of court for submitting an unverified document.

    I, say hear,  and will verify in open Court that all herein be true.

*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
    Attorney for Defendants Trooper James Porch and the State of
    New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

```
_____
                           :      CIVIL ACTION NO. 16-cv-08870
THOMAS ROGERS,                              (JMV-JBC)
                           :
            Plaintiff,
                           :
       v.                              ORDER
                           :
STATE OF NEW JERSEY, et
al.                        :

            Defendants.  :
_____
```

        This matter having come before the Court on a motion of

Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.

Dronson, Deputy Attorney General, appearing as counsel on behalf of

the Defendants Trooper James Porch and the State of New Jersey,

pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having

considered the papers submitted herein, this matter being decided

under Fed. R. Civ. P. 78 and for good cause shown;

        IT IS on this ||th  day of January       , 2017;

ORDERED that Defendants are hereby granted leave to file an
answer to Plaintiff's Complaint or otherwise respond as within
time, no later than seven days after the date that this Order is
entered.

HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

* This Order terminates Dkt. No. 17.

**'Federal Court'**
**at**
**'District Court of the united States**
**for New Jersey'**

**i, a man;**
*prosecutor*

---

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Document Void

**(verified)**

## notice:  Document Void

The *Rogers Court* presents notice:

Firstly:      i, a man declare as per the rules of my court document 18 (attached) entered into
              my case to be void;

Secondly:   i, a man declare, as per the rules of my court, James B. Clark III, to be in
              contempt of court for submitting an unverified document.


I, say hear,  and will verify in open Court that all herein be true.


*Thomas F Rogers*
*January 12, 2017*

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
     Attorney for Defendants Trooper James Porch and the State of
     New Jersey

By:  Kevin J. Dronson
     Deputy Attorney General
     (609) 633-8687

                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK

_____
                              :      CIVIL ACTION NO. 16-cv-08870
THOMAS ROGERS,                           (JMV-JBC)
                              :
          Plaintiff,
                              :
     v.                                    ORDER
                              :
STATE OF NEW JERSEY, et
al.                           :

          Defendants.  :

_____


     This matter having come before the Court on a motion of

Christopher S. Porrino, Attorney General of New Jersey, by Kevin J.

Dronson, Deputy Attorney General, appearing as counsel on behalf of

the Defendants Trooper James Porch and the State of New Jersey,

pursuant to Fed. R. Civ. P. 6(b)(1)(B), and the Court having

considered the papers submitted herein, this matter being decided

under Fed. R. Civ. P. 78 and for good cause shown;

     IT IS on this 11th day of January , 2017;

ORDERED that Defendants are hereby granted leave to file an answer to Plaintiff's Complaint or otherwise respond as within time, no later than seven days after the date that this Order is entered.

HON. JAMES B. CLARK, III
UNITED STATES MAGISTRATE JUDGE

* This Order terminates Dkt. No. 17.