Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

January 12, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ  07101

**RE:  Case: 2:16-CV-08870-JMV-JBC**

Greetings John,

First:  As the independent and impartial magistrate of this common law proceeding it is your duty to witness the proceedings as they occur;

Second: the wrongdoers by their own choice did not respond;

Third:  It was your duty to sign the default orders;

Fourth:  If you are relying upon a "law" i, require of you, to tender to the 'rogers court', your findings of facts and conclusions of law, for your actions;

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

Thomas Rogers
c/o 77 Sanders Rd
Rockaway, NJ 07866

DV DANIELS NJ 070

14 JAN 2017 PM 2 L

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07101

07102-359599

2017 JAN 18  A 10 03

RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT
CLERK