'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| i, a man;<br>*prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey, Man with the NJ State Trooper ID 7789<br>*Wrongdoer(s)* | Notice: 'evidence'<br><br>(verified) |

### notice: 'evidence of "non-citizen national of the United States"'

the *Rogers Court* presents notice:

**Firstly:**   i, a man, present evidence of my status as an American State National (i.e. non-citizen national of the United States) (see Exhibit A)

**Secondly:**   As the original document holder, i will present the original to the jury should it be required;

**Thirdly:**   i, say here, and will verify in open court, that all herein be true

*Thomas F Rogers*

January 19, 2017

No. 16/03530

Exhibit A

# United States of America



**DEPARTMENT OF STATE**

To all to whom these presents shall come, Greeting:

I Certify That **Brykyta K. Shelton**

whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same **Chief, Records Services Division, Passport Services**, Department of State, United States of America, and that full faith and credit are due to his acts as such.



In testimony whereof, I **John F. Kerry**

Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Authentication Officer of the said Department, at the city of Washington, in the District of Columbia, this **14th** day of **September**, 20**16**

*John F. Kerry*
Secretary of State.

By *[signature]*
Authentication Officer, Department of State

*Issued pursuant to RS 161.5 USC 22. RS 203.5 USC 158: Sec: 1 of Act of June 25, 1948, 62 St. 946, 28 USC 1733: Sec:4 of Act of May 26, 1949, 63 St. 111, 5 USC 151c; and Secs. 104 and 332 of Act of June 27, 1952 66 St. 174 and 253, 8 USC 1104, 1443, and 5 USC 140.*

This certificate is not valid if it is removed or altered in any way whatsoever

**United States Department of State**

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of three pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

- A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

- B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

- C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

    1. Application #271746505 for United States passport book #539105124 issued to Thomas Frederick Rogers on January 22, 2016, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: SEP 1 3 2016

# APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

00218052-0001

271746505

**Please select the document(s) for which you are applying:**
- ☐ U.S. Passport Book
- ☐ U.S. Passport Card
- ☒ Both
- ☒ 28 Page Book (Standard)
- ☐ 52 Page Book (Non-Standard)

**1. Name - Last:** ROGERS
**First:** THOMAS
**Middle:** FREDERICK

**2. Date of Birth (mm/dd/yyyy):** 11/27/1977
**3. Sex:** M
**4. Place of Birth:** DENVILLE NJ

**5. Social Security Number:** 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
**6. Email Address:** tomrogers1127@gmail.com
**7. Primary Contact Phone Number:** 973-784-4519

**8. Mailing Address Line 1:** IN CARE OF 77 SANDERS RD

**City:** ROCKAWAY **State:** NJ **Zip Code:** 07866

---

**STOP! CONTINUE TO PAGE 2**
**DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT**

**Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)**

☑ Driver's License

**Name:** ROGERS THOMAS F
**Issue Date:** 11/22/2013 **Exp. Date:** 01/31/2017 **State of Issuance:** NJ
**ID #:** R6145740661177Z

Seal: JAN 12 2016 USPS

Rockaway Post Office

FOIA: (b)(6)

Applicant's Legal Signature - age 16 and older: *Thomas [signature]*

1/12/2016

DS 11 A 09 2013 1
Page 1 of 2

00210052-0002

**First & Middle**
Thomas Frederick

**Date of Birth (mm/dd/yyyy)**
11/27/1977

**Parent - First & Middle Name**
X ARNOLD

**Last Name (at Parent's Birth)**
ROGERS

**Date of Birth (mm/dd/yyyy)** / **Place of Birth**
01 03 1950

**Sex** X Male   **U.S. Citizen?** X No

**Mother/Father/Parent - First & Middle Name**
DEBORAH ELIZABETH

**Last Name (at Parent's Birth)**
WISWALL

**Date of Birth (mm/dd/yyyy)** / **Place of Birth**
04 15 1953

**Sex** X Female   **U.S. Citizen?** X No

**11. Have you ever been married?** X Yes   No
**Full Name of Current Spouse or Most Recent Spouse**
REBECCA ANNE ROGERS   **Date of Birth** 05 19 1981

**Date of Marriage** 08/06/2006
**Have you ever been widowed or divorced?** X No

**13. Occupation:** landscaping
**14. Employer or School:** self employed

**15. Height** 5'9   **16. Hair Color** Brown   **17. Eye Color** Brown

**19. Permanent Address**
RFD 77 SANDERS RD

**City** ROCKAWAY   **State** NJ   **Zip Code** 07866

**20. Emergency Contact**
**Name** Rebecca Anne Rogers
**Address** 77 Sanders Rd
**City** Rockaway   **State** NJ   **Zip Code** 07866   **Phone** 973-784-4519   **Relationship** Wife

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** X No

---

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: Same
Birth Certificate ... 12/21/77  Issued 6-3-05

SSN = 143824086

LN OK TO ISSUE
NC OK TO ISSUE

FOIA: (b)(6)

DS-11 09-2013   Page 2 of 2

*DS 11 A 09 2013 2*



