'Federal Court'
at
'District Court of the united States
for New Jersey'

2017 FEB -2 P 3: 10

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-CV-08870-JMV-JBC

Notice: Default

(verified)

---

### Notice: 'Default'

The *'Rogers Court'* presents notice:

The 'State of New Jersey' nor 'James Porch' (state police id# 7789) have provided a verified, wet-ink (blue ink) signed response as of February 2, 2017. Response was required on January 5, 2017. They are in default.

i, say here, and will verify in open court, that all herein be true

*'prosecutor'*  ___Thomas F Rogers___

Date: ___February 2, 2017___

*'magistrate'* _____

Date:_____

Exhibit A

| Court ID | Prefix | Ticket Number | WEST AMWELL MUNICIPAL COURT |
|---|---|---|---|
| 1026 | E16 | 000616 | 150 ROCKTOWN<br>LAMBERTVILLE, NJ 08530<br>(609) 397-2027 |

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT ON COURT BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $54 BEFORE THE SCHEDULED PAY BY DATE OF 12/10/2016, YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW)

Drivers License No: R61457406611772    D/L State: NJ

Expiration Date: 01/31/2017    ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

**THOMAS F. ROGERS**

77 SANDERS RD
ROCKAWAY, NJ 07866-2015

Telephone
Birth Date: 11/27/1977    Height: 069 in
Eyes: Brown    Restrictions: 0
Sex: MALE
Weight

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make | Year: |
|---|---|---|
| **RNC78D** | Chevrolet | Body Type: **4 Door** |
| | Color: **Red** | Exp Date: |
| | Plate State: NJ | |

☐ Commercial Vehicle  ☐ Omnibus  ☐ Hazardous Materials  ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-4 DRIVING OR PARKING UNREGISTERED MOTOR VEHICLE**

Date of Offense 11/26/2016    Time 08:45 PM
Other Offense Information

☐ Construction Zone  ☐ Safe Corridor  ☐ 65 MPH Zone
☐ Accident  ☐ Personal Injury  ☐ Death/Serious Bodily Injury

Location: CR 579 OFF SH 31

Municipality: WEST AMWELL TWP.    County: HUNTERDON    Mun. Code (Offense): 1026

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THIS OFFENSE

| 11/26/2016 | | 7789 |
|---|---|---|
| Date | TPR. PORCH | Officer ID |

**1. GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make **payment via the Internet** by logging onto **www.njmcdirect.com** or you may bring or mail this ticket **and** payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment

**2. PLEA OF NOT GUILTY.** If you want to plead not guilty, **You must notify the court at least 7 days before your scheduled pay by date** or it may be necessary for you to make additional court appearances.

Amount of Penalty **$54**    Pay By Date **12/10/2016**

FOR MORE INFORMATION LOGON TO: **WWW.NJMCDIRECT.COM**

**NOTICE**

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE EXCEPT FOR A PARKING TICKET. A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

♿ PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS

njsp_20110519

**Exhibit B**

| Court ID | Prefix | Ticket Number | WEST AMWELL MUNICIPAL COURT |
|---|---|---|---|
| 1026 | E16 | 000617 | 150 ROCKTOWN<br>LAMBERTVILLE, NJ 08530<br>(609) 397-2027 |

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT** ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $180 BEFORE THE SCHEDULED PAY BY DATE OF **12/10/2016**, YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW)

Drivers License No: **R61457406611772** DL State: **NJ**

Expiration Date: **01/31/2017**    ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

**THOMAS F. ROGERS**

77 SANDERS RD
ROCKAWAY, NJ 07866-2015

Telephone:
Birth Date 11/27/1977
Eyes: Brown
Sex: MALE

Weight:
Height: **069 in**
Restrictions: 0

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make: **Chevrolet** | Year: |
|---|---|---|
| **RNC78D** | Color: **Red** | Body Type: **4 Door** |
| | Plate State: **NJ** | Exp Date |

☐ Commercial Vehicle  ☐ Omnibus   ☐ Hazardous Materials   ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-29B FAIL TO POSS DRIV REG**

Date of Offense **11/26/2016**   Time **08:45 PM**
Other Offense Information:

☐ Construction Zone   ☐ Safe Corridor   ☐ 65 MPH Zone
☐ Accident   ☐ Personal Injury   ☐ Death/Serious Bodily Injury

Location: CR 579 OFF SH 31
**Municipality: WEST AMWELL TWP.**   **County: HUNTERDON**   **Mun. Code (Offense): 1026**

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THIS OFFENSE.

