'Federal Court'
at
'District Court of the united States
for New Jersey'

2017 FEB -2  P 3:09

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789 *Wrongdoer(s)* | (verified) |

## order

The *'Rogers Court'* orders the 'State of New Jersey' and 'James Porch' to pay just compensation for the trespasses against i, a man. Exact amount to be determined upon return of my property. If returned on February 3, 2017 the amount would be $600,000. ($250,000 + 70 days @ $5000/day)

It is the wish of i, a man, to have this order read onto the record. I require a date and time within 7 days of the return of my property for this to be done.

*'prosecutor'* _Thomas T Rog___

Date: _February 2, 2017_

*'magistrate'* _____

Date: _____

'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-CV-08870-JMV-JBC

Order

(verified)

## order

The *Rogers Court* orders the discharge of complaints (COMPLAINT NO: 1026 E16 616 (Exhibit A); 1026 E16 617 (Exhibit B); 1026 E16 618 (Exhibit C)) for lack of jurisdiction.

Return proof of discharge required.

*'prosecutor'* ___Thomas F Rog___

Date: ___February 2, 2017___

*'magistrate'* _____

Date: _____