Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway, new jersey
(862) 209-1350
TFRogersLaw@gmail.com

February 2, 2017

Kevin J. Dronson
Deputy Attorney General
State of New Jersey
Richard J. Hughs Justice Complex
25 Markey Street
PO box 112
Trenton, NJ 08625

RE:  Case: 2:16-CV-08870-JMV-JBC

Greetings Kevin,

While you have been notified electronically of these documents through PACER these are hardcopies.

Included are papers that are being filed today.

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers

Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

2017 FEB -2  P 3: 09                                February 2, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ  07101

**RE:  Case: 2:16-CV-08870-JMV-JBC**

Greetings (Hon) John and/or (Hon) James,

1) As per the common law rules of my court the 'wrongdoers' still have not provided a verified response to my 'claim'.

    *cf.* "In the absence of an applicable Act of Congress, a federal court has the right to fashion a governing common law rule by its own standards"  --Clearfield Doctrine

2) Their verified response was required on January 5, 2017.  It is now 28 days since their response was required.  They are in default and i, a man, require the attached default orders be signed. This could be compared to Federal Rule 8-B-6 and the *'Effect of failing to deny'*.


                                    Godspeed,

                                    *Thomas F Rogers*

                                    Thomas F. Rogers