'Federal Court'
at
'District Court of the united States for New Jersey'

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 FEB -8  P 3: 48

| | |
|---|---|
| i, a man;<br>*prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789<br>*Wrongdoer(s)* | Order: Cease and Desist<br><br>(verified) |

### order: Cease and Desist

The *Rogers Court* hereby orders *'Kevin Dronson'* to cease and desist.

1) This is a common law court. Everything put on the record must be verified in public court as being true and accurate;
2) *'Kevin Dronson'* is an attorney who does not have fist-hand knowledge of the situation between the *'wrongdoer'* and i, a man;
3) Without first-hand knowledge *'Kevin Dronson'* has no standing in my court;
4) i, a man, hereby order *'Kevin Dronson'* to cease and desist entering paperwork into my case;
5) Any paperwork entered by *'Kevin Dronson'* is hereby void;
6) Any further paperwork entered by *'Kevin Dronson'* will be contempt of court;

i, say here, and will verify in open court that all herein be true

*Thomas F Rogers*
Date: *February 7, 2017*

Darren V. Kent
**a man**
36 Sanders Rd, Rockaway , new jersey
(973) 453-6793
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court                                    **(verified)**
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:  Case: 2:16-CV-08870-JMV-JBC:  Certification of Mailing**

Greetings James,

    i, Darren V. Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of Thomas F Rogers through the Post Office via "First Class Mail".

1. Cease and Desist Order to Kevin Dronson;

I say here, and will verify in open court that all herein be true

_Darren V. Kent_ (signature with fingerprint)

Date: 02/07/17

Thomas Rogers
c/o 77 Sanders Rd
Rockaway, NJ 07866

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 FEB -8 P 3: 45

CERTIFIED MAIL

7015 1520 0001 0108 5651

Federal District Court
50 Walnut St. Room 4015
Newark, NJ 07102

07102-3555599

U.S. POSTAGE PAID
ROCKAWAY, NJ
07866
FEB 07 17
AMOUNT
$3.84
R2304M110315-05