**i, a man**
**Thomas F. Rogers**
77 Sanders Road, Rockaway, New Jersey  (zip exempt)
Phone:  (862) 209-1350
Email:  tfrogerslaw@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

February 20, 2017

2017 FEB 21  P 2 2 ?

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

John Michael Vazquez
Man acting as magistrate
Federal District Court
50 Walnut St.
Newark, NJ 07102

RE: Case # 2:16-cv-08870

Greetings John,

'James Porch' imposed himself on me on November 26, 2016 without a warrant, due process, or proof of wrongdoing. He took my property because he claims I owe a debt. To this day he has not presented me with a proper claim to my property proving a vested interest in my property or authority through documented facts. As an oath sworn man he has a duty and obligation to provide this testimony to his actions. It is my right as a man to face him and cross examine him.

i REQUIRE you to sign the default orders immediately so i may resume the exclusive enjoyment of my property. i REQUIRE, the order for compensation be read onto the record. i have already compensated the courthouse for this service. Failure to do so will cause me HARM!!

Godspeed
Thomas F Rogers

Darren V. Kent
**a man**
36 Sanders Rd, Rockaway , new jersey
(973) 453-6790
dejureman007@gmail.com

2017 FEB 21  P 2: 22

James B Clark
Referral Clerk
Federal District Court                              **(verified)**
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:  Case: 2:16-CV-08870-JMV-JBC:  Certification of Mailing**

Greetings James,

i, Darren V. Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of Thomas F Rogers through the Post Office via "First Class Mail".

1.  Letter to John Michael Vazquez dated February 20, 2017.

I say here, and will verify in open court that all herein be true

Date: 02/21/2017