**i, a man, a creation of God**
**Thomas F. Rogers**
77 Sanders Road, Rockaway, New Jersey (zip exempt)
Phone: (862) 209-1350
Email: tfrogerslaw@gmail.com

March 12, 2017

Kevin Dronson
Man acting as Deputy AG
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

RE: 2:16-cv-08870

*U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2017 MAR 16 P 3: 26*

Greetings Kevin,

Even within your system my property does not qualify as a motor vehicle. See exhibit A.

If 'James Porch' does not return my property within 7 calendar days and make compensation i will seek out a criminal investigation for deprivation of rights under color of law, conspiracy, involuntary servitude, and peonage. Consider the following that 'James Porch' has sworn allegiance to follow: 18 USC 241, 18 USC 242, 18 USC 1001, & 18 USC 1581.

Godspeed,
Thomas F Rogers

(5) IN SERVICE.—The term "in service" means—

(A) any time from the beginning of preflight preparation of an aircraft by ground personnel or by the crew for a specific flight until 24 hours after any landing; and

(B) in any event includes the entire period during which the aircraft is in flight.

(6) MOTOR VEHICLE.—
The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

(7) PART.—
The term "part" means a frame, assembly, component, appliance, engine, propeller, material, part, spare part, piece, section, or related integral or auxiliary equipment.

(8) SPACE VEHICLE.—
The term "space vehicle" means a man-made device, either manned or unmanned, designed for operation beyond the Earth's atmosphere.

(9) STATE.—
The term "State" means a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

(10) USED FOR COMMERCIAL PURPOSES.—
The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

(b) TERMS DEFINED IN OTHER LAW.—
In this chapter, the terms "aircraft engine", "air navigation facility", "appliance", "civil aircraft", "foreign air commerce", "interstate air commerce", "landing area", "overseas air commerce", "propeller", "spare part", and "special aircraft jurisdiction of the United States" have the meanings given those terms in sections 40102(a) (/uscode/text/49/lii:usc:t:49:s:40102:a) and 46501 (/uscode/text/49/46501) of title 49 (/uscode/text/49).

(Added July 14, 1956, ch. 595, § 1, 70 Stat. 538 (http://uscode.house.gov/statviewer.htm?volume=70&page=538); amended Pub. L. 98–473, title II (http://thomas.loc.gov/cgi-bin/bdquery/L?d098:./list/bd/d098pl.lst:473(Public_Laws)), §§ 1010, 2013(a), Oct. 12, 1984, 98 Stat. 2141 (http://uscode.house.gov/statviewer.htm?volume=98&page=2141), 2187; Pub. L. 100–690, title



PREMIUM



Insurance ...

website    lawyer    profile



PREMIUM



s.law.cornell.edu Mountain Lakes - Call 24/7. Our team of lawyers will fight for you. , NJ

website    lawyer    profile





Federal Rules of Civil Procedure (/rules/frcp) › TITLE IV. PARTIES (/rules/frcp/title_IV)

# Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) REAL PARTY IN INTEREST.

(1) *Designation in General.* An action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought:

(A) an executor;

(B) an administrator;

(C) a guardian;

(D) a bailee;

(E) a trustee of an express trust;

(F) a party with whom or in whose name a contract has been made for another's benefit; and

(G) a party authorized by statute.

(2) *Action in the Name of the United States for Another's Use or Benefit.* When a federal statute so provides, an action for another's use or benefit must be brought in the name of the United States.

(3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

(b) CAPACITY TO SUE OR BE SUED. Capacity to sue or be sued is determined as follows:

(1) for an individual who is not acting in a representative capacity, by the law of the individual's domicile;

(2) for a corporation, by the law under which it was organized; and

(3) for all other parties, by the law of the state where the court is located, except that:

(A) a partnership or other unincorporated association with no such capacity under that state's law may sue or be sued in its common name to enforce a substantive right existing under the United States

## Toolbox

- Wex: Civil Procedure: Overview (/wex/civil_procedure)



## Find a Lawyer

SPONSORED LISTINGS

PREMIUM



ers.law.cornell.edu

Real Estate ...



PREMIUM

**Christen Kohut G...**

Darren V. Kent
**a man**
36 Sanders Rd, Rockaway , new jersey
(973) 453-6793
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court                                          (verified)
50 Walnut Street Room 4015
Newark, NJ 07101

**RE: Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

    i, Darren V. Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of i, a man, through the Post Office via "First Class Mail."

        1.    Letter to Kevin Dronson Dated March 17, 2017;
        2.    Print out of Federal Rule 17-B-1
        3.    Print out of 18 USC 31 definitions

I say here, and will verify in open court that all herein be true

_Darren V Kent_ (signature with fingerprint)

Date: 03/13/2017

i, a man, a creation of God
Thomas F. D~~
77 S~ ~

Magistrate copies

March 12, 2017

Kevin Dronson
Man acting as
Richard J. Hug
25 Market Str.
PO Box 112
Trenton, NJ 0&

RE: 2:16-cv-08&

Greetings Kevin,

Even within your system my property does not qualify as a motor vehicle. See exhibit A.

