Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 MAR 24  P 3: 15

James B Clark
Referral Clerk
Federal District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:  Case #: 2:16-CV-08870-JMV-JBC**

Greetings James,

I require the following 6 documents be filed into my case.  Filings are separated by paperclips and there is a copy for yourself and the court.

Proof of service is attached.

Sincerely,

*Thomas F Rogers*

Thomas F. Rogers