'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;**<br>*prosecutor* | 2:16-cv-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789<br>*Wrongdoer(s)* | Notice: Evidence of a man<br><br>(verified) |

**notice: Evidence of man**

the *Rogers Court* presents notice:

i, a man, present my thumbprint evidence that i am a man and not a fictional name.

I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers*

Date: March 21, 2017