'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-cv-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789 *Wrongdoer(s)* | Notice: Evidence of birth within the several States of the Union (verified) |

### notice:  Evidence of birth within the several States of the Union

the *Rogers Court* presents notice:

i, a man, present my birth certificate as prima facie evidence that i, a man, was birthed within the several States of the Union.  See Exhibit A.


I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogers* [signature with fingerprint]

Date: March 21, 201[?]

# STATE OF NEW JERSEY

NEW JERSEY STATE DEPARTMENT OF HEALTH
**CERTIFICATE OF LIVE BIRTH**

STATE FILE NUMBER: 129- 87784

1. **NAME OF CHILD** (First) Thomas (Middle) Frederick (Last) Rogers

2a. **DATE OF BIRTH:** November 27th 1977
2b. **Hour:** 11:35 a.m.
3. **Sex:** M
4a. **This Birth:** Single [X] Twin [ ] Triplet [ ]
4b. If Twin or Triplet, this child born: 1st [ ] 2nd [ ] 3rd [ ]

5. **PLACE OF BIRTH**
a. County: Morris
b. City/Boro/Twp: Denville, N.J.
c. Name of Hospital or Institution: St. Clare's

6. **USUAL RESIDENCE OF MOTHER**
a. State: New Jersey
b. County: Morris
c. City/Boro/Twp: Rockaway Twp.
d. Street Address: Sanders Rd.

7a. **Mother's Maiden Name:** Deborah Elizabeth Wiswall
7b. **Age:** 24
7c. **State of Birth:** New Jersey
7d. **Name municipality within whose limits mother actually lives:** Rockaway Twp. N.J.

8a. **Father's Name:** Max Arnold Rogers
8b. **Age:** 27
8c. **State of Birth:** New York

9a. **Informants Name and Address:** Deborah E. Rogers (same)
9b. **Relation to Child:** Mother

10a. I certify that child was born alive on the date stated above. Signature: [signed]
10b. **Date Signed:** 12-16-77
10c. **ATTENDANT:** PHYSICIAN [ ] OTHER [ ]
10d. **Certifier's Name:** Reza Zarkesh, M.D.
10e. **Mailing Address:** 149 Park Rd. Parsippany N.J.

11a. **Registrar's Signature:** Winifred Cogan
11b. **Date Received by Local Registrar:** Dec. 21, 1977

(stamp: NWS DEC 28 1977)

---

**DATE ISSUED:** June 17, 2016

**ISSUED BY:**
**New Jersey Department of Health**
**Office of Vital Statistics and Registry**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42A
JUN 14

*THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED*