'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| i, a man;<br>*prosecutor* | 2:16-cv-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789<br>*Wrongdoer(s)* | Notice: Evidence home in Union State<br><br>(verified) |

## notice:  Evidence home in Union State

the *Rogers Court* presents notice:

i, a man, present evidence that my home is located within one of the Several states of the Union. See exhibits A & B.

I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogers*

Date: March 21, 2017

Exhibit A



Google Maps 40°55'06.0"N 74°30'16.4"W



Note: my property can be seen parked on the driveway at my home.