'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;**<br>*prosecutor*<br>―――――――――――――――<br>State of New Jersey; Man with NJ State Trooper ID 7789<br>*Wrongdoer(s)* | 2:16-cv-08870-JMV-JBC<br><br>Notice: Testimony<br><br>**(verified)** |

### notice: testimony

the *Rogers Court* presents notice:

    i, a man, will testify in open court that i am a man who was exercising freedom of movement across the planet using my property for private purposes.

    My property is not a motor vehicle used for commercial purposes. (See exhibit A title 18 USC 31 definitions)

    [*c.f.* "Agency, or party sitting for the agency, has no authority to enforce as to any licensee unless he is acting for compensation. Such an act is highly penal in nature, and should not be construed to include anything which is not embraced within its terms. Where there is no charge within a complain that the accused was employed for compensation to do the act complained of, or that the act constituted part of a contract." Shomig v Kaiser, 189 Cal 596.]

    I, say here, and will verify in open court, that all herein be true;

*Thomas F. Rogers* [signature with fingerprint]

Date: *March 21, 2017*

(5) IN SERVICE.—The term "in service" means—

(A) any time from the beginning of preflight preparation of an aircraft by ground personnel or by the crew for a specific flight until 24 hours after any landing; and

(B) in any event includes the entire period during which the aircraft is in flight.

(6) MOTOR VEHICLE.—
The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

(7) PART.—
The term "part" means a frame, assembly, component, appliance, engine, propeller, material, part, spare part, piece, section, or related integral or auxiliary equipment.

(8) SPACE VEHICLE.—
The term "space vehicle" means a man-made device, either manned or unmanned, designed for operation beyond the Earth's atmosphere.

(9) STATE.—
The term "State" means a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

(10) USED FOR COMMERCIAL PURPOSES.—
The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

(b) TERMS DEFINED IN OTHER LAW.—
In this chapter, the terms "aircraft engine", "air navigation facility", "appliance", "civil aircraft", "foreign air commerce", "interstate air commerce", "landing area", "overseas air commerce", "propeller", "spare part", and "special aircraft jurisdiction of the United States" have the meanings given those terms in sections 40102(a) (/uscode/text/49/lii:usc:t:49:s:40102:a) and 46501 (/uscode/text/49/46501) of title 49 (/uscode/text/49).

(Added July 14, 1956, ch. 595, § 1, 70 Stat. 538 (http://uscode.house.gov/statviewer.htm?volume=70&page=538); amended Pub. L. 98–473, title II (http://thomas.loc.gov/cgi-bin/bdquery/L?d098:./list/bd/d098pl.lst:473(Public_Laws)), §§ 1010, 2013(a), Oct. 12, 1984, 98 Stat. 2141 (http://uscode.house.gov/statviewer.htm?volume=98&page=2141), 2187; Pub. L. 100–690, title



PREMIUM



Insurance ...

website    lawyer    profile


PREMIUM




s.law.cornell.edu
Mountain Lakes - Call 24/7. Our team of lawyers will fight for you. , NJ

website    lawyer    profile
