Thomas F Rogers
**American State National**
77 Sanders Rd, Rockaway , new jersey
(862) 209-1350
TFRogersLaw@gmail.com

March 29, 2017

John Michael Vazquez
Magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07101

**RE: Case: 2:16-CV-08870-JMV-JBC**

Greetings John and/or James,

    The wrongdoers were served on December 15, 2016. They have had 104 days to provide verifiable proof of jurisdiction, a true bill, or a contract compelling my performance. To date they have not even addressed the issue. I believe I have provided proof beyond a reasonable doubt of who i am. The wrongdoers are failing in all aspects of jurisdiction. I will continue to file more evidence and paperwork into the case until this matter is resolved.

    Included are new default orders. I require the orders be signed or the trial be scheduled so the jury can make the decision. I do not believe there is anything left to say between i and the wrongdoers as they are now silent.

    Further consider that 'James Porch' and the 'State of New Jersey' are required to have insurance for situations such as these. If 'James Porch' were treated equally under the law, was to be charged criminally, and found guilty the punishments and fines would be much more severe than the compensation that i require.

Godspeed,

*Thomas F Rogers*

Thomas F. Rogers