**'Federal Court'**
at
**'District Court of the united States**
**for New Jersey'**

| | |
|---|---|
| **i, a man;** | |
| *prosecutor* | 2:16-CV-08870-JMV-JBC |
| | |
| State of New Jersey; Man with NJ State Trooper ID 7789 | Order |
| *Wrongdoer(s)* | (verified) |

## order

The *Rogers Court* orders the discharge of complaints (COMPLAINT NO: 1026 E16 616 (Exhibit A); 1026 E16 617 (Exhibit B); 1026 E16 618 (Exhibit C)) for lack of jurisdiction.

Return proof of discharge required.

*'prosecutor'*  _Thomas T Rogers_

Date: _March 29, 2017_

*'magistrate'*  _____

Date:_____