'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;**  *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; Man with NJ State Trooper ID 7789  *Wrongdoer(s)* | Order  (verified) |

### order

The *'Rogers Court'* orders the immediate return of my property (2004 Chevrolet Malibu vin: 1G1ZU54834F239787) delivered to my home at land address 77 Sanders Road, Rockaway Township, new jersey within 72 hours of this order being executed.

Failure to return property will be contempt of court and additional $10,000 per day fines until property is returned.

*'prosecutor'* _____Thomas F Rogers_____

Date: March 29, 2017

*'magistrate'* _____

Date: _____

'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-CV-08870-JMV-JBC |
| State of New Jersey; 'James Porch' *Wrongdoer(s)* | (verified) |

### order

The *'Rogers Court'* orders the 'State of New Jersey' and 'James Porch' to pay just compensation for the trespasses against i, a man. Exact amount to be determined upon return of my property. If returned on April 3, 2017 the amount would be $905,000. ($250,000 + 131 days @ $5000/day)

It is the wish of i, a man, to have this order read onto the record. I require a date and time within 7 days of the return of my property for this to be done.

*'prosecutor'* ___Thomas F Rogers___

Date: ___March 29, 2017___

*'magistrate'* _____

Date: _____