'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; 'James Porch'
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: All (wo)men are created equal

**(verified)**

### notice: All (wo)men are created Equal

the *Rogers Court* presents notice:

i, a man, present evidence that all men are created equal.

**Firstly:** Exhibit A: Declaration of Independence made positive law by 1 Stat 1 of the United States Statutes at large.

**Secondly:** i, man, believe my property is mine. i have the exclusive right to enjoy my property over all others. Examples of my property include but are not limited to my time, the fruits of my labor, my automobile, my home, etc.

**Thirdly:** i, a man believe no man has the right to tell me what to do with my property under my domestic authority.

**Fourthly:** i, a man, believe the 'State of New Jersey' to be a municipal corporation of other men created for the benefit of the men and women of the geographical area known as new jersey state.

**Fifthly:** i, a man, do not consent to be a part of that organization as i see no benefit in doing so.

I, say here, and will verify in open court, that all herein be true;

*Thomas F Ro...*

Date: *March 29, 2017*

Exhibit 9

## Amendment XXVI\*

**Section 1.** The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age.

**Section 2.** The Congress shall have power to enforce this article by appropriate legislation.

## Amendment XXVII\*\*

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened.

---

\*The Twenty-Sixth Amendment was ratified July 1, 1971.
\*\*Congress submitted the text of the Twenty-Seventh Amendment to the States as part of the proposed Bill of Rights on September 25, 1789. The Amendment was not ratified together with the first ten Amendments, which became effective on December 15, 1791. The Twenty-Seventh Amendment was ratified on May 7, 1992, by the vote of Michigan.

## Appendix
## THE DECLARATION OF INDEPENDENCE

Action of Second Continental Congress, July 4, 1776
The unanimous Declaration of the thirteen United States of America

WHEN in the Course of human Events, it becomes necessary for one People to dissolve the Political Bands which have connected them with another, and to assume among the Powers of the Earth, the separate and equal Station to which the Laws of Nature and of Nature's God entitle them, a decent Respect to the Opinions of Mankind requires that they should declare the causes which impel them to the Separation.

WE hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness—That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient Causes; and accordingly all Experience hath shewn, that Mankind are more disposed to suffer, while Evils are sufferable, than to right themselves by abolishing the Forms to which they are accustomed. But when a long Train of Abuses and Usurpations, pursuing invariably the same Object, evinces a Design to reduce them under