'Federal Court'
at
'District Court of the united States
for New Jersey'

| | |
|---|---|
| **i, a man;** *prosecutor* | 2:16-cv-08870-JMV-JBC |
| State of New Jersey; 'James Porch' *Wrongdoer(s)* | Notice: Testimony of no Jurisdiction over my body<br><br>**(verified)** |

### notice: Testimony of No Jurisdiction Over My Body

the *Rogers Court* presents notice:

i, a man, will provide testimony to the jury

**Firstly:** That i, a man, to my knowledge have caused no harm or injury to another man or woman.

**Secondly:** That no man or woman has come forward to make a claim that i have caused harm.

**Thirdly:** That to my knowledge i, a man, have not voluntarily consented to any contract that would compel my performance.

**Fourthly:** The wrongdoers have failed to present any proof of jurisdiction, contract or true bill to i, a man.

I, say here, and will verify in open court, that all herein be true;

*Thomas T Rogers* [signature, fingerprint]

Date: March 29, 2017