'Federal Court'
at
'District Court of the united States
for New Jersey'

**i, a man;**
*prosecutor*

State of New Jersey; 'James Porch'
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice:  Testimony:  no consent to participation
**(verified)**

## notice:  Testimony:  no consent to participation

the *Rogers Court* presents notice:

i, a man, will provide testimony to the jury

**Firstly:**   That i, a man, do no consent to participate in "government" or be a part of any government organization;

**Secondly:**   That i, a man, have rescinded my "United States" voter registration.  (See Exhibit A);

**Thirdly:**   That i, a man, have notified the jury office in Morristown, NJ that i am not eligible for jury duty within a "United States" court. (See Exhibit B);

**Fourthly:**   That i, a man, am not "employed" in the State of New Jersey.  i, a man, own a private business trading with other men and women.  The State of New Jersey has no involvement in my private business;

I, say here, and will verify in open court, that all herein be true;

*Thomas F Rogers*

Date: *March 29, 2017*

Thomas Frederick Rogers
American National
C/O 77 Sanders
Rockaway, New Jersey
U.S.A.

Board of Elections
Administration and Records Building
10 Court Street
P.O. Box 900
Morristown, NJ  07963-0900

**RE:   Rescind Voter Registration**

Dear Morris County Elections Officer,

It has come to my attention that there is an error in my voter
registration.  I am not nor have I ever been a "U.S. citizen."
I am a Constitutional New Jersey State National living on the
land within the geographical borders of New Jersey.

For this reason I do not meet the requirements of voter
registration for "United States" elections and require that my
voter registration be rescinded.


Sincerely,

*Thomas Frederick Rogers*

Thomas Frederick Rogers
**American National**


Date: *July 11, 2016*

---

CERTIFICATE OF ACKNOWLEDGMENT

State of New Jersey      )
                         )ss
County of  Morris        )

On July 11, 20 16 before me, Albert DeSimone Notary Public in and for
                              (Notary Name)
said county, personally appeared Thomas F. Rogers — A-D
                                 (Signer/Witness)        (Signer/Witness)
— A-D
(Signer/Witness)

who has/have satisfactorily identified him/her/themselves as the signer(s) acknowledged
to the above-named

**ALBERT DESIMONE**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 9/25/2018
(After Notary Stamp Here)

My Commission Expires
9/25/2018                  (Notary Signature)      (Date)

Exhibit B

**i, a man**
**Thomas F. Rogers**
American State National
77 Sanders Road, Rockaway, New Jersey  (zip exempt)
Phone:  (862) 209-1350
Email:  tomrogers1127@gmail.com

September 13, 2016

Kristen Brand
Morris County Jury Manager
P.O. Box 910
Morristown, NJ  07963-0910

RE: Jury Ineligibility

Greetings Kristen,

It has recently come to my attention that I am not now nor have I ever been a United States citizen. I am in fact an American State National from one of the 50 States of Union. This fact has been certified by the U.S. Department of State (see exhibit a).

For these reasons I am not elligible for jury duty. I require you remove me from all jury service now and in the future.

If your records have not been previously updated, to avoid confusion, I previously inhabited 19 Sanders Rd, Rockaway New Jersey.

Sincerely,
Thomas F Rogers