Darren V. Kent
**a man, a Creation of God**
36 Sanders Rd, Rockaway , new jersey
(973) 453-6793
dejureman007@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JUL 14 P 4: 23

James B Clark
Referral Clerk
Federal District Court                    **(verified)**
50 Walnut Street Room 4015
Newark, NJ 07102

### RE: Case: 2:16-CV-08870-JMV-JBC: Certification of Mailing

Greetings James,

i, Darren V. Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of Thomas F Rogers through the Post Office via First Class Mail.

1. Letter to Clerk
2. Notice: Lack of Due Process

I say here, and will verify in open court that all herein be true

Date: 07 - 10 -17



**i, a man, a Creation of God**
Thomas F. Rogers
77 Sanders Road, Rockaway, new jersey state
(862) 209-1350
TFRogersLaw@gmail.com

July 10, 2017

William T. Walsh
Court Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07102

**RE: Case#: 2:16-cv-08870-JMV-JBC**

Greetings William,

I require at this time that the included documents be filed into
my case.

Godspeed,

*Thomas Frederick Rogers*

### 'Federal Court'
### at
### 'District Court of the united States
### for New Jersey'

**i, a man;**
*prosecutor*

_____

State of New Jersey; Man with NJ State Trooper
ID 7789
*Wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: lack of due process
**(verified)**

## notice:  lack of due process

The *Rogers Court* presents notice:

As of June 5, 2017 according to Philip J. Faherty III, man acting as prosecutor for the TOWNSHIP OF WEST AMWELL, does not have any facts or evidence on the public record that he can supply i, a man, because 'James Porch' has not submitted any. (Exhibit A copy of letter.  Wet ink signed original will be presented to the jury if requested.)

I, say hear,  and will verify in open Court that all herein be true.

*Thomas Frederick: Roge-*
*July 10, 2017*

*Hunt & Faherty*
*Counsellors at Law*
*40 Delaware Avenue*
*P. O. Box 217*
*Lambertville, New Jersey*
*08530*

July 5, 2017

PHILIP J. FAHERTY, III

SEAN P. FAHERTY

EDGAR W. HUNT (1880-1960)

PHILIP J. FAHERTY, JR. (1912-1995)

AREA CODE 609
397-0900
FAX: 397-5710

Thomas Rogers
77 Sanders Road
Rockaway, NJ  07866

> RE:  Motor Vehicle Violations
>       Numbers E16 000616, E16 000617 & E16 000618

Dear Mr. Rogers,

I am writing to you in my capacity as Municipal Prosecutor for the Township of West Amwell.

Court rules require that a defendant charged with violations within the jurisdiction of a given municipality, and wanting discovery from the State, must notify the municipal prosecutor with such a request.

In your case we have not received a request for discovery, but becoming aware of your case by the West Amwell Court Administrator, Mary Hoagland, we took it upon ourselves to order discovery from the New Jersey State Police Department, the organization that issued the tickets.  This was done on June 6, 2017.

To date we have not received the requested discovery and I have asked the Municipal Court Administrator not to schedule your matter until we are in receipt of the discovery.

I hope this clears up any questions you may have.  Any further matters dealing specifically with discovery should be addressed to me.

Very truly yours,

Philip J. Faherty, III
West Amwell Township Prosecutor

PJF:mpm
CC:  Mary Hoagland, Court Administrator



U.S. POSTAGE
PAID
ROCKAWAY, NJ
07866
JUL 10 '17
AMOUNT
R2305H1129863-05
07102

CERTIFIED MAIL

7016 2710 0000 5441 5425

Federal District Court
Room 405
50 Walnut Street
Newark, NJ 07102