

**i, a man, a Creation of God**
Thomas-Frederick: Rogers
77 Sanders Road, Rockaway, new jersey state
American Republic
TFRogersLaw@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 AUG -1   P 3: 04

July 26, 2017

William T. Walsh
Court Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE: Case#: 2:16-cv-08870-JMV-JBC**

Greetings William,

I require at this time that the included amended claim be filed.


Godspeed,

Thomas-Frederick: Rogers





**i, a man, a Creation of God**
Thomas-Frederick: Rogers
77 Sanders Road, Rockaway, new jersey state
American Republic
TFRogersLaw@gmail.com

June 29, 2017

John Vazquez
Man acting as Federal District Judge
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

**RE: Case#: 2:16-cv-08870-JMV-JBC**

Greetings John,

First I would like to correct the record.  It has been my intent from the beginning to file a claim as a man.  [*cf.* sui juris]  (Exhibit A JS 44)  It has been my intent to create my own court of record to proceed according to the course of the common law.  If the clerks converted my claim as a man to complaint as a "person" that is not i, a man, they did so without my consent and to the detriment of my rights as a man.

Secondly, I am aware that the U.S. District Court is a legislative creation and not a creation of the Constitution for the united States of America.  The gold fringed flag is evidence of advertised jurisdiction in a military tribunal.  i, a man, being a native New Jerseyan do not belong in such a court nor am I subject to it.



**i, a man, a Creation of God**
Thomas-Frederick: Rogers
77 Sanders Road, Rockaway, new jersey state
American Republic
TFRogersLaw@gmail.com

Thirdly i, a man, require a court of record in a court room flying the proper peacetime flag where everyone is on a level playing field.  Anything less would be a denial of due process of law.

Fourthly, attached is the modified claim with all the paperwork.

Godspeed,

*Thomas-Frederick: Rogers*

Exhibit A 14392494

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas Rogers

## DEFENDANTS
State of New Jersey + man with State Police ID 7789

RECEIVED 2016 NOV -9 AM D 2:50

**(b)** County of Residence of First Listed Plaintiff  morris
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Mercer
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Thomas Rogers  862-209-1350
c/o 77 Sanders Rd
Rockaway, NJ 07866

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ○ 1  U.S. Government Plaintiff
- ○ 3  Federal Question *(U.S. Government Not a Party)*
- ○ 2  U.S. Government Defendant
- ✗ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✗1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ✗ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ○ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ○ 625 Drug Related Seizure of Property 21 USC 881 | ○ 422 Appeal 28 USC 158 | ○ 375 False Claims Act |
| ○ 120 Marine | ○ 310 Airplane | ○ 365 Personal Injury - | ○ 690 Other | ○ 423 Withdrawal 28 USC 157 | ○ 376 Qui Tam (31 USC 3729(a)) |
| ○ 130 Miller Act | ○ 315 Airplane Product | Product Liability | | | ○ 400 State Reapportionment |
| ○ 140 Negotiable Instrument | Liability | ○ 367 Health Care/ | | **PROPERTY RIGHTS** | ○ 410 Antitrust |
| ○ 150 Recovery of Overpayment & Enforcement of Judgment | ○ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ○ 820 Copyrights | ○ 430 Banks and Banking |
| ○ 151 Medicare Act | ○ 330 Federal Employers' | Product Liability | | ○ 830 Patent | ○ 450 Commerce |
| ○ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability | ○ 368 Asbestos Personal Injury Product Liability | | ○ 840 Trademark | ○ 460 Deportation |
| | ○ 340 Marine | | | | ○ 470 Racketeer Influenced and Corrupt Organizations |
| | ○ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ○ 480 Consumer Credit |
| ○ 153 Recovery of Overpayment of Veteran's Benefits | ○ 350 Motor Vehicle | ○ 370 Other Fraud | ○ 710 Fair Labor Standards Act | ○ 861 HIA (1395ff) | ○ 490 Cable/Sat TV |
| ○ 160 Stockholders' Suits | ○ 355 Motor Vehicle Product Liability | ○ 371 Truth in Lending | ○ 720 Labor/Management Relations | ○ 862 Black Lung (923) | ○ 850 Securities/Commodities/ Exchange |
| ○ 190 Other Contract | ○ 360 Other Personal | ○ 380 Other Personal Property Damage | ○ 740 Railway Labor Act | ○ 863 DIWC/DIWW (405(g)) | ○ 890 Other Statutory Actions |
| ○ 195 Contract Product Liability | Injury | ○ 385 Property Damage | ○ 751 Family and Medical | ○ 864 SSID Title XVI | ○ 891 Agricultural Acts |
| ○ 196 Franchise | ○ 362 Personal Injury - Medical Malpractice | Product Liability | Leave Act | ○ 865 RSI (405(g)) | ○ 893 Environmental Matters |
| | | | ○ 790 Other Labor Litigation | | ○ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ○ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ○ 896 Arbitration |
| ○ 210 Land Condemnation | ○ 440 Other Civil Rights | **Habeas Corpus:** | | ○ 870 Taxes (U.S. Plaintiff or Defendant) | ○ 899 Administrative Procedure Act/Review or Appeal of |
| ○ 220 Foreclosure | ○ 441 Voting | ○ 463 Alien Detainee | | ○ 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| ○ 230 Rent Lease & Ejectment | ○ 442 Employment | ○ 510 Motions to Vacate Sentence | | | ○ 950 Constitutionality of State Statutes |
| ○ 240 Torts to Land | ○ 443 Housing/ Accommodations | ○ 530 General | | | |
| ○ 245 Tort Product Liability | ○ 445 Amer. w/Disabilities - Employment | ○ 535 Death Penalty | **IMMIGRATION** | | |
| ○ 290 All Other Real Property | ○ 446 Amer. w/Disabilities - Other | **Other:** | ○ 462 Naturalization Application | | |
| | ○ 448 Education | ○ 540 Mandamus & Other | ○ 465 Other Immigration Actions | | |
| | | ○ 550 Civil Rights | | | |
| | | ○ 555 Prison Condition | | | |
| | | ○ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ✗ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from Another District *(specify)*
- ○ 6 Multidistrict Litigation - Transfer
- ○ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Private Right of Action
Brief description of cause:
false claims + theft

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 250,000
CHECK YES only if demanded in complaint:
JURY DEMAND:  ✗ Yes  ○ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___



**i: man, a Creation of God**
Thomas-Frederick: Rogers
77 Sanders Road, Rockaway, new jersey state
American republic
TFRogersLaw@gmail.com

July 29, 2017

John Vazquez
Man acting as Federal District Judge
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

**RE: Case#: 2:16-cv-08870-JMV-JBC:  Time is of the essence**

Greetings John,

To date the men and woman from the WEST AMWELL MUNICIPAL
COURT have not produced any charging documents, facts, evidence,
sworn statement of probable cause, or joinder to the plaintiff
in the complaints against i: man, Thomas-Frederick of the Rogers
Family.  The court administrator has however marked the person
with a similar name to mine as having failed to appear to answer
these complaints twice resulting in the NJMVC has sent a letter
to the person "THOMAS F ROGERS" stating a license suspension is
forthcoming on August 11, 2017 if the complaints are not handled
by that date.  (Exhibit M)

The problem is the prosecutor does not have any of the
information by his own admission and is not ready to move
forward until he has said information.  (Exhibit N)  The woman
acting as court administrator is acquiescing to the prosecutor's



**i:  man, a Creation of God**
Thomas-Frederick:  Rogers
77 Sanders Road, Rockaway, new jersey state
American republic
TFRogersLaw@gmail.com



request instead of putting my orders to dismiss forward.  i: man
will end up in more unlawful violent encounters because 'James:
Porch' did not do his job.  The men and women at the WEST AMWELL
MUNICIPAL COURT refuse to acknowledge my paperwork and do their
job by dismissing these complaints.  i: man will be held to
account for the license suspension of the fictional entity,
"THOMAS F. ROGERS", which will cause me irreparable harm as i
will no longer be able to provide my family with resources to
survive due to the bias of people who have all sworn allegiance
to the 'STATE OF NEW JERSEY'.

Further i: man should not have been on the docket as i had
filed an ethics complaint against the man acting as Municipal
Judge.  He was required to recuse himself until the ethics
complaint was handled.  To date I have not heard anything
regarding the ethics complaint nor has Ray Barson recused
himself.


