

**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, new jersey state
American republic
dejureman007@gmail.com



CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 AUG -1  P 3: 04

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE:  Case: 2:16-CV-08870-JMV-JBC:  Certification of Mailing**


Greetings James,

    i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', on behalf of Thomas F Rogers through the Post Office via First Class Mail.

              1) Letter to Clerks
              2) Letter to John Vazquez
              3) Time is of the essence
              4) Claim
              5) Notice of Living Man + Exhibits
              6) Notice Clearfield Doctrine
              7) Notice Doctrine of Ultra Vires
              8) Acceptance of Magistrate
              9) Notice Right to Pursue Claim
              10)    Notice Venue
              11)    Notice Jurisdiction
              12)    Notice Signatures
              13)    Notice Verifications
              14)    Notice Interference
              15)    Notice Only Men
              16)    Notice Statement of Facts
              17)    Notice No Motor Vehicle
              18)    Notice Lack of Probable Cause



**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, new jersey state
American republic
dejureman007@gmail.com


1438.408

19) Notice Not Authorized to Pursue
20) Notice Lack of Due Process
21) Notice Lack of Subject Matter Jurisdiction
22) Notice Lack of in personam jurisdiction
23) Notice Statement of Beliefs
24) Order Return Property
25) Order Pay Compensation
26) Order Discharge complaints + Exhibits

I say here, and will verify in open court
that all herein be true

*Darren-Vincent: Kent*

Date: 07-31-2017

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 AUG -1  P 3: 04

amended claim

Case # 2:16-cv-08870

**PRIORITY MAIL**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 AUG -1
04

X-RAYED

FROM: Thomas: Rogers
77 Sanders Road
Rockaway N.J. U.S.A.

TO: Federal District Court
50 Walnut St Room
Newark NJ 07102

9505 5138 4003 7212 1531 23

Expected Delivery Day: 08/01/2017

USPS TRACKING NUMBER

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PS00001000014


UNITED STATES POSTAL SERVICE