'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

CLERK
DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2: 2017 SEP 06 JMV-JBC

Notice: Response to Motion to
Dismiss

**(verified)**

## **Notice: Response to Motion to Dismiss**

The '*rogers court*' presents notice:

First let me address my nationality. As stated in my
amended claim i: man am a native New Jerseyan.  i: man am not a
U.S. citizen nor is my domicile located in Washington D.C. (i.e.
the "UNITED STATES").  My home is located on the soil of one of
the American republics united by and under the Constitution for
the united States of America. [c.f. Hooven & Allison Co v Evatt
324 US 652 (1945)]  Further I am one of the Creator's people
living under his law. (Exhibit A Notice of Living Man)  To the
best of my knowledge i: man have not signed any **VALID** contract
that reads otherwise nor would i: man in my right mind give up
my Creator given inherent rights for corporate privileges. The
code of the 'UNITED STATES' is consistent with this.

c.f. 1 USC 8(c) "(c) Nothing in this section shall be
construed to affirm, deny, expand, or contract any legal
status or legal right applicable to any member of the

species homo sapiens at any point prior to being "born alive" as defined in this section."

i: man therefore owe no duty to the 'STATE OF NEW JERSEY' or the 'UNITED STATES'. My allegiance is exclusive to the land and people of New Jersey **NOT** the government. Your 'UNITED STATES SUPREME COURT' is consistent in this belief

c.f. Hale v Henkel 201 US 43, 74-75 (1906)

"...We are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no right to refuse to submit its books and papers for examination on the suit of the State. The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to investigation, so far as it may tend to incriminate him. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His Rights are such as the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his Rights are the refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under warrant of

law. He owes nothing to the public so long as he does not trespass upon their rights."

"Upon the other hand, the corporation is a creature of the state. It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the state and the limitations of its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that the State, having chartered a corporation to make use of certain franchises, could not in exercise of its sovereignty inquire how those franchises had been employed, and whether they had been abused, and demand the production of corporate books and papers for that purpose."

i: man cannot be a citizen of the 'STATE OF NEW JERSEY' because one must be a U.S. citizen to vote as per the current STATE OF NEW JERSEY CONSTITUTION.  Therefore the 'STATE OF NEW JERSEY' corporation must be a subdivision of the 'UNITED STATES' and therefore not the republic as guaranteed by Article IV section IV of the Constitution for the united States of America.

Therefore i: man look to the 1844 constitution for the State of New Jersey (hereafter de jure constitution) as the de jure foundational document for the creation and limits of the government. i: man was not able to find the position of "NEW JERSEY STATE TROOPER" within the de jure constitution leading me to believe this position is a corporate creation and does not have an official capacity within the American republic, New Jersey. Further my claim is clear that i: man have made a claim against 'James: Porch' as a man not as a "state trooper". (Exhibit B: Notice only men)

Further even if 'James: Porch' was functioning in an "quasi-official capacity" he is deemed to know the law and to be acting within the law. Therefore he cannot claim immunity. [Owen v City of Independence]

The 'STATE OF NEW JERSEY' also cannot claim immunity.

As per the Clearfield Doctrine the STATE OF NEW JERSEY cannot enter commerce and retain immunity. A valid contract must be produced compelling my performance. No such contract exists to the best of my knowledge as I would never in my right mind agree to give up my Creator given inherent rights for corporate privileges.

Secondly the "UNITED STATES" Code reflects this and does not allow for immunity:

c.f. 42 USC 12202:  A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in [1] Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

While it seems that Kevin's accounting of events is similar to that of i: man he wasn't there.  He does not have any first-hand knowledge of the events of that night.  His entire accounting is hearsay and cannot be verified.  If 'James: Porch' would like to have any meaningful conversation about the events let him do so in a sworn statement of truth as i: man have done.

Kevin claims that this originates from three "traffic citations."  What exactly is a traffic citation?  Traffic is defined in Blacks online dictionary as follows:

TRAFFIC:  Commerce; trade; dealings in merchandise, bills, money, and the like. See In re Insurance Co. (D. C.) 96 Fed. 757; Levine v. State, 35 Tex. Cr. R. 647. 34 S. W. 960; People v. Hamilton, 17 Misc. Rep. 11, 39 N. Y. Supp. 531; Merriam v. Langdon, 10 Conn. 471.

And citation is defined as follows:

Citation:    In practice. A writ issued out of a court
of competent jurisdiction, commanding a person therein
named to appear on a day named and do something therein
mentioned, or show cause why he should not.

There are two problems here.  First i: man was not involved
in traffic at the time.  Secondly according to the de jure
constitution the justice of the peace is to be elected by the
people and i: man have the absolute right to a trial by jury.
This is reaffirmed in the 7th Article of the Bill of Rights.
'Ray Barson', man acting as MUNICIPAL JUDGE OF WEST AMWELL, was
appointed by the West Amwell corporate government.  He flies a
flag with a gold fringe advertising a military tribunal, and
there is no jury.  Therefore it is **NOT** a court of competent
jurisdiction.  It is a corporate administrative court created by
the 'STATE OF NEW JERSEY'.

