

**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, New Jersey  U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 SEP 12  P 2: 59

**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

1) Response to Motion to Dismiss
2) Order: return Property
3) Order: Dismiss complaints

I say here, and will verify in open court
that all herein be true

_Darren-Vincent: Kent_
Date: 09-11-2017