

'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i: man, Thomas-Frederick of the Rogers Family<br>*prosecutor* | 2:16-cv-08870-JMV-JBC |
| James of the Porch Family;<br>STATE OF NEW JERSEY;<br>*wrongdoer* | Notice: Fictional Entity<br><br>**(verified)** |

## Notice: Fictional Entity

The 'rogers court' presents notice:

'THOMAS FREDERICK ROGERS' is an assumed name owned by i: man, Thomas-Frederick: Rogers. (see attached Exhibit 1)

i, say here, and will verify in open court,
that all herein be true

*Thomas Frederick: Rogers*

Date: Sep 20, 2017

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

ASSUMED NAME:   **THOMAS FREDERICK ROGERS**

PRINCIPAL PLACE OF BUSINESS:   **77 SANDERS RD  ROCKAWAY NJ 07866 USA**

NAMEHOLDER(S):

| Name: | Address: |
|---|---|
| **Thomas Frederick Rogers** | c/o 77 Sanders Road  Rockaway NJ 07866 USA |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:   **Thomas-Frederick: Rogers**

MAILING ADDRESS:   **None Provided**

EMAIL FOR OFFICIAL NOTICES:   **tfrogerslaw@gmail.com**

## Office of the Minnesota Secretary of State
## Certificate of Existence and Registration

I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below was filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.

| | |
|---|---|
| Name: | THOMAS FREDERICK ROGERS |
| Date Filed: | 09/19/2017 |
| File Number: | 965779900027 |
| Minnesota Statutes, Chapter: | 333 |
| Home Jurisdiction: | Minnesota |

This certificate has been issued on: 09/20/2017



Steve Simon
Secretary of State
State of Minnesota



**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, New Jersey  U.S.A.
dejureman007@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 SEP 29  P 4: 08

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

   1)  Notice Fictional Entity


            I say here, and will verify in open court
                that all herein be true

                _Darren-Vincent: Kent_
                Date: 09-22-2017