**11/26/2016**         /s/         **7789**
Date          TPR PORCH          Officer ID

**1. GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make **payment via the Internet** by logging onto **www.njmcdirect.com** or you may bring or mail this ticket **and** payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

**2. PLEA OF NOT GUILTY.** If you want to plead not guilty, **You must notify the court at least 7 days before your scheduled pay by date** or it may be necessary for you to make additional court appearances.

Amount of Penalty **$180**   Pay By Date **12/10/2016**

FOR MORE INFORMATION LOGON TO **WWW.NJMCDIRECT.COM**

## NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

♿ **PLEASE NOTIFY COURT OF DISABILTY ACCOMMODATION NEEDS**

njsp_20110519

Exhibit C

| Court ID | Prefix | Ticket Number | WEST AMWELL MUNICIPAL COURT |
|---|---|---|---|
| 1026 | E16 | 000618 | 150 ROCKTOWN<br>LAMBERTVILLE, NJ 08530<br>(609) 397-2027 |

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT** ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $46 BEFORE THE SCHEDULED PAY BY DATE OF **12/10/2016**, YOU DO NOT NEED TO APPEAR IN COURT. SEE INSTRUCTIONS BELOW.

NEW JERSEY
RECEIVED
2017 FEB -2 P 3:10

Drivers License No: R61457406611772    D/L State: NJ
Expiration Date: 01/31/2017    ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

**THOMAS F. ROGERS**

77 SANDERS RD
ROCKAWAY, NJ 07866-2015

Telephone
Birth Date: 11/27/1977    Height: 069 in
Eyes: Brown    Restrictions: 0
Sex: MALE
Weight:

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make | Year: |
|---|---|---|
| **RNC78D** | Chevrolet<br>Color: Red<br>Plate State: NJ | Body Type: 4 Door<br>Exp Date: |

☐ Commercial Vehicle ☐ Omnibus ☐ Hazardous Materials ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-76.2F FAILURE TO WEARSEAT EQUIPMENT-RESPONSIBILITY OF DRIVER**

Date of Offense: 11/26/2016    Time: 09:45 PM
Other Offense Information:

☐ Construction Zone ☐ Safe Corridor ☐ 65 MPH Zone
☐ Accident ☐ Personal Injury ☐ Death/Serious Bodily Injury

Location: CR 579 OFF SH 31
Municipality: WEST AMWELL TWP.    County: HUNTERDON    Mun. Code (Offense): 1026

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THIS OFFENSE.

11/26/2016    [signature]    7789
Date    TPR. PORCH    Officer ID

1. **GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make **payment via the Internet** by logging onto **www.njmcdirect.com** or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

2. **PLEA OF NOT GUILTY.** If you want to plead not guilty, **You must notify the court at least 7 days before your scheduled pay by date** or it may be necessary for you to make additional court appearances.

Amount of Penalty: $46    Pay By Date: 12/10/2016

FOR MORE INFORMATION LOGON TO: **WWW.NJMCDIRECT.COM**

### NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

♿ PLEASE NOTIFY COURT OF DISABILTY ACCOMMODATION NEEDS

njsp_20110518

'Federal Court'
at
'District Court of the united States for New Jersey'

[STAMP: CLERK U.S. DISTRICT COURT NEW JERSEY RECEIVED 2017 FEB -2 P 3:10]

i, a man;
*prosecutor*

State of New Jersey; Man with NJ State Trooper ID 7789
*Wrongdoer(s)*

2:16-CV-08870-JMV-JBC

Order

(verified)

## order

The *'Rogers Court'* orders the immediate return of my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787) delivered to my home at land address 77 Sanders Road, Rockaway Township, new jersey within 72 hours of this order being executed.

Failure to return property will be contempt of court and additional $10,000 per day fines until property is returned.

*'prosecutor'* ___Thomas F Rogers___ [signature with fingerprint]

Date: ___February 2, 2017___

*'magistrate'* _____

Date: _____