If 'James Porch' does not return my property within 7 calendar days and make compensation i will seek out a criminal investigation for deprivation of rights under color of law, conspiracy, involuntary servitude, and peonage. Consider the following that 'James Porch' has sworn allegiance to follow: 18 USC 241, 18 USC 242, 18 USC 1001, & 18 USC 1581.

Godspeed,
Thomas F Roger

(5) IN SERVICE.—The term "in service" means—

(A) any time from the beginning of preflight preparation of an aircraft by ground personnel or by the crew for a specific flight until 24 hours after any landing; and

(B) in any event includes the entire period during which the aircraft is in flight.

(6) MOTOR VEHICLE.—
The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power *used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*

(7) PART.—
The term "part" means a frame, assembly, component, appliance, engine, propeller, material, part, spare part, piece, section, or related integral or auxiliary equipment.

(8) SPACE VEHICLE.—
The term "space vehicle" means a man-made device, either manned or unmanned, designed for operation beyond the Earth's atmosphere.

(9) STATE.—
The term "State" means a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

(10) USED FOR COMMERCIAL PURPOSES.—
*The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.*

(b) TERMS DEFINED IN OTHER LAW.—
In this chapter, the terms "aircraft engine", "air navigation facility", "appliance", "civil aircraft", "foreign air commerce", "interstate air commerce", "landing area", "overseas air commerce", "propeller", "spare part", and "special aircraft jurisdiction of the United States" have the meanings given those terms in sections 40102(a) (/uscode/text/49/lii:usc:t:49:s:40102:a) and 46501 (/uscode/text/49/46501) of title 49 (/uscode/text/49).

(Added July 14, 1956, ch. 595, § 1, 70 Stat. 538 (http://uscode.house.gov/statviewer.htm?volume=70&page=538); amended Pub. L. 98–473, title II (http://thomas.loc.gov/cgi-bin/bdquery/L?d098:./list/bd/d098pl.lst:473(Public_Laws)), §§ 1010, 2013(a), Oct. 12, 1984, 98 Stat. 2141 (http://uscode.house.gov/statviewer.htm?volume=98&page=2141), 2187; Pub. L. 100–690, title



PREMIUM

### Andrew J. Gibbs (ht...



s.law.cornell.edu

Westfield, NJ

Insurance ...

website    lawyer    profile
(/andrew-j-gibbs.html)



PREMIUM

### Natalie Esposito Ca...



s.law.cornell.edu
Mountain Lakes - Call 24/7. Our team of lawyers will fight for

Fa...

website    lawyer    profile
(law.com)





(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

Federal Rules of Civil Procedure (/rules/frcp) › TITLE IV. PARTIES (/rules/frcp/title_IV)

# Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) REAL PARTY IN INTEREST.

(1) *Designation in General.* An action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought:

(A) an executor;

(B) an administrator;

(C) a guardian;

(D) a bailee;

(E) a trustee of an express trust;

(F) a party with whom or in whose name a contract has been made for another's benefit; and

(G) a party authorized by statute.

(2) *Action in the Name of the United States for Another's Use or Benefit.* When a federal statute so provides, an action for another's use or benefit must be brought in the name of the United States.

(3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

(b) CAPACITY TO SUE OR BE SUED. Capacity to sue or be sued is determined as follows:

(1) for an individual who is not acting in a representative capacity, by the law of the individual's domicile;

(2) for a corporation, by the law under which it was organized; and

(3) for all other parties, by the law of the state where the court is located, except that:

(A) a partnership or other unincorporated association with no such capacity under that state's law may sue or be sued in its common name to enforce a substantive right existing under the United States

## Toolbox

- Wex: Civil Procedure: Overview (/wex/civil_procedure)

194    95

## Find a Lawyer

SPONSORED LISTINGS
PREMIUM


ers.law.cornell.edu


Real Estate ...



PREMIUM

**Christen Kohut G...**

Darren V. Kent
**a man**
36 Sanders Rd, Rockaway , new jersey
(973) 453-6793
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court                                   (verified)
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:  Case: 2:16-CV-08870-JMV-JBC:  Certification of Mailing**

Greetings James,

    i, Darren V. Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of i, a man, through the Post Office via "First Class Mail."

        1.    Letter to Kevin Dronson Dated March 17, 2017;
        2.    Print out of Federal Rule 17-B-1
        3.    Print out of 18 USC 31 definitions

I say here, and will verify in open court that all herein be true

_____
Date: 03/13/2017