Godspeed,

Thomas-Frederick: Rogers

K25 S FSFA     00728   003822          DATE PREPARED   06/13/17



**Motor Vehicle**
**Commission**

STATE OF NEW JERSEY
MOTOR VEHICLE COMMISSION
225 EAST STATE STREET
TRENTON, NEW JERSEY 08666
(609)292-7500

*received 6-21-17*

*Exhibit M*
*1/2*

## SCHEDULED SUSPENSION NOTICE

THOMAS    F ROGERS
77 SANDERS RD              D.L. NUMBER    R6145 74066 11772
ROCKAWAY      NJ 07866-2015

Your New Jersey driving privilege is
scheduled to be suspended as of 08/11/2017 indefinitely.

By authority of NJSA 39:5-30, the Motor Vehicle Commission (MVC) has
scheduled the suspension of your New Jersey driving privilege because you
failed to answer summons(es) in the following court or foreign state:

CT NAME: WEST AMWELL MUNICIPAL COURT CITY: LAMBERTVILLE    ST: NJ   ZIP: 08530
150 ROCKTOWN

For summons related information, refer to the back of this notice.

Contact the court for information on how to satisfy the summons(es) and
obtain court receipts for proof of payment.

The receipt(s) must indicate the name of the court, the summons number(s),
the court docket number(s), the date(s) of the violation(s), and the date
the summons(es) were satisfied. If this information is not shown on the
receipt(s), Motor Vehicle Commission cannot accept the receipt(s) as proof
that you paid the summons(es).

Receipt that the summons(es) is satisfied must be received before the
suspension date or your New Jersey driving privilege will be suspended and
you will have to pay a $100 restoration fee.

```
SUMMONS NUMBER DETAILS OF  THOMAS    F ROGERS        D.L.NUMBER: R6145 74066 11772

        DATE                    DESCRIPTION                SUMMONS NO.       DOCKET NO.
    -----------       ----------------------------        -----------      ------------
    11/26/2016        FAILURE TO APPEAR                    E16000616        000002511
    11/26/2016        FAILURE TO APPEAR                    E16000617        NOT AVAIL
    11/26/2016        FAILURE TO APPEAR                    E16000618        NOT AVAIL
```

Exhibit M
2/2

Exhibit N

*Hunt & Faherty*
*Counsellors at Law*
*40 Delaware Avenue*
*P. O. Box 217*
*Lambertville, New Jersey*
*08530*

PHILIP J. FAHERTY, III

SEAN P. FAHERTY

EDGAR W. HUNT (1880-1960)

PHILIP J. FAHERTY, JR. (1912-1995)

AREA CODE 609
397-0900
FAX: 397-5710

July 5, 2017

Thomas Rogers
77 Sanders Road
Rockaway, NJ  07866

RE:  Motor Vehicle Violations
Numbers E16 000616, E16 000617 & E16 000618

Dear Mr. Rogers,

I am writing to you in my capacity as Municipal Prosecutor for the Township of West Amwell.

Court rules require that a defendant charged with violations within the jurisdiction of a given municipality, and wanting discovery from the State, must notify the municipal prosecutor with such a request.

In your case we have not received a request for discovery, but becoming aware of your case by the West Amwell Court Administrator, Mary Hoagland, we took it upon ourselves to order discovery from the New Jersey State Police Department, the organization that issued the tickets.  This was done on June 6, 2017.

To date we have not received the requested discovery and I have asked the Municipal Court Administrator not to schedule your matter until we are in receipt of the discovery.

I hope this clears up any questions you may have.  Any further matters dealing specifically with discovery should be addressed to me.

Very truly yours,

Philip J. Faherty, III
West Amwell Township Prosecutor

PJF:mpm
CC: Mary Hoagland, Court Administrator

'rogers court'

at

'Federal District Court of New Jersey'

| | |
|---|---|
| i, man, Thomas-Frederick of the | ) |
| Rogers Family; | )     nature of case: claim |
| *prosecutor* | ) |
| _____ | )     claim: trespass on my rights and property, |
| 'James of the Porch Family'; | )          robbery and sexual assault |
| 'STATE OF NEW JERSEY'; | ) |
| *wrongdoer(s)* | )         (verified) |
| | ) |

---

i, require; a 'court of record' (civilian court); 'trial by jury'

---

claim: trespass on rights and property, robbery, and sexual assault

i, man claim:

- that 'James: Porch' (officer id 7789) is a man who sometimes acts as a STATE TROOPER for the STATE OF NEW JERSEY;
- the said wrongdoer(s) trespassed on my rights and property
- the causal agent comes by bills of attainder, highway robbery, trespass, and sexual assault;
- the actions of 'James: Porch' did and do harm and injury to my freedom and property;
- the commencement of the wrong and harm began on November 26, 2016;
- the wrong and harm continues to this day July 26, 2016;
- i require the immediate return of my property delivered to my home at land address 77 Sanders Road, Rockaway, new jersey state;
- i, require compensation in the amount of $250,000 USD and $5000 per day (5 minutes or more of calendar day) that i do not have possession and use of my property within 21 days of receipt of claim.

i, say here, and will verify in open court, that all herein be true

*Thomas Fredick : Rogers*

*July 27, 2017*

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

_____

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer(S)*

2:16-cv-08870-JMV-JBC

Notice: 'man, one of God's human
creators'

(verified)

## Notice of a man, one of God's human Creators

It is an uncontested fact that i am a man, one of God's human
Creators (Exhibit B photo) (Exhibit C Authenticated Certificate
of Live Birth);

It is an uncontested fact that i, a man, am subject only to
God's laws and the Laws of nature (Exhibit L Public law 97-280);

It is an uncontested fact that i, a man, stand upon the land of
the American republic, new jersey state as a native New Jerseyan
with all rights reserved.  This fact is verified by the United
States Department of State.  (Exhibit D authenticated passport
application);

It is an uncontested fact that i, a man, have not signed an oath
of allegiance to the "United States" or any of its political
subdivisions;

It is an uncontested fact that i, a man, am not a government
employee nor do i willingly hold the "office of person" within
the "United States";

It is an uncontested fact that i do not consent to participate
in the legal society known as the "United States" or any of its
political subdivisions.  (Exhibit E, voter rescission, and F,
jury duty notification)

i, say here, and will verify in open court, that all herein be true

*Thomas Frederick : Rogers*

Date: *July 27, 2017*



**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, new jersey state
American republic
dejureman007@gmail.com



Exhibit B

i: man, Darren-Vincent: Kent, a native New Jerseyan, moved into my home at 36 Sanders Road on Rockaway, New Jersey during the Spring of 1999. I have known the man in the picture marked Exhibit 1 as Thomas-Frederick of the Rogers Family, also a native New Jerseyan, since i: man moved in and during the entire duration of my living here

I say here, and will verify in open court
that all herein be true

Date: 02-31-2017

14384786

Exhibit 1



Exhibit C 1/2

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

VINCENT T ARRISI

WHO HATH SIGNED THE FOREGOING CERTIFICATE, WAS, AT

THE DOING THEREOF, AND NOW IS

STATE REGISTRAR

IN AND FOR THE STATE OF NEW JERSEY DULY APPOINTED,

AND SWORN ACCORDING TO LAW, AND THAT FULL FAITH AND

CREDIT ARE TO BE GIVEN TO THE OFFICIAL ATTESTATIONS;

AND I FURTHER CERTIFY, THAT THE SEAL THERETO ANNEXED

IS THE OFFICIAL SEAL, AND THAT THE SAID SIGNATURE

IS IN THE PROPER HANDWRITING OF THE SAID

VINCENT T ARRISI.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
26TH DAY OF JULY A.D. 2017



Ford M Scudder
State Treasurer

Certificate Number:  1397819010
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

H/8x+02

Exhibit C2b

NEW JERSEY STATE DEPARTMENT OF HEALTH
**CERTIFICATE OF LIVE BIRTH**

129 –

STATE FILE NUMBER

97784

| 1. NAME OF CHILD (First) | (Middle) | (Last) |
|---|---|---|
| Thomas | Frederick | Rogers |

| 2a. DATE OF BIRTH | 2b. Hour | 3. Sex | 4a. This Birth | 4b. If Twin or Triplet, this child born |
|---|---|---|---|---|
| November 27th 1977 | 11:35 am | M. | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ |

5. PLACE OF BIRTH
a. County  Morris

b. City ☐ (Check box and give name) Boro ☐ Denville, N.J. Twp. ☐

c. Name of Hospital or Institution (If not in hospital or institution give street address) St. Clare's