Personal Liberty is considered a sacred inherent right.

"Personal liberty, or the Right to enjoyment of life and
liberty, is one of the fundamental or natural Rights, which
has been protected by its inclusion as a guarantee in the
various constitutions, which is not derived from, or
dependent on, the U.S. Constitution, which may not be
submitted to a vote and may not depend on the outcome of an
election. It is one of the most sacred and valuable Rights,

as sacred as the Right to private property ... and is
regarded as inalienable."

16 C.J.S., Constitutional Law, Sect.202

"Personal liberty largely consists of the Right of
locomotion -- to go where and when one pleases -- only so
far restrained as the Rights of others may make it
necessary for the welfare of all other citizens. The Right
of the Citizen to travel upon the public highways and to
transport his property thereon, by horse drawn carriage,
wagon, or automobile, is not a mere privilege which may be
permitted or prohibited at will, but the common Right which
he has under his Right to life, liberty, and the pursuit of
happiness. Under this Constitutional guarantee one may,
therefore, under normal conditions, travel at his
inclination along the public highways or in public places,
and while conducting himself in an orderly and decent
manner, neither interfering with nor disturbing another's
Rights, he will be protected, not only in his person, but
in his safe conduct."

II Am.Jur. (1st) Constitutional Law, Sect.329

"The use of the highways for the purpose of travel and
transportation is not a mere privilege, but a common and

fundamental Right of which the public and the individual cannot be rightfully deprived."

Chicago Motor Coach vs. Chicago, 169 NE 22?1;

Ligare vs. Chicago, 28 NE 934;

Boon vs. Clark, 214 SSW 607;

25 Am.Jur. (1st) Highways Sect.163

Further your Supreme Court of the UNITED STATES has made it clear the STATE cannot license secured liberties:

"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution…", "…No state may convert any secured liberty into a privilege and issue a license and a fee for it."

Murdock v. Penn 319 U.S. 105 (1943)

"If the State does convert your right into a privilege and issue a license and a fee for it, you can ignore the license and fee and engage the right with impunity"

Shuttlesworth v. Birmingham Al. 373 U.S. 262 (1962)

Further Kevin is presuming my property meets the essential elements of certain definitions. Let's examine those definitions as the "UNITED STATES" defines them.

(6)Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and used for commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo.

(10)Used for commercial purposes.— The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

Under 49 CFR 390.5 the "UNITED STATES" defined driver as follows: Driver means any person who operates any commercial motor vehicle.

These definitions are consistent with traffic. Nor does it appear from the "citations" handed (only a man can be handed a piece of paper) to me on the side of the road (exhibit C letter from Philip J. Faherty, III with email confirming the contents of the envelope) does 'James: Porch' believe i: man was involved in driving or traffic either. He did not indicate that my property was being used for such purposes. Further what training does 'James: Porch' have to make a legal determination? He does not appear to be competent enough to fill out a traffic

citation properly. He failed to indicate critical information and other information is incorrect. Further he did not provide any facts, evidence, or sworn statement to back up his actions. The "citations" are the entire "discovery" made available by Philip J. Faherty, III. They are entirely hearsay as there is no verifiable information included nor are they signed in wet ink under penalty of perjury. He did not include an expiration date for the registration over which he took my property against my will without a warrant.

Further if 'James: Porch' is incapable of filling out a "citation" how is he capable of deciding that my property was "illegal" and that it was "necessary" to take my property against my will without a warrant because i: man didn't pay off his employer for $46.50. Further "necessary" does not sound like required. Does this mean it was done at 'James: Porch's' discretion? What is his basis for the "necessary" taking of my property and putting his hands on my body and genitals against my will at implied gun point (i: man would not like to consider the scenario had i resisted even a little bit) without a warrant? What is his basis for holding of my property for ransom until I pay his employer's protection money and then pay off the bill created by 'James: Porch' to a towing company whom I made no contract with nor would i: man have had any reason to. This is in addition to punitive fines of $280 which do not go

towards the remedy of why i: man was arrested in the first place as there is no actual real harmed party.

Further under common law 'James: Porch' placed i: man under arrest the very moment he turned his emergency lights on behind me. Once my freedom of locomotion was interfered with against my will and without a warrant i: man was under arrest. i: man was not free to go. It is such common knowledge that i: man should not need any references that 'James: Porch' had no authority to arrest i: man unless i: man committed a felony offense in front of him or he had strong reason to believe i: man had. Without those same essential elements or proof through facts and evidence that i: man was involved in "traffic" his search of my personal information through the identification plate issued by his employer (Not by choice but because of the extreme inconvenience of ignorant police officers should i: man choose to take them off.) was also unlawful. All information he would have gleaned from said unlawful arrest is inadmissible.