6. USUAL RESIDENCE OF MOTHER (If institution, residence before admission)
a. State  New Jersey   b. County  Morris

c. City ☐ (Check box and give name) Boro ☐ Rockaway Twp. Twp. ☐

d. Street Address (If rural, give P.O. Address) Sanders Rd.

| 7a. Mother's Maiden Name | 7b. Age | 7c. State of Birth (If not in U.S.A. name country) |
|---|---|---|
| Deborah Elizabeth Wiswall | 24 | New Jersey |

7d. Name municipality within whose limits mother actually lives (not necessarily mailing address)
Rockaway Twp. N.J.

| 8a. Father's Name | 8b. Age | 8c. State of Birth (If not in U.S.A. name country) |
|---|---|---|
| Max Arnold Rogers | 27 | New York |

| 9a. Informants Name and Address | 9b. Relation to Child |
|---|---|
| Deborah E. Rogers (same) | Mother |

10a. I certify that child was born alive on the date stated above   10b. Date Signed  12-16-77   10c. ATTENDANT: PHYSICIAN ☐ OTHER (Specify) ☐
Signature

10d. Certifier's Name (Type or Print)  Reza Zarkesh M.D.   10e. Mailing Address  149 Park Rd. Parsippany N.J.

11a. Registrar's Signature   11b. Date Received by Local Registrar  DEC 28 1977 Dec. 21, 1977

DATE ISSUED: **June 17, 2016**

ISSUED BY:
**New Jersey Department of Health**
**Office of Vital Statistics and Registry**

This is to certify that the above is correctly copied from a record on file in my office.
*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42A JUN 14



THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

No. 16/03530

Exhibit O 1/6

# United States of America



## DEPARTMENT OF STATE

To all to whom these presents shall come, Greeting:

I Certify That Brykyta K. Shelton _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*whose name is subscribed to the document hereunto annexed, was at the time*

*of subscribing the same* Chief, Records Services Division. _ _ _ _ _ _ _ _ _ _

Passport Services _ _ _ _ _ _ _ _ *, Department of State, United States*

*of America, and that full faith and credit are due to his acts as such.*



In testimony whereof, I John F. Kerry _ _ _ _ _ _ _ _

*Secretary of State, have hereunto caused the seal of the*

*Department of State to be affixed and my name subscribed by the*

*Authentication Officer of the said Department, at the city of*

*Washington, in the District of Columbia, this* 14th _ _ _ _

*day of* September _ _ _ _ _ 20 16 _

John F. Kerry

Secretary of State.

By _ _ _ _ _ _ _ _ _ _

Authentication Officer, Department of State

*This certificate is not valid if it is removed or altered in any way whatsoever*



United States Department of State

*Washington, D.C. 20520*

Exhibit O
2/6

WHOM IT MAY CONCERN:

I. Brykyta K. Shelton, Chief, Records Services Division, Office of Technical erations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of three pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and.

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #271746505 for United States passport book #539105124 issued to Thomas Frederick Rogers on January 22, 2016, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

-2-

Exhibit D
3/c



I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyla K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: ___SEP 1 3 2016___

Exhibit D 4/6

133GH78011

## APPLICATION FOR A U.S. PASSPORT
Please Print Legibly Using Black Ink Only

☐ U.S. Passport Book   ☐ U.S. Passport Card   ☒ Both
☒ 52 Page Book Standard   ☐ 52 Page Book Non-Standard

271746505

**Name:**
ROGERS

**First:**
THOMAS

**Middle:**
FREDERICK

**Date of Birth:** 11/27/1977   **Sex:** M
**Place of Birth:** DENVILLE, NJ

**Social Security Number:** 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
**Email:** tomrogers1127@gmail.com
**Phone:** 973 784 4519

**Mailing Address:**
IN CARE OF 77 SANDERS RD

**City:** ROCKAWAY   **State:** NJ   **Zip Code:** 07866

---

**STOP! CONTINUE TO PAGE 2**
DO NOT SIGN REQUESTED UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

ROGERS THOMAS F
11/22/2013  01/31/2017  NJ
R614574066117772

Applicant's Legal Signature - age 16 and older

FOIA: (b)(6)

DS-11  09-2013                                      Page 1 of 2
DS 11 A 09 2013 1

Exhibit 10 s/c

**8801805200002**

Names Frederick

Date of Birth (mm/dd/yyyy)
11/27/1977

Last Name (or Parent's Birth)

ROGERS

ARNOLD
Place of Birth

031950

Father's Middle Name

DEBORAH ELIZABETH

Date of Birth (mm/dd/yyyy)   Place of Birth

04151953

Sex: Female ☒   U.S. Citizen? Yes ☒ No

Last Name (at Parent's Birth)

WISWALL

Sex: Female ☒   U.S. Citizen? Yes ☒ No

7. Have you ever been married? ☒ Yes   No   If yes, complete the remaining items in #11.
Full Name of Current Spouse or Most Recent Spouse

REBECCA ANNE ROGERS 05191981   Date of Birth (mm/dd/yyyy)   Place of Birth

U.S. Citizen? Yes ☒ No   Date of Marriage 08/06/2006   Have you ever been widowed or divorced? Yes ☐ No ☒   Widow/Divorce Date (mm/dd/yyyy)

12. Additional Contact Phone Number   Home ☐ Cell ☐ Work ☐

12. Occupation (if age 16 or older) landscaping   14. Employer or School (if applicable) self employed

15. Height 5'9   16. Hair Color Brown   17. Eye Color Brown   18. Travel Plans Departure Date (mm/dd/yyyy)   Return Date (mm/dd/yyyy)   Countries to be Visited

19. Permanent Address - If P.O Box is listed under Mailing Address or if residence is different from Mailing Address.
Street/RFD # or URB (No P.O. Box)   Apartment/Unit

RFD 77 SANDERS RD

City

ROCKAWAY   State NJ   Zip Code 07866

20. Emergency Contact - Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name

Rebecca Anne Rogers   Address Street/RFD # or P.O. Box   Apartment/Unit
77 Sanders Rd

City
Rockaway   State NJ   Zip Code 07866   Phone Number 973-784-4519   Relationship Wife

21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?   Yes ☒ No   If yes, complete the remaining items in #21.
Name as printed on your most recent passport book   Most recent passport book number   Most recent passport book issue date (mm/dd/yyyy)

Status of your most recent passport book:   Submitting with application   Stolen   Lost   In my possession (if expired)
Name as printed on your most recent passport card   Most recent passport card number   Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card:   Submitting with application   Stolen   Lost   In my possession (if expired)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

FOIA: (b)(6)

* DS 11 A 09 2013 2 *

DS-11  06-2013   Page 2 of 2



00218052-0003





Rescinded Voter Registration

Morris County Elections Officer,

It has come to my attention that there is an error in my voter registration. I am not nor have I ever been a U.S. citizen. I am a Constitutional New Jersey State National living on the land within the geographical borders of New Jersey.

For this reason I do not meet the requirements of voter registration for "United States" elections and require that my voter registration be rescinded.

Sincerely,

Thomas Frederick Rogers

Thomas Frederick Rogers
**American National**

Date: July 11, 2016

**i, a man**
**Thomas F. Rogers**
American State National
77 Sanders Road, Rockaway, New Jersey  (zip exempt)
Phone:  (862) 209-1350
Email:  tomrogers1127@gmail.com

Exhibit F

September 13, 2016

Kristen Brand
Morris County Jury Manager
P.O. Box 910
Morristown, NJ 07963-0910

RE: Jury Inelligibility

Greetings Kristen,

It has recently come to my attention that I am not now nor have I ever been a United States citizen. I am in fact an American State National from one of the 50 States of Union. This fact has been certified by the U.S. Department of State (see exhibit A).

For these reasons I am not elligible for jury duty. I require you remove me from all jury service now and in the future.

If your records have not been previously updated, to avoid confusion, I previously inhabited 19 Sanders Rd, Rockaway New Jersey.

Sincerely,
Thomas F Rogers

Exhibit L

PUBLIC LAW 97-280—OCT. 4, 1982        96 STAT. 1211

Public Law 97-280
97th Congress

## Joint Resolution

Authorizing and requesting the President to proclaim 1983 as the "Year of the Bible".

Oct. 4, 1982
[S.J. Res. 165]

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and

Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

Year of the Bible.