My family and i: man have now been deprived of the use and enjoyment of our property for more than ten months due to the callous disregard and presumptions of law made by 'James: Porch'. He has provided no evidence to support his actions while we have been put through the extreme inconvenience of borrowing automobiles to get to health appointments, and provide for our needs. Our lives have been disrupted unnecessarily considering at no point was i: man a danger to the public.

Even if the matter of compensation must go before a jury i: man require the immediate return of my property so that my family and I can resume the use and enjoyment of an automobile i: man spent 7.5 years paying off with no help from the "STATE OF NEW JERSEY" that was "taken" on the mere whim of a man on a power trip.

Further as a man from the country of New Jersey subject only to God's law, would this motion to dismiss under "UNITED STATES" rules be considered an extra judicial activity under common law and therefore a denial of due process?

The causes of action are common law causes of action.

Further as per the rules of the court which i: man have brought into the court Kevin Dronson's paperwork is both unsigned and unverified.  It is therefore void and he is in contempt of court.  (Exhibit D: Rules of Court)

> i, say here, and will verify in open court,
> that all herein be true

Thomas-Frederick: Rogers

Date: September 9, 2017

**Exhibit A**

**Notice of a man**

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer(S)*

Notice: 'man, one of God's human
creators'

(verified)

## Notice of a man, one of God's human Creators

It is an uncontested fact that i am a man, one of God's human
Creators (Exhibit B photo) (Exhibit C Authenticated Certificate
of Live Birth);

It is an uncontested fact that i, a man, am subject only to
God's laws and the Laws of nature (Exhibit L Public law 97-280);

It is an uncontested fact that i, a man, stand upon the land of
the American republic, new jersey state as a native New Jerseyan
with all rights reserved.  This fact is verified by the United
States Department of State.  (Exhibit D authenticated passport
application);

It is an uncontested fact that i, a man, have not signed an oath
of allegiance to the "United States" or any of its political
subdivisions;

It is an uncontested fact that i, a man, am not a government
employee nor do i willingly hold the "office of person" within
the "United States";

It is an uncontested fact that i do not consent to participate
in the legal society known as the "United States" or any of its
political subdivisions.  (Exhibit E, voter rescission, and F,
jury duty notification)

 i, say here, and will verify in open court, that all herein be true

Thomas Frederick : Rogers

Date: July 27, 2017



**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, new jersey state
American republic
dejureman007@gmail.com



Exhibit B

   i: man, Darren-Vincent: Kent, a native New Jerseyan, moved
into my home at 36 Sanders Road on Rockaway, New Jersey during
the Spring of 1999.   I have known the man in the picture marked
Exhibit 1 as Thomas-Frederick of the Rogers Family, also a
native New Jerseyan, since i: man moved in and during the entire
duration of my living here

                    I say here, and will verify in open court
                         that all herein be true

                    Darren-Vincent: Kent

                    Date: 02-31-2017



Exhibit 1





Exhibit C 1/2

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

VINCENT T ARRISI

WHO HATH SIGNED THE FOREGOING CERTIFICATE, WAS, AT

THE DOING THEREOF, AND NOW IS

STATE REGISTRAR

IN AND FOR THE STATE OF NEW JERSEY DULY APPOINTED,

AND SWORN ACCORDING TO LAW, AND THAT FULL FAITH AND

CREDIT ARE TO BE GIVEN TO THE OFFICIAL ATTESTATIONS;

AND I FURTHER CERTIFY, THAT THE SEAL THERETO ANNEXED

IS THE OFFICIAL SEAL, AND THAT THE SAID SIGNATURE

IS IN THE PROPER HANDWRITING OF THE SAID

VINCENT T ARRISI.



IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
26TH DAY OF JULY A.D. 2017

*Ford M Scudder*

Ford M Scudder
State Treasurer

Certificate Number: 1397819010
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Exhibit C2b

NEW JERSEY STATE DEPARTMENT OF HEALTH **CERTIFICATE OF LIVE BIRTH**

129 –
STATE FILE NUMBER

| 1. NAME OF CHILD | (First) | (Middle) | (Last) |
|---|---|---|---|
| | Thomas | Frederick | Rogers |