Approved October 4, 1982.

LEGISLATIVE HISTORY—S.J. Res. 165:

CONGRESSIONAL RECORD, Vol. 128 (1982):
    Mar. 31, considered and passed Senate.
    Sept. 21, considered and passed House.


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Notice

(verified)

## Notice: Clearfield Doctrine in Full Force

The 'rogers court' presents notice:


    i: man, have found no evidence to support that the
Clearfield Doctrine is not in full force and effect.



      i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rogers*

Date: *July 27, 2017*

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

| 2:16-cv-08870-JMV-JBC |

Notice

(verified)

## Notice: Doctrine of Ultra Vires in Full Force

The 'rogers court' presents notice:

     i: man, have found no evidence to support that the Doctrine of ultra vires is not in full force and effect.


     i, say here, and will verify in open court,
that all herein be true

*Thomas–Frederick: Rogers*

Date: *July 27, 2017*

**'rogers court'**
at
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

## Order

The *'rogers court'* requires a Magistrate, [*cf.* 28 USC 636(b)(1)]

It has come to the attention of said *Court*, that the
services of, John Michael Vazquez, [Magistrate] are
available to serve said *Court;*

If John Michael Vazquez believes he is qualified to
administer the affairs of a 'court of record', his
(honorable) services, will please said *Court;*

i, say here, and will verify in open court,
that all herein be true

*Thomas Frederick : Rogers*

Date: *July 27, 2017*

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

| 2:16-cv-08870-JMV-JBC |

Notice: 'right to pursue a claim'
[*c.f.* Private Right of Action]

(verified)

## Notice: 'right to pursue a claim'

In regards to:   **'right to pursue a claim'**:

i: man, Thomas-Frederick, require of the 'Office of the
Court Clerk', for the 'Federal District Court', to not
interfere with my right to pursue a claim.

i, say here, and will verify in open court,
that all herein be true

*Thomas-Fredick : Rogers*

Date: *July 27, 2017*



*Endnote regarding:*

**Notice:  right to pursue a claim**

**[*cf.* Private Right of Action]**


RIGHT OF ACTION:  The privilege of instituting a lawsuit arising from a particular transaction or state of facts, such as a **suit that is based on** a contract or a TORT, *a civil wrong*

PROSECUTE:  15c., "follow up, **pursue**" (some course or action), from L. *prosecutes,* pp. of *prosequi* "follow after" (**See:** <u>pursue</u>).  Meaning "bring to a court of law" is first recorded 1570s.  *Prosecutor* in legal sense is attested from 1660s;

Definition of **Prosecute** is provided by 1913 Webster's Dictionary, **To seek to obtain by legal process; as, to prosecute a right in a court of law.**


CLAIM, ft. 1. A challenge, of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant.

Stowell v. Zouali, Plowd. 359;

Robinson v. Wiley, 15 N.Y. 491;

Fordyce v. Godman, 20 Ohio St. 14;

Douglas v. Beasley, 40 Ala. 147;

Prigg v Pennsylvania, 16 Pet. 615, 10 L. Ed. 1060;

U.S. v Rhodes (C.C.) 30 Fed. 433;

Sillman v. Eddy, 8 How. Prac. (N.Y.) 123

A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment.

Lawrence v. Miller 2 N.Y. 245, 254

RIGHT: i, do not require a 'CIVIL RIGHT', when I already possess inherent rights in this matter now before the Court.

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
        Rogers Family
        *prosecutor*
_____

        James of the Porch Family;
        STATE OF NEW JERSEY;
        *wrongdoer*

| 2:16-cv-08870-JMV-JBC |

Notice

(verified)

## Notice: venue

The *'rogers court'* presents notice:

**Firstly:**  i: man, enter **'my case'**, [suit; accoutrements; &cs…]
         *into* **'Federal Court'**

**Secondly:** **'Federal Court'** is to convene **at,** *a public courthouse*
         *(venue);*

**Thirdly:** The public courthouse, in where 'my case' lies, is
         known as a *federal district court;*

**Fourthly:** The *federal district court* is **at** a location also
         referred to as:
         • 'Martin Luther King Building & U.S. Courthouse'
         • 'UNITED STATES DISTRICT COURT, District of New
           Jersey'
         • 'The district court of the united States';

**Fifthly:** The Name of the *public courthouse* varies but, at all
         times 'my case' lies **'in Federal Court'**;

         i, say here, and will verify in open court,
                 that all herein be true

         *Thomas Frederick: Roger*
         Date: *July 27, 2017*

'**rogers court**'
**at**
'**Federal District Court of New Jersey**'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Notice

(verified)

## Notice: jurisdiction

The '*rogers court*' presents notice:

**Firstly:** i: man, enter '**my case**', [suit; accoutrements; &cs…)
*into* '**Federal Court**';

**Secondly:** i: man, pay money into a '**Federal Court**';

"*A party paying money into Court, admits the
jurisdiction of such Court, and cannot plead
in abatement to it.*" –J. Chitty pg. 444 (1851)

**Thirdly:** '**Federal Court**', is a '**court of record**';

25 C.J.S. Vol., *Federal Claim* § 344, pg 974

**Fourthly:** In a '**court of record**', the magistrate is independent
of the tribunal.

Blacks Law Dictionary, 4th Ed. pg 1014

**Fifthly:** A '**court of record**': acts in accordance with common
law;

Blacks Law Dictionary, 4th Ed. pg 1014

**Sixthly:** Suits in common, the right of trial by jury shall be
preserved.;

Seventh Amendment

**Seventhly:** The jury can take upon themselves and determine at
their own hazard, the questions of fact and law;

*cf.* Littleton § 386; Bl. Comm. §378

i, say here, and will verify in open court,
that all herein be true

Thomas Fredick Rogue

Date: July 27, 2017

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*
_____

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Notice: Signatures

**(verified)**

## Notice: signatures

The *'rogers court'* presents notice:


**Firstly:**   i: man, declare and require: all documents (including
recommendations and orders) being placed into the
'case' file to have affixed upon it a "wet-ink"
(purple or blue ink) signature of its creator, (NO
RUBBER STAMPS) all documents submitted without "wet-
ink" (purple or blue ink) signature the Court will
take notice as a contempt of court and will be VOID;


i, say here, and will verify in open court,
that all herein be true

Thomas-Frederick: Roga

Date: July 27, 2017

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
    Rogers Family
        *prosecutor*

2:16-cv-08870-JMV-JBC

_____

James of the Porch Family;
    STATE OF NEW JERSEY;
        *wrongdoer*

Notice

**(verified)**

## Notice: verifications

The *'rogers court'* presents notice:

**Firstly:**  i: man, declare and require: all documents (including
         recommendations and orders) being placed into the
         'case' are to be verified in open court, under oath or
         affirmation, all documents submitted without
         verification the Court will take notice as contempt of
         court and will be VOID;

### [I.E. no third party interlopers]

i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rogers*

Date: *July 27, 2017*

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*
_____

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Interference

**(verified)**

## Notice: Interference

The '*rogers court*' presents notice:

i: man declare: any interference of, for, or with the
enjoyment of [my] property [the exercise of right(s)], by any
qualified Employee, of court, will be held liable for damage due
to injury and/or harm, resulting from or arising out ANY
tortuous act, error, or omission of the individual ['trespass
upon the case'];

i: man will require: compensation of one-dollar for every
second (viz., moment in Time) for **any** trespass;

i, say here, and will verify in open court,
that all herein be true

Thomas Frederick: Rogers

Date: July 27, 2017

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Notice: Only Men

**(verified)**

## Notice: Only Men

The '*rogers court*' presents notice:

**Firstly:**  i: man, Thomas-Frederick of the Rogers Family, declare
that I am a man.  i am not a plaintiff, Mr., or
anything other than a man.  Any document submitted
referring to i: man as anything other than i: man,
prosecutor, or Thomas-Frederick: Rogers, the Court
will take notice as contempt of court and document
will be VOID

**Secondly:**  i: man, declare that 'James: Porch' is also a man.
'James: Porch' is not a defendant, trooper, or
anything other than a man.  Any document submitted
referring to 'James: Porch' as anything other than
"James: Porch" or "wrongdoer", the Court will take as
notice of contempt of court and document will be VOID.

i, say here, and will verify in open court,
that all herein be true

*Thomas Frederick: Rogers*

Date: *July 27, 2017*

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
wrongdoer

2:16-cv-08870-JMV-JBC

Notice

**(Verified)**

## Notice: Statement of facts

On November 26, 2016, i, a man, was moving across the planet using my property to pick up my wife and children from Pennsylvania.  At approximately 10:30pm i was traveling along an unlit, sparsely populated country road when 'James: Porch' turned on his emergency lights behind me for a non-felony, non-emergency arrest.