87794

| 2a. DATE OF BIRTH | 2b. Hour | 3. Sex | 4a. This Birth | 4b. If Twin or Triplet, this child born |
|---|---|---|---|---|
| November 27th 1977 | 11:35 ᴀᴍ | M. | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ |

| 5. PLACE OF BIRTH | 6. USUAL RESIDENCE OF MOTHER (If institution, residence before admission) |
|---|---|
| a. County Morris | a. State New Jersey   b. County Morris |
| b. City ☐ (Check box and give name) Boro ☐ Denville, N.J. Twp. ☐ | c. City ☐ (Check box and give name) Boro ☐ Rockaway Twp. Twp. ☐ |
| c. Name of (If not in hospital or institution give street address) Hospital or Institution St. Clare's | d. Street Address (If rural, give P.O. Address) Sanders Rd. |

| 7a. Mother's Maiden Name | 7b. Age | 7c. State of Birth (If not in U.S.A. name country) |
|---|---|---|
| Deborah Elizabeth Wiswall | 24 | New Jersey |

| 7d. Name municipality within whose limits mother actually lives (not necessarily mailing address) |
|---|
| Rockaway Twp. N.J. |

| 8a. Father's Name | 8b. Age | 8c. State of Birth (If not in U.S.A. name country) |
|---|---|---|
| Max Arnold Rogers | 27 | New York |

| 9a. Informants Name and Address | 9b. Relation to Child |
|---|---|
| Deborah E. Rogers (same) | Mother |

| 10a. I certify that child was born alive on the date stated above Signature | 10b. Date Signed 12-16-77 | 10c. ATTENDANT: PHYSICIAN ☐ OTHER (Specify) ☐ |
|---|---|---|
| 10d. Certifier's Name (Type or Print) Reza Zarkesh, M.D. | 10e. Mailing Address 149 Park Rd. Parsippany N.J. | |
| 11a. Registrar's Signature | 11b. Date Received by Local Registrar DEC 28 1977   Dec. 21 1977 | |

DATE ISSUED: **June 17, 2016**

ISSUED BY:
**New Jersey Department of Health**
**Office of Vital Statistics and Registry**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42A
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

No. 16-03530

Exhibit O ⅛

# United States of America



## DEPARTMENT OF STATE

To all to whom these presents shall come, Greeting:

*I Certify That* __Brykyta K. Shelton__

*whose name is subscribed to the document herein authenticated, was at the time*

*of subscribing the same* __Chief, Records Services Division.__

__Passport Services__ _____ *Department of State, United States*

*of America, and had full faith and credit are due to all their acts as such.*



*In testimony whereof, I* __John F. Kerry__

*Secretary of State, have hereunto caused the seal of the*

*Department of State to be affixed and my name subscribed by the*

*Authentication Officer of the said Department, at the city of*

*Washington, in the District of Columbia, this* __14th__

*day of* __September__ *,* __16__

__John F. Kerry__
*Secretary of State*

*By* _____
*Authentication Officer, Department of State*

*This certificate is not valid if it is removed or altered in any way whatsoever*



United States Department of State

*Washington, D.C. 20520*

Exhibit O
2/6



## WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical erations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of three pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #271746505 for United States passport book #539105124 issued to Thomas Frederick Rogers on January 22, 2016, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

-2-



... further state that this certification is intended to satisfy the following ... ... : ...

* Rule —, Federal Rules of Civil Procedure
* Rule 27, Federal Rules of Criminal Procedure
* Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykspan R. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: ___SEP 1 3 2016___

Exhibit D 4/6



APPLICATION FOR A U.S. PASSPORT

Please Print Legibly Using Black Ink Only

271746505

ROGERS

THOMAS                          FREDERICK

11 27 1977      DENVILLE  NJ

000000000  tomrogers1127 @ gmail.com   9 7 3 7 8 4 4 5 1 9

CARE OF 77 SANDERS RD

ROCKAWAY          NJ  07866

STOP! CONTINUE TO PAGE 2

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

ROGERS THOMAS F

JAN 12 2016

FOIA. (b)(6)

DS-11 09-2013                                                      Page 1 of 2

Exhibit D s/c

Date of Birth (mm/dd/yyyy)
11/27/1977

Name Frederick

Last Name and Hame as Birth

A R N O L D

ROGERS

Place of Birth

Sex     U.S. Citizen
X Male
Female X No

03.1950

Last Name (at Person's Birth)

First and Middle Name(s)

DEBORAH ELIZABETH

WISWALL

Place of Birth

Last Name (at Person's Birth)

Sex     U.S. Citizen
Male
X Female X No

5 1953

Have you ever been married?   X Yes   No   If yes, complete the remaining items at #11
Full Name of Current Spouse or Most Recent Spouse

Date of Birth (mm/dd/yyyy)

Place of Birth

REBECCA ANNE ROGERS 05/9/1981

Citizen   Date of Marriage  08/06/2006
X no   (mm/dd/yyyy)

Have you ever been widowed or divorced?   Widow/Divorce Date
No   X Yes   (mm/dd/yyyy)

12. Additional Contact Phone Number

Home   Cell

12. Occupation (if age 16 or older)

landscaping

14. Employer or School (if applicable)

self employed

15. Height   16. Hair Color   17. Eye Color

5'9   Brown   Brown

18. Travel Plans
Departure Date (mm/dd/yyyy)   Return Date (mm/dd/yyyy)   Countries to be Visited

19. Permanent Address - If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address
Street RFD # or URB (No P.O. Box)

Apartment/Unit

RFD 77 SANDERS RD

State   Zip Code

ROCKAWAY                                    NJ   07866

20. Emergency Contact - Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name

Address  Street/RFD # or P.O. Box

Apartment/Unit

Rebecca Anne Rogers                      77 Sanders Rd

City   State   Zip Code   Phone Number   Relationship

Rockaway   NJ   07866   973-794-4510   Wife

21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?   Yes   X No   If yes, complete the remaining items at #21
Name as printed on your most recent passport book