Given the current state of tensions in this nation and this state relating to law enforcement officers brutally assaulting, injuring, and murdering individuals that are doing nothing more than asserting and exercising their fundamental and constitutionally protected rights not to be subjected to false arrests, abuses of police power, and injurious physical assaults and death at the hands of out-of-control law enforcement personnel I was not about to give 'James: Porch' any reason to add i, a man, to the list of statistics.  I pulled over immediately leaving my hands in plain view.

Within a span of about 15 minutes, 'James: Porch' using demonstrably faulty logic and unsubstantiated legal presumption and callous disregard of the facts and the law created an unacceptable level of danger to the life, person, rights, and property of i, a man.  'James: Porch' acted as investigator, prosecutor, judge, jury, and executioner making the legal determination without any articulable facts or evidence that my property was illegal and without any warrant or trial seized my property.  He said my understanding of the law was "wrong."

Upon arrival of the flatbed truck i, a man, was ordered out of my car.  i was allowed to gather essential items.  Then I was ordered to stand for a "pat down."  'James: Porch' was standing behind me with two other men acting as State Troopers standing in front of me.  All three men were clearly armed.  'James:

Porch' felt around my waist and then reached between my legs grabbing my genitals.

Shortly after 'James: Porch' drove i, a man, to a Quick Chek about a mile away where I was dropped off and told to call someone for a ride. By this time it was almost 11:00pm on a Saturday night and i was over an hour from home. My wife and children were now stranded in Pennsylvania because our family car was just taken from us without cause. 'James Porch' then told me I would not get my property back until i, a man, proved to the satisfaction of the New Jersey State Police that my property was compliant with the law and i paid the towing and storage fees, neither of which i contracted for.

To this day 'James: Porch' has not filed any charging documents with sworn statement of probable cause. He handed me three unsigned appearance tickets. He has not filed anything on the public record to my knowledge or to the knowledge of Philip J. Faherty, III, man acting as West Amwell Prosecutor. (Exhibit F: Letter from Philip j Faherty, III) I have no idea where my property is located or what condition it is in. My family of five continues to be forced to make all sorts of special arrangements to this day because 'James: Porch' robbed us of our property and the State Police refuse to return it. Property that took i, a man, many years to pay off and to my knowledge the STATE OF NEW JERSEY nor 'James: Porch' have any vested interest in. Property that i, a man, believe taken because 'James: Porch' believed that he had absolute power and control over another man's life, freedom, property, and fortune.

> i, say here, and will verify in open court,
> that all herein be true

Thomas Fredick: Roga

Date: July 27, 2017

14384086

Exhibit F

*Hunt & Faherty*
*Counsellors at Law*
*40 Delaware Avenue*
PHILIP J. FAHERTY, III                *P. O. Box 217*
SEAN P. FAHERTY              *Lambertville, New Jersey*
*08530*

July 5, 2017

EDGAR W. HUNT (1880-1960)
PHILIP J. FAHERTY, JR. (1912-1995)

AREA CODE 609
397-0900
FAX: 397-5710

Thomas Rogers
77 Sanders Road
Rockaway, NJ   07866

RE:   Motor Vehicle Violations
Numbers E16 000616, E16 000617 & E16 000618

Dear Mr. Rogers,

I am writing to you in my capacity as Municipal Prosecutor for the Township of West Amwell.

Court rules require that a defendant charged with violations within the jurisdiction of a given municipality, and wanting discovery from the State, must notify the municipal prosecutor with such a request.

In your case we have not received a request for discovery, but becoming aware of your case by the West Amwell Court Administrator, Mary Hoagland, we took it upon ourselves to order discovery from the New Jersey State Police Department, the organization that issued the tickets. This was done on June 6, 2017.

To date we have not received the requested discovery and I have asked the Municipal Court Administrator not to schedule your matter until we are in receipt of the discovery.

I hope this clears up any questions you may have. Any further matters dealing specifically with discovery should be addressed to me.

Very truly yours,

Philip J. Faherty, III
West Amwell Township Prosecutor

PJF:mpm
CC:   Mary Hoagland, Court Administrator

'**rogers court**'
**at**
'**Federal District Court of New Jersey**'

i: man, Thomas-Frederick of the
      Rogers Family
      *prosecutor*

---

   James of the Porch Family;
     STATE OF NEW JERSEY;
      *wrongdoer*

| 2:16-cv-08870-JMV-JBC |

Notice

(verified)

## Notice: No Motor Vehicle

The '*rogers court*' presents notice:

   The property of i: man, that was taken by 'James: Porch' is private and not for hire.  i: man, was not engaged in any "driving" at the time of the alleged offence nor does my property meet the requirements for "motor-vehicle registration."

>    *c.f.*  Title 18 USC 31(a)(6):  Motor Vehicle: The term "motor  vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property and cargo.
>
>    *c.f.*  Title 18 USC 31 (a)(10):  used for commercial purposes:  The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, or charge or other consideration, or directly or indirectly in connection with any business or other undertaking for profit.
>
>    *c.f.* 49 CFR 390.5 – Definitions:  Driver means any person who operates any commercial motor vehicle.

     i, say here, and will verify in open court,
       that all herein be true

*Thomas-Frederick : Rogers*

Date:  *July 27, 2017*

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
          Rogers Family
          *prosecutor*
_____

James of the Porch Family;
     STATE OF NEW JERSEY;
          *wrongdoer*

2:16-cv-08870-JMV-JBC

Notice

(verified)

## Notice: Lack of Probable Cause

The '*rogers court*' presents notice:

       'James: Porch' to this date has not provided any facts or
evidence as proof of probable cause under penalty of perjury to
believe that i: man, had committed a first or second degree
offence or that at the time i: man posed an immediate threat to
the safety of the public in the way i was using my property.

       I believe 'James: Porch' did not have probable cause to
search for any information based upon the vehicle identification
plates on my property.  Therefore any evidence he may have
gathered from said computer search of i: man, would be unlawful
and any subsequent evidence that 'James: Porch' may have
gathered would be unlawful.

                    i, say here, and will verify in open court,
                         that all herein be true

                    *Thomas Frederick: Rogers*
                    Date: *July 27, 2017*

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Notice

(verified)

## Notice 'James: Porch' not authorized to pursue

The '*rogers court*' presents notice:

The organization for which 'James: Porch' belongs does not
authorize the pursuit of vehicles for motor vehicle offenses.

According to the New Jersey Police Vehicular Pursuit Policy
a violator is: "Any person who a police officer reasonably
believes: (1) has committed an offence of the first or second
degree or an offense enumerated in Appendix A of this policy, or
(2) poses an immediate threat to the safety of the public or
other police officers. (Exhibit G page 5);

According to the New Jersey Police Vehicular Pursuit Police
under section I(A)(2): Pursuit for motor vehicle offenses is
not authorized under the above criteria unless the violator's
vehicle is being operated so as to pose an immediate threat to
the safety of another person. (Exhibit G page 5);

To date 'James: Porch' has provided no evidence that i:
man, was "driving a motor vehicle" or that it was reasonably
suspected that i: man had committed any crime for which he was
authorized to pursue i: man, or place i: man under temporary
arrest;

i, say here, and will verify in open court,
that all herein be true

Thomas Frederick: Rogers

Date: July 27, 2017

Pursuit/Emergency Driving, and who is currently employed by a public safety agency.

F. Paralleling:

> 1. Street Paralleling: Driving a police vehicle on a street parallel to a street on which
> a pursuit is occurring.
> 2. Vehicle Paralleling: A deliberate offensive tactic by one or more patrol vehicles to
> drive alongside the pursued vehicle while it is in motion.

G. Pursuit Driving: Pursuit driving is an active attempt by a law enforcement officer operating a
motor vehicle and utilizing emergency warning lights and an audible device to apprehend one or
more occupants of another moving vehicle when the officer reasonably believes that the driver of
the fleeing vehicle is aware of the officer's attempt to stop the vehicle and is resisting apprehension
by increasing vehicle speed, ignoring the officer or otherwise attempting to elude the officer.