Most recent passport book number   Most recent passport book issue date (mm/dd/yyyy)

Status of your most recent passport book   Submitting with application   Stolen   Lost   In my possession (if expired)
Name as printed on your most recent passport card

Most recent passport card number   Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card   Submitting with application   Stolen   Lost   In my possession (if expired)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

FOIA: (b)(6)

DS 11 4 09 2013 2

DS-11  05-2013                                                    Page 2 of 2

Exhibit D

00218052-0003





Re: Rescind Voter Registration

Dear Morris County Elections Officer,

It has come to my attention that there is an error in my voter registration. I am not nor have I ever been a U.S. citizen. I am a Constitutional New Jersey State National living on the land within the geographical borders of New Jersey.

For this reason I do not meet the requirements of voter registration for "United States" elections and require that my voter registration be rescinded.

Sincerely,

Thomas Frederick Rogers

Thomas Frederick Rogers
American National

Date: July 11, 2016

**i, a man**
**Thomas F. Rogers**
American State National
77 Sanders Road, Rockaway, New Jersey (zip exempt)
Phone: (862) 209-1350
Email: tomrogers1127@gmail.com

Exhibit F



September 13, 2016

Kristen Brand
Morris County Jury Manager
P.O. Box 910
Morristown, NJ 07963-0910

RE: Jury Inelligibility

Greetings Kristen,

It has recently come to my attention that I am not now
nor have I ever been a United States citizen. I am in fact an
American State National from one of the 50 States of Union.
This fact has been certified by the U.S. Department of State (see
exhibit a).

For these reasons I am not elligible for jury duty. I require
you remove me from all jury service now and in the future.

If your records have not been previously updated, to avoid
confusion, I previously inhabited 19 Sanders Rd, Rockaway
New Jersey.

Sincerely,
Thomas F Rogers

Exhibit L

## PUBLIC LAW 97-280—OCT. 4, 1982     96 STAT. 1211

Public Law 97-280
97th Congress

### Joint Resolution

Authorizing and requesting the President to proclaim 1983 as the "Year of the Bible".     Oct. 4, 1982
                                                                                          [S.J. Res. 165]

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and

Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is     Year of the
authorized and requested to designate 1983 as a national "Year of     Bible.
the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

Approved October 4, 1982.

LEGISLATIVE HISTORY—S.J. Res. 165:

CONGRESSIONAL RECORD, Vol. 128 (1982):
    Mar. 31, considered and passed Senate.
    Sept. 21, considered and passed House.


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

# Exhibit B

# Notice Only Men

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Notice: Only Men

**(verified)**

## Notice: Only Men

The 'rogers court' presents notice:

**Firstly:** i: man, Thomas-Frederick of the Rogers Family, declare that I am a man. i am not a plaintiff, Mr., or anything other than a man. Any document submitted referring to i: man as anything other than i: man, prosecutor, or Thomas-Frederick: Rogers, the Court will take notice as contempt of court and document will be VOID

**Secondly:** i: man, declare that 'James: Porch' is also a man. 'James: Porch' is not a defendant, trooper, or anything other than a man. Any document submitted referring to 'James: Porch' as anything other than "James: Porch" or "wrongdoer", the Court will take as notice of contempt of court and document will be VOID.

i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rogers*

Date: *July 27, 2017*

# Exhibit C

# Letter from Philip J. Faherty III

 **Gmail**

Tom Rogers <tfrogerslaw@gmail.com>

---

## Motor Vehicle Summonses

---

**Hunt & Faherty** <Hunt_Faherty@verizon.net>                                          Fri, Sep 1, 2017 at 10:00 AM
To: Tom Rogers <tfrogerslaw@gmail.com>
Cc: Mary Hoagland <Mary.Hoagland1@njcourts.gov>, rbarson@barsonlaw.com

Mr. Rogers:

  The summonses were mailed to you as well as sent via email.  In addition, Trooper Porch personally handed you those summonses on the date of the incident.  **As previously indicated, there is no further discovery associated with those summonses.**

  This matter may be resolved by going online and paying the fines.

  Contested cases are tried in court and not via email correspondence.  As such, there shall be no further email communication concerning your case if you choose to appear in court.