H. Pursuit Vehicles:

> 1. Primary Unit: The police vehicle that initiates a pursuit or any unit that assumes
> control of the pursuit as the lead vehicle (the first police vehicle immediately behind
> the fleeing suspect).

> 2. Secondary Unit: Any police vehicle which becomes involved as a backup to the
> primary unit and follows the primary unit at a safe distance.

I. Roadblock: A restriction or obstruction used or intended for the purpose of preventing free
passage of motor vehicles on a roadway in order to effect the apprehension of a violator.

> 1. Avenue of Escape: A gap in a roadblock which requires the violator to decrease
> the vehicle's speed to permit the violator to bypass the roadblock.

> 2. Blocking Vehicle: A motor vehicle, often a law enforcement vehicle, which is
> placed perpendicular to a roadway or angled in such a way as to create a roadblock.

J. Supervisor: A police officer who, by virtue of rank or assignment, is responsible for the direction
or supervision of the activities of other police officers.

K. Vehicle Contact Action: Any action undertaken by the pursuing officer intended to result in
contact between the moving police vehicle and the pursued vehicle.

L. Violator: Any person who a police officer reasonably believes: (1) has committed an offense of ~~the first or second degree or an offense enumerated in Appendix A of this policy, or (2) poses an~~ immediate threat to the safety of the public or other police officers.

## I. DECIDING WHETHER TO PURSUE

A police officer has the authority, at all times, to attempt the stop of any person suspected of
having committed any criminal offense or traffic violation. It is clear that while it is the officer who
initiates the stop, it is the violator who initiates the pursuit. The officer's decision to pursue should
always be undertaken with an awareness of the degree of risk to which the law enforcement officer
exposes himself and others. The officer must weigh the need for immediate apprehension against
the risk created by the pursuit.

A. Authorization to Pursue

1. A police officer may only pursue

> a. When the officer reasonably believes that the violator has committed an offense of
> the first or second degree, or an offense enumerated in Appendix A of this policy, or
> b. When a police officer reasonably believes that the violator poses an immediate
> threat to the safety of the public or other police officers.

2. Pursuit for motor vehicle offenses is not authorized under the above criteria unless the violator's ~~immediate threat to the safety of another person.~~

B. In the event that one of the authorization requirements is satisfied, a pursuit should not be
automatically undertaken. An officer must still consider the following factors:

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Notice

(verified)

## Notice 'James: Porch' has failed due process of law

The '*rogers court*' presents notice:

To date i: man, Thomas-Frederick, have not received an oath sworn statement of probable cause from 'James: Porch' nor to my knowledge has 'James: Porch' put any statement on the public record under penalty of perjury to verify his actions are lawful.

Without any statement on the public record there is no judicial oversight of any kind nor any opportunity for i: man to "defend" myself against his actions without great expense to i.

Therefore i: man believe that 'James: Porch' has acted independently of all jurisdiction.

i, say here, and will verify in open court,
that all herein be true

*Thomas-Fredich : Rog...*

Date: *july 27, 2017*

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer(S)*

Notice

**(Verified)**

## Notice: 'James: Porch' lacks Subject Matter Jurisdiction

The *'rogers court'* presents notice:

It is an uncontested fact that 'James: Porch' conducted no
investigation into discovering any facts or evidence that would
prove i: man, was engaged in "transportation" at any time prior
to or during the alleged regulatory offense.

It is an uncontested fact that 'James: Porch's' entire
basis for making such an allegation is based entirely upon his
own unsubstantiated personal presumptions of law rather than
actual facts or evidence.

It is an uncontested fact that 'James: Porch' has no lawful
authority to seize and arrest i: man without warrant for an
alleged "transportation" offense if he lacked any articulable
facts and evidence supporting probable cause to believe that i:
man was actively engaged in "transportation."

It is an uncontested fact that, absent any facts and
evidence that i: man was engaging in "transportation," 'James:
Porch' lacked not only articulable probable cause to make a
warrantless seizure and arrest of i: man, but also any and all
subject matter jurisdiction over i: man relating to enforcement
of regulatory statutes relevant to same.

It is an uncontested fact that, if 'James: Porch' never
believed that i: man was actively engaged in "transportation" at
the time of the alleged offense, thus 'James: Porch' never
intended to perform any investigation that would result in the
discovery of any admissible facts and evidence that would prove
i: man was so engaged, then it cannot be rightfully said that
'James: Porch' was acting on any specific articulable facts or
evidence supporting probable cause, but was acting instead upon

an entirely unlawful and unsubstantiated legal presumption that the existing facts and evidence did not support.

It is an uncontested fact that, given the current state of tensions in this nation and this state relating to law enforcement officers brutally assaulting, injuring, and murdering individuals that are doing nothing more than asserting and exercising their fundamental and constitutionally protected rights to not be subjected to false arrests, abuses of police power, and injurious physical assaults and death at the hands of out-of-control law enforcement personnel, 'James: Porch's' demonstrably faulty and unsubstantiated legal presumption and callous disregard of the facts and the law created an unacceptable level of danger to the life, person, rights and property of i: man as well as that of the general public to a degree that is shocking to the conscience.

As 'James: Porch' lacked any actual articulable facts and evidence that i: man was actually engaged in "transportation" or that i: man had caused harm to another man or woman at the time of the warrantless seizure and arrest of i: man, and never made any attempt whatsoever to investigate into these necessary and mandatory elements of subject matter jurisdiction relating to the alleged offense, there was no legal basis creating a foundation for articulable probable cause that would serve to support 'James: Porch's' warrantless seizure and arrest and trespasses. Therefore, the warrantless seizure and arrest and trespasses of i: man by 'James: Porch' was completely unlawful and illegal and was not based upon any probable cause supporting subject matter jurisdiction.

i, say here, and will verify in open court,
that all herein be true

Thomas Frederick : Roger

Date: July 27, 2017

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
        Rogers Family
            *prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
    STATE OF NEW JERSEY;
        *wrongdoer(S)*

Notice

(verified)

### Notice: 'James: Porch' lacks in personam Jurisdiction

The *'rogers court'* presents notice:

It is an uncontested fact that 'James: Porch' conducted no
investigation into discovering any facts or evidence that would
prove i: man, was engaged in "transportation" at any time prior
to or during the alleged regulatory offense.

It is an uncontested fact that 'James: Porch's' entire
basis for making such an allegation is based entirely upon his
own unsubstantiated personal presumptions of law rather than
actual facts or evidence.

It is an uncontested fact that 'James: Porch' has no lawful
authority to seize and arrest i: man without warrant for an
alleged "transportation" offense if he lacked any articulable
facts and evidence supporting probable cause to believe that i:
man was actively engaged in "transportation."

It is an uncontested fact that, absent any facts and
evidence that i: man was engaging in "transportation," 'James:
Porch' lacked not only articulable probable cause to make a
warrantless seizure and arrest of i: man, but also any and all
in personam jurisdiction over i: man relating to enforcement of
regulatory statutes relevant to same.

It is an uncontested fact that, if 'James: Porch' never
believed that i: man was actively engaged in "transportation" at
the time of the alleged offense, thus 'James: Porch' never
intended to perform any investigation that would result in the
discovery of any admissible facts and evidence that would prove
i: man was so engaged, then it cannot be rightfully said that
'James: Porch' was acting on any specific articulable facts or
evidence supporting probable cause, but was acting instead upon

an entirely unlawful and unsubstantiated legal presumption that
the existing facts and evidence did not support.

It is an uncontested fact that, given the current state of
tensions in this nation and this state relating to law
enforcement officers brutally assaulting, injuring, and
murdering individuals that are doing nothing more than asserting
and exercising their fundamental and constitutionally protected
rights to not be subjected to false arrests, abuses of police
power, and injurious physical assaults and death at the hands of
out-of-control law enforcement personnel, 'James: Porch's'
demonstrably faulty and unsubstantiated legal presumption and
callous disregard of the facts and the law created an
unacceptable level of danger to the life, person, rights and
property of i: man as well as that of the general public to a
degree that is shocking to the conscience.