Philip J. Faherty, III

West Amwell Township Prosecutor

**From:** Tom Rogers [mailto:tfrogerslaw@gmail.com]
**Sent:** Friday, September 01, 2017 7:22 AM
**To:** Hunt & Faherty
**Cc:** Mary Hoagland; rbarson@barsonlaw.com
**Subject:** Re: Motor Vehicle Summonses

[Quoted text hidden]

Hunt & Faherty
Counsellors at Law
40 Delaware Avenue
P.O. Box 217
Lambertville, New Jersey
08530

07866-201577

TRENTON NJ 085

29 AUG 2017 PM 5 L

Thomas-Frederick: Rogers
77 Sanders Road
Rockaway, NJ  07866

*Hunt & Faherty*
*Counsellors at Law*
*40 Delaware Avenue*
*P. O. Box 217*
*Lambertville, New Jersey*
*08530*

August 11, 2017

PHILIP J. FAHERTY, III

SEAN P. FAHERTY

EDGAR W. HUNT (1880-1960)

PHILIP J. FAHERTY, JR. (1912-1995)

———

AREA CODE 609

397-0900

FAX: 397-5710

Thomas F. Rogers
77 Sanders Road
Rockaway, NJ   07866

RE:   State Police Motor Vehicle Summonses

Dear Mr. Rogers,

As you may know I am the prosecutor in West Amwell Municipal Court. The Court Administrator has advised that you have issues with your driving privileges.

Although you have never formally requested discovery from me, which by the way is required by New Jersey Rules of Court, I have taken the liberty of contacting the New Jersey State Police and am providing you with the following:

1)   Copy of Summons #1026-E16-000616, charge of 39:3-4;
2)   Copy of Summons #1026-#16-000617, charge of 39:3-29B;
3)   Copy of Summons #1026-E16-000618, charge of 39:3-76.2F.(the original of all of these summonses I am sure were handed to you by the officer)

Any issues you may have with the Motor Vehicle Commission with respect to your privilege to drive are not the fault of West Amwell Municipal Court, its Judge, its Administrator or its Prosecutor.

My understanding is that your proposed suspension was a result of your failure to appear in West Amwell Municipal Court to answer the above summonses.

I believe the matter will be scheduled for court in September.

Very truly yours,

Philip J. Faherty, III

PJF:mpm

Via email also tfrogerslaw@gmail.com

CC:  Mary Hoagland via email

## 1026-E16-000616

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $ 54 BEFORE THE SCHEDULED PAY BY DATE OF 12/10/2016. YOU DO NOT NEED TO APPEAR IN COURT
(SEE INSTRUCTIONS BELOW).

| Drivers License No: | R61457406611772 | D/L State: | NJ |

| D/L Expiration Date: | 01/31/2017 | | Commercial License |

### THE UNDERSIGNED CERTIFIES THAT

| **THOMAS F ROGERS** | Telephone: | Weight: |
| 77 SANDERS RD | Birth Date: **11/27/1977** | Height: |
| ROCKAWAY, NJ 07866 | Eyes: **BLUE** | Restrictions: 0 |
| | Sex: **M** | |

### AND DID UNLAWFULLY OPERATE A

| License Plate No. | Vehicle Make: CHEV | Year: |
| **RNC78D** | Color: **RED** | Body Type: |
| | Plate State: **NJ** | Exp Date: |

| Commercial Vehicle | Omnibus | Hazardous Material | Out of Service |

### AND DID COMMIT THE FOLLOWING OFFENSE

### 39:3-4 - DRIVING OR PARKING UNREGISTERED MOTOR VEHICLE

| Date of Offense: **11/26/2016** | Time: **20:45 PM** |

| Construction Zone | Safe Corridor | 65 MPH Zone |
| Accident | Personal Injury | Death/Serious Bodily Injury |

| Location: CR 579 OFF SH 31 | Mun. Code (Offense): **1026** |
| Municipality: **WEST AMWELL TWP.** | County: **HUNTERDON** |

I certify that there are just and reasonable grounds to believe that you committed the above offense. I also certify that I will file this complaint in this court charging you with this offense.

| **11/26/2016** | *[signature]* | **7789** |
| Date | TPR. J A PORCH | Officer ID |

1. GUILTY PLEA AND PAYMENT. If you wish to plead guilty and pay the penalty, you may make payment via the internet by logging onto www.njmcdirect.com or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. Do not send cash. Please print the ticket number on the front of the check or money order. A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

2. PLEA OF NOT GUILTY. If you want to plead not guilty, you must notify the court at least 7 days before your scheduled pay by date or it may be necessary for you to make additional court appearances.

| Amount of Penalty: $ 54 | Pay By Date: 12/10/2016 |

TO MAKE PAYMENT VIA THE INTERNET OR FOR MORE INFORMATION, LOGON TO WWW.NJMCDIRECT.COM

### NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST, AND YOUR DRIVING PREVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV.

### PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS

---

### ROAD CONDITION

| Wet | [x] Dry | Ice | Snow |

### AREA TYPE

| Business | School | [x] Residential | Rural |

### TRAFFIC DENSITY

| [x] Light | Medium | Heavy |

### VISIBILITY

| [x] Clear | Rain | Fog |

**NARRATIVES:**

# 1026-E16-000617

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $ 180 BEFORE THE SCHEDULED PAY BY DATE OF 12/10/2016. YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW).

| | |
|---|---|
| Drivers License No: **R61457406611772** | D/L State: **NJ** |
| D/L Expiration Date: **01/31/2017** | ☐ Commercial License |

### THE UNDERSIGNED CERTIFIES THAT

**THOMAS F ROGERS**

77 SANDERS RD

ROCKAWAY, NJ 07866

Telephone:

Birth Date: **11/27/1977**

Eyes: **BLUE**

Sex: **M**

Weight:

Height:

Restrictions: **0**

### AND DID UNLAWFULLY OPERATE A

| License Plate No. | Vehicle Make: **CHEV** | Year: |
|---|---|---|
| **RNC78D** | Color: **RED** | Body Type: |
| | Plate State: **NJ** | Exp Date: |

☐ Commercial Vehicle ☐ Omnibus ☐ Hazardous Material ☐ Out of Service

### AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-29B - FAIL TO POSS DRIV REG**

Date of Offense: **11/26/2016**   Time: **20:45 PM**

☐ Construction Zone ☐ Safe Corridor ☐ 65 MPH Zone

☐ Accident ☐ Personal Injury ☐ Death/Serious Bodily Injury

Location: **CR 579 OFF SH 31**   Mun. Code (Offense): **1026**

Municipality: **WEST AMWELL TWP.**   County: **HUNTERDON**

I certify that there are just and reasonable grounds to believe that you committed the above offense. I also certify that I will file this complaint in this court charging you with this offense.

| **11/26/2016** | *J L P* | **7789** |
|---|---|---|
| Date | TPR. J A PORCH | Officer ID |

1. GUILTY PLEA AND PAYMENT. If you wish to plead guilty and pay the penalty, you may make payment via the internet by logging onto www.njmcdirect.com or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. Do not send cash. Please print the ticket number on the front of the check or money order. A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

2. PLEA OF NOT GUILTY. If you want to plead not guilty, you must notify the court at least 7 days before your scheduled pay by date or it may be necessary for you to make additional court appearances.

Amount of Penalty: **$ 180**   Pay By Date: **12/10/2016**

TO MAKE PAYMENT VIA THE INTERNET OR FOR MORE INFORMATION, LOGON TO WWW.NJMCDIRECT.COM

## NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST, AND YOUR DRIVING PREVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV.

**PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS**

### ROAD CONDITION

☐ Wet ☒ Dry ☐ Ice ☐ Snow

### AREA TYPE

☐ Business ☐ School ☒ Residential ☐ Rural

### TRAFFIC DENSITY

☒ Light ☐ Medium ☐ Heavy

### VISIBILITY

☒ Clear ☐ Rain ☐ Fog

**NARRATIVES:**

# 1026-E16-000618

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT ON THE PAY BY DATE TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED. IF YOU PLEAD GUILTY AND PAY THE PENALTY AMOUNT OF $ 46 BEFORE THE SCHEDULED PAY BY DATE OF 12/10/2016, YOU DO NOT NEED TO APPEAR IN COURT (SEE INSTRUCTIONS BELOW).

| | |
|---|---|
| Drivers License No: **R61457406611772** | D/L State: **NJ** |
| D/L Expiration Date: **01/31/2017** | ☐ Commercial License |

THE UNDERSIGNED CERTIFIES THAT

**THOMAS F ROGERS**

77 SANDERS RD

ROCKAWAY, NJ 07866

| | |
|---|---|
| Telephone: | Weight: |
| Birth Date: **11/27/1977** | Height: |
| Eyes: **BLUE** | Restrictions: 0 |
| Sex: **M** | |

AND DID UNLAWFULLY OPERATE A

| License Plate No. | Vehicle Make: **CHEV** | Year: |
|---|---|---|
| **RNC78D** | Color: **RED** | Body Type: |
| | Plate State: **NJ** | Exp Date: |

☐ Commercial Vehicle   ☐ Omnibus   ☐ Hazardous Material   ☐ Out of Service

AND DID COMMIT THE FOLLOWING OFFENSE

**39:3-76.2F - FAILURE TO WEAR SEAT EQUIPMENT-RESPONSIBILITY OF DRIVER**

Date of Offense: **11/26/2016**    Time: **20:45 PM**

☐ Construction Zone    ☐ Safe Corridor    ☐ 65 MPH Zone

☐ Accident    ☐ Personal Injury    ☐ Death/Serious Bodily Injury

Location: **CR 579 OFF SH 31**    Mun. Code (Offense): **1026**

Municipality: **WEST AMWELL TWP.**    County: **HUNTERDON**

I certify that there are just and reasonable grounds to believe that you committed the above offense. I also certify that I will file this complaint in this court charging you with this offense.

| **11/26/2016** | *[signature]* | **7789** |
|---|---|---|
| Date | TPR. J A PORCH | Officer ID |

1. GUILTY PLEA AND PAYMENT. If you wish to plead guilty and pay the penalty, you may make payment via the internet by logging onto www.njmcdirect.com or you may bring or mail this ticket and payment in the amount of the penalty to this court before the court date listed above. Payments by mail must be by check or money order made payable to this Municipal Court. Do not send cash. Please print the ticket number on the front of the check or money order. A receipt will be sent to you only if you send a self-addressed, stamped envelope along with payment.