As 'James: Porch' lacked any actual articulable facts and
evidence that i: man was actually engaged in "transportation" or
that i: man had caused harm to another man or woman at the time
of the warrantless seizure and arrest of i: man, and never made
any attempt whatsoever to investigate into this necessary and
mandatory elements of in personam jurisdiction relating to the
alleged offense, there was no legal basis creating a foundation
for articulable probable cause that would serve to support
'James: Porch's' warrantless seizure and arrest and trespasses.
Therefore, the warrantless seizure and arrest and trespasses of
i: man by 'James: Porch' was completely unlawful and illegal and
was not based upon any probable cause supporting in personam
jurisdiction.

> i, say here, and will verify in open court,
>         that all herein be true
>
> *Thomas-Frederick: Roger*
>
> Date: *July 27, 2017*

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
      Rogers Family
            *prosecutor*
_____

James of the Porch Family;
STATE OF NEW JERSEY;
            *wrongdoer*

2:16-cv-08870-JMV-JBC

Notice: Statement of Beliefs

**(verified)**

## Notice: Statement of Beliefs

The *'rogers court'* presents notice:

i: man, believe that 'James: Porch' is in violation of
several protections of the Bill of Rights.  As 'James: Porch' is
the man who initiated contact with i: man, under the color of
his position as a State Trooper, it is his duty and a
requirement of due process to provide an accounting of his
actions under penalty of perjury.  To the knowledge of i: man,
he has not filed any an charging documents with joinder between
i: man, and himself or the "STATE OF NEW JERSEY" to support the
appearance tickets that were given to i: man on the side of the
road.

4th Amendment violations:   'James: Porch' has not provided
any articulable facts or evidence under penalty of perjury to
show that he had probable cause to investigate my property
through a "license plate check" or to initiate any restriction
of the movement of i: man.

> *cf.* "Violator:  Any person who a police officer reasonably
> believes: (1) has committed an offense of the first or
> second degree or an offense enumerated in appendix A of
> this policy, or (2) poses an immediate threat to the safety
> of the public or other police officers"  --New Jersey
> Police Vehicular Pursuit Policy p. 5

Without probable cause 'James: Porch' could not have lawfully pursued me in order to place i: man under arrest on the side of the road for what amounts to a civil infraction that applies exclusively to commercial motor vehicles.

Without probable cause 'James: Porch' did not have the authority to demand my paperwork and then take my property based upon that paperwork which is also a violation of the 5th amendment against self-incrimination.

Without probable cause 'James: Porch' would not have been able to get a warrant signed by a duly authorized judge for the seizure of my body or property.

Without probable cause 'James: Porch' had no right or duty to put his hands on my body let alone on my genitals.  If 'James: Porch' did so for his own "safety" it was him that created the unsafe situation in the first place for everyone involved and the general public who had to drive around us and into oncoming traffic as there was no shoulder for i: man to stop my property safely on.

i: man believe 'James: Porch' to be in violation of the protections of the 5th Amendment.  Without any probable cause or warrant any actions taken against i: man, Thomas-Frederick, were taken without due process of law.  i: man have been deprived of my right not to testify against myself when 'James: Porch' demanded my paperwork.  i have been deprived of my liberty when he placed i: man, under temporary arrest.  i: man was deprived of my property without due process of law when 'James: Porch' took my property without a valid warrant.

The property (and rights) taken from i: man, by 'James: Porch', a man acting under the color of his office as a State Trooper was private.  Just compensation must be paid.

Further i: man believe 'James: Porch' to be in violation of the protections in the 8th amendment.  The grabbing of my genitals in full view of the public under the spots lights of

the emergency vehicle he was driving was cruel and unusual.  The fines that he imposed upon i: man, through the appearance tickets are all punitive in nature.  i: man have not caused any harm requiring.

The fines would also constitute a taking of my property, the fruits of my labor, for public use.  Just compensation would be required for ordering me to turn over property to the "STATE OF NEW JERSEY".

Further i: man believe the taking of my body from the side of the road where my property was taken from me and then dropped off down the street constitutes kidnapping for the purposes of highway robbery.

Further i: man believe the forcing of i: man to pay for services that i: man did not contract for is involuntary servitude.  [*cf.* 18 USC 1581]

Further i: man believe the keeping of my property until i: man pay the towing and storage fees in addition to giving up my rights by forcing i: man to register my property as a commercial motor vehicle when it is not is extortion.

Further i: man believe that i was targeted specifically because i: man exercise my rights as a man who is also a native New Jerseyan [state national 8 USC 1101(a)(21)]  i: man believe this was done willfully to force i: man into compliance with U.S. citizenship.  i: man believe the destruction of my nationality to be Genocide.  [18 USC 1091]

Further i: man believe that 'James: Porch' due to his "Oath of Allegiance" to the foreign corporations known as the "UNITED STATES" and the STATE OF NEW JERSEY has lost his nationality in favor of foreign federal citizenship.

Further i: man believe that 'James: Porch' is an agent of a foreign principle as he is an "officer of the foreign corporation".  Is 'James: Porch' compliant with 22 USC 611 and 612?

Further while i: man am just a common man and do not speak legalese i: man believe that 22 USC 611 defines the men and women acting as agents of the of the foreign governments of the "UNITED STATES" and the "STATE OF NEW JERSEY" with respect to the American republics as insurgents.  When i: man read that i think of the groups ISIS and the Black Panthers.  They are both trying to push their political ideologies on the people through violence and as such are considered terrorist organizations. 'James: Porch' was clearly armed and i: man believe he would have been much more violent with me had i: man resisted his actions.  There were two other men on scene acting through the color of the office of NEW JERSEY STATE TROOPER.  Are these actions everyday occurrences? Should the NEW JERSEY STATE POLICE be added to the terrorist organization list?  As the actions of 'James: Porch' appear to be intended to intimidate or coerce a civilian population of a foreign nation with respect to the "UNITED STATES" and the "STATE OF NEW JERSEY" would his actions be considered "international terrorism" as defined in 18 USC 2331 of the rules to which he has sworn allegiance?

Further i: man, believe if 'James: Porch', an agent of a foreign principle, is enforcing slavery through terrorism then he would also be guilty of treason and levying war against **them** (emphasis added), the American republics, as defined in the Constitution for the united States of America.

Further i: man believe the STATE OF NEW JERSEY has provided a dishonest service to the people of the American republic, New Jersey state as well as to the police forces on its payroll. The "STATE OF NEW JERSEY is responsible for the training of the men and women who go out there on the streets to keep the peace.

Further i: man believe the men and women operating the "STATE OF NEW JERSEY" responsible for branding the people of the American republic who are doing nothing more than exercising their Creator given rights as "sovereign citizens" and then giving the men and women trained to be police officers false

information.   This false information is resulting in many
violent interactions with police officers.   I believe this is
further evidence of the attempt to stomp out the remaining state
natives instead of protecting the life, freedom, and property of
them as was the intended by the government's original creation.
Further it is acting outside of its own corporate charter based
upon the right and privileges contained in Article 1 of the
Corporate Charter knows as the current New Jersey Constitution.
I believe the STATE OF NEW JERSEY is therefore acting "ultra
vires" by providing compensation to men and women like 'James:
Porch' to treat people in the manner as occurred to i: man,
'Thomas-Frederick of the Rogers Family'.


                    i, say here, and will verify in open court,
                         that all herein be true.


                         Thomas-Fredick: Roga
                    Date: July 27, 2017

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Order

(verified)

## Order

The *'rogers court'* orders 'James: Porch' to supply on the public
record under penalty of perjury the laws and probable cause he
is relying on to justify his actions;

OR

The immediate return of my property (2004 Chevrolet Malibu vin:
1G1ZU5483F239787) delivered to my home at land address 77
Sanders Road, Rockaway Township, New Jersey U.S.A. within 72
hours receipt of this order.

i, say here, and will verify in open court,
that all herein be true

Date: *July 27, 2017*

'judge'   Date: _____

'**rogers court'**
**at**
'**Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

| 2:16-cv-08870-JMV-JBC |

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Order

(verified)

## Order

The '*rogers court'* orders 'James: Porch' to supply on the public
record under penalty of perjury the laws and probable cause he
is relying on to justify his actions within 7 days receipt of
this order;

OR

Pay compensation in the amount of $250,000 + $5000 per day that
i: man do not have possession and use of my property within 21
days of this order. (If property returned on July 31, 2017
James: Porch will have had possession of my property for 249
days.) Total compensation due if property returned on July 31,
2017 would be $1,495,000.00.

i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rog...*

Date: *July 27, 2017*

_____

'judge'    Date: _____

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
        Rogers Family
        *prosecutor*
_____