2. PLEA OF NOT GUILTY. If you want to plead not guilty, you must notify the court at least 7 days before your scheduled pay by date or it may be necessary for you to make additional court appearances.

Amount of Penalty: $ 46    Pay By Date: **12/10/2016**

TO MAKE PAYMENT VIA THE INTERNET OR FOR MORE INFORMATION, LOGON TO WWW.NJMCDIRECT.COM

## NOTICE

IF YOU FAIL TO APPEAR FOR YOUR SCHEDULED COURT DATE, THEN ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST, AND YOUR DRIVING PRIVILEGES IN NEW JERSEY MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGEMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE. EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE.

IF YOU HOLD A COMMERCIAL DRIVERS LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL MVC WEBSITE AT WWW.NJMVC.GOV.

PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS

## ROAD CONDITION

☐ Wet   ☒ Dry   ☐ Ice   ☐ Snow

## AREA TYPE

☐ Business   ☐ School   ☒ Residential   ☐ Rural

## TRAFFIC DENSITY

☒ Light   ☐ Medium   ☐ Heavy

## VISIBILITY

☒ Clear   ☐ Rain   ☐ Fog

**NARRATIVES:**

# Exhibit D
# Rules of Court

**'rogers court'**
**at**
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

| 2:16-cv-08870-JMV-JBC |

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Notice: Signatures

**(verified)**

## Notice: signatures

The '*rogers court*' presents notice:

**Firstly:**   i: man, declare and require: all documents (including
recommendations and orders) being placed into the
'case' file to have affixed upon it a "wet-ink"
(purple or blue ink) signature of its creator, (NO
RUBBER STAMPS) all documents submitted without "wet-
ink" (purple or blue ink) signature the Court will
take notice as a contempt of court and will be VOID;

i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rog...*

Date: *July 27, 2017*



**'rogers court'**
at
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Notice

**(verified)**

## Notice: verifications

The *'rogers court'* presents notice:

**Firstly:** i: man, declare and require: all documents (including recommendations and orders) being placed into the 'case' are to be verified in open court, under oath or affirmation, all documents submitted without verification the Court will take notice as contempt of court and will be VOID;

**[I.E. no third party interlopers]**

i, say here, and will verify in open court,
that all herein be true

*Thomas-Frederick: Rogers*

Date: *July 27, 2017*

'**rogers court**'
at
'**Federal District Court of New Jersey**'

i: man, Thomas-Frederick of the
      Rogers Family
       *prosecutor*

    James of the Porch Family;
     STATE OF NEW JERSEY;
       *wrongdoer(s)*

2:16-cv-08870-JMV-JBC

Notice: Interference

**(verified)**

## Notice: Interference

The '*rogers court*' presents notice:

    i: man declare: any interference of, for, or with the
enjoyment of [my] property [the exercise of right(s)], by any
qualified Employee, of court, will be held liable for damage due
to injury and/or harm, resulting from or arising out ANY
tortuous act, error, or omission of the individual ['trespass
upon the case'];

    i: man will require: compensation of one-dollar for every
second (viz., moment in Time) for **any** trespass;

          i, say here, and will verify in open court,
            that all herein be true

Thomas Frederick: Rogers
Date: July 27, 2017



**'rogers court'**
at
**'Federal District Court of New Jersey'**

i: man, Thomas-Frederick of the
        Rogers Family
        *prosecutor*

James of the Porch Family;
    STATE OF NEW JERSEY;
        *wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

## Order

The *'rogers court'* orders 'James: Porch' to supply on the public
record under penalty of perjury the laws and probable cause he
is relying on to justify his actions;

OR

The immediate return of my property (2004 Chevrolet Malibu vin:
1G1ZU5483F239787) delivered to my home at land address 77
Sanders Road, Rockaway Township, New Jersey U.S.A. within 72
hours receipt of this order.

        i, say here, and will verify in open court,
                that all herein be true

                *Thomas-Fredick: Rogers*
                Date: *September 10, 2017*


'judge'     Date: _____



'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

_____

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

## Order

The 'rogers court' orders the immediate dismissal with prejudice
of the complaints (1026-E16-000616, 1026-E16-000617, 1026-E16-
000618) for lack of jurisdiction.

i, say here, and will verify in open court,
that all herein be true

*Thomas Frederick: Rogers*

Date: *September 10, 2017*

_____

'judge'    Date:_____