James of the Porch Family;
        STATE OF NEW JERSEY;
        *wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

## Order

The '*rogers court*' orders 'James: Porch' to supply on the public
record under penalty of perjury the laws and probable cause he
is relying on to justify the complaints filed against i: man on
November 26, 2016 within 72 hours;

OR

the immediate discharge of said complaints.

i, say here, and will verify in open court,
that all herein be true

*Thomas Frederick: Rog*
Date: *July 27, 2017*

'judge'   Date: _____

$Exhibit I$ 

| Court ID | Pref. | Ticket Number | WEST AMWELL MUNICIPAL COURT |
|---|---|---|---|
| **1026** | **E16** | **000616** | 150 ROCKTOWN |
| | | | LAMBERTVILLE, NJ 08530 |
| | | | (609) 397-2027 |

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT** ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF **$54** BEFORE THE SCHEDULED PAY BY DATE OF **12/10/2016**, YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW)

Drivers License No: **R61457406611772**      D/L State: NJ

Expiration Date: **01/31/2017**          ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

not i:man →

**THOMAS F. ROGERS**

|  | Telephone | Weight |
|---|---|---|
| 77 SANDERS RD | Birth Date: 11/27/1977 | Height **069** in |
| ROCKAWAY, NJ 07866-2015 | Eyes: Brown | Restrictions: 0 |
| | Sex: MALE | |

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make | Year |
|---|---|---|
| **RNC78D** | **Chevrolet** | Body Type **4 Door** |
| | Color **Red** | Exp Date |
| | Plate State: NJ | |

☐ Commercial Vehicle  ☐ Omnibus        ☐ Hazardous Materials  ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-4 DRIVING OR PARKING UNREGISTERED MOTOR VEHICLE**

Date of Offense **11/26/2016**          Time **08:45 PM**

Other Offense Information

☐ Construction Zone      ☐ Safe Corridor      ☐ 65 MPH Zone

☐ Accident              ☐ Personal Injury     ☐ Death/Serious Bodily Injury

Location: CR 579 OFF SH 31

Municipality: WEST AMWELL TWP.          County: HUNTERDON          Mun. Code (Offense): 1026

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THIS OFFENSE.

| **11/26/2016** | | **7789** |
|---|---|---|
| Date | TPR. PORCH | Officer ID |

**1. GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make **payment via the internet** by logging onto **www.njmcdirect.com** or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment

**2. PLEA OF NOT GUILTY.** If you want to plead not guilty. **You must notify the court at least 7 days before your scheduled pay by date** or it may be necessary for you to make additional court appearances

Amount of Penalty **$54**          Pay By Date **12/10/2016**

FOR MORE INFORMATION LOGON TO **WWW.NJMCDIRECT.COM**

**NOTICE**

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

♿  PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS

njsp_20110619

Exhibit J

| Court ID | Prefix | Ticket Number | WEST AMWELL MUNICIPAL COURT |
|----------|--------|---------------|------------------------------|
| 1026 | E16 | 000617 | 150 ROCKTOWN<br>LAMBERTVILLE, NJ 08530<br>(609) 397-2027 |

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT** ON THE PAY BY
DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED IF
YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $180 BEFORE THE
SCHEDULED PAY BY DATE OF 12/10/2016, YOU DO NOT NEED TO APPEAR IN COURT
(SEE INSTRUCTIONS BELOW)

Drivers License No: R61457406611772   D/L State: **NJ**

Expiration Date: **01/31/2017**   ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

not i: man ⟶

**THOMAS F. ROGERS**

|  |  |
|--|--|
| 77 SANDERS RD | Telephone       Weight<br>Birth Date 11/27/1977  Height **069** in<br>Eyes  Brown      Restrictions 0 |
| ROCKAWAY, NJ 07866-2015 | Sex  MALE |

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make | Year |
|---------------|--------------|------|
| **RNC78D** | **Chevrolet** | Body Type **4 Door** |
|  | Color **Red** | Exp Date |
|  | Plate State **NJ** | |

☐ Commercial Vehicle  ☐ Omnibus  ☐ Hazardous Materials  ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-29B FAIL TO POSS DRIV REG**

Date of Offense **11/26/2016**   Time **08:46 PM**

Other Offense Information

☐ Construction Zone  ☐ Safe Corridor  ☐ 65 MPH Zone
☐ Accident  ☐ Personal Injury  ☐ Death/Serious Bodily Injury

Location CR 579 OFF SH 31

Municipality: **WEST AMWELL TWP.**   County: **HUNTERDON**   Mun. Code (Offense): **1026**

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU
COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT
IN THIS COURT CHARGING YOU WITH THE OFFENSE.

**11/26/2016**   _____   **7789**
Date              TPR PORCH           Officer ID

**1. GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may
make payment via the internet by logging onto **www.njmcdirect.com** or you may bring or
mail this ticket and payment in the amount of the penalty to this court before the court date
listed above. Payments by mail must be by check or money order made payable to this
Municipal Court. **Do not send cash. Please print the ticket number on the front of the
check or money order.** A receipt will be sent to you only if you send a self-addressed,
stamped envelope along with payment.

**2. PLEA OF NOT GUILTY.** If you want to plead not guilty. **You must notify the court at least
7 days before your scheduled pay by date** or it may be necessary for you to make additional
court appearances.

Amount of Penalty $180   Pay By Date 12/10/2016

FOR MORE INFORMATION LOGON TO  **WWW.NJMCDIRECT.COM**

## NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL
PENALTIES MAY RESULT, A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR
DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET,
YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A
DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE
EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO
THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE
IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO
OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR
RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE
VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE
INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

Eg

♿ PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS   njep_20110616

Exhibit K

| 1026 | E16 | 000618 | 150 ROCKTOWN<br>LAMBERTVILLE, NJ 08530<br>(609) 397-2027 |
|------|-----|--------|---------------------------|

**YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT** ON THE DAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $46 BEFORE THE SCHEDULED PAY BY DATE OF **12/10/2016**, YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW)

Drivers License No: **R61457406611772**     D/L State: **NJ**

Expiration Date: **01/31/2017**     ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

not f:man →

**THOMAS F. ROGERS**

|  | Telephone | Weight |
|--|-----------|--------|
| 77 SANDERS RD | Birth Date 11/27/1977 | Height **069 in** |
| ROCKAWAY, NJ 07866-2015 | Eyes Brown | Restrictions 0 |
|  | Sex MALE |  |

AND DID UNLAWFULLY OPERATE A

| License Plate | Vehicle Make | Year |
|---------------|--------------|------|
| **RNC78D** | **Chevrolet** | Body Type **4 Door** |
|  | Color **Red** | Exp Date |
|  | Plate State **NJ** |  |

☐ Commercial Vehicle  ☐ Omnibus     ☐ Hazardous Materials  ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-76.2F FAILURE TO WEARSEAT EQUIPMENT-RESPONSIBILITY OF DRIVER**

Date of Offense **11/26/2016**     Time **08:46 PM**

Other Offense Information

☐ Construction Zone     ☐ Safe Corridor     ☐ 65 MPH Zone

☐ Accident     ☐ Personal Injury     ☐ Death/Serious Bodily Injury

Location CR 579 OFF SH 31

Municipality: **WEST AMWELL TWP.**     County: **HUNTERDON**     Mun. Code (Offense): **1026**

I CERTIFY THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE. I ALSO CERTIFY THAT I WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THIS OFFENSE.

| **11/26/2016** |  | **7789** |
|----------------|--|----------|
| Date | TPR PORCH | Officer ID |

**1. GUILTY PLEA AND PAYMENT.** If you wish to plead guilty and pay the penalty, you may make **payment via the Internet** by logging onto **www.njmcdirect.com** or you may bring or mail this ticket **and** payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. **Do not send cash. Please print the ticket number on the front of the check or money order.** A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

**2. PLEA OF NOT GUILTY.** If you want to plead not guilty, **You must notify the court at least 7 days before your scheduled pay by date** or it may be necessary for you to make additional court appearances.

Amount of Penalty **$46**     Pay By Date **12/10/2016**

FOR MORE INFORMATION LOGON TO **WWW.NJMCDIRECT.COM**

**NOTICE**

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE

IF YOU HOLD A COMMERCIAL DRIVER'S LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY. DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV

♿ PLEASE NOTIFY COURT OF DISABILTY ACCOMMODATION NEEDS