

**i: man, a Creation of God**
Darren-Vincent: Kent
36 Sanders Rd, Rockaway, New Jersey U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

      1) Notice Correction of wording

   i, say here, and will verify in open court under penalty of perjury under the laws of the united States of America that all herein be true and correct.

_Kent, Darren-Vincent_

Date: 01-11-18

Executed without the United States [28 U.S.C. 1746 (1)]



'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
   Rogers Family
       *prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
       *wrongdoer*

2:16-cv-08870-JMV-JBC

Notice: Correction of wording

**(verified)**

## Notice: Correction of wording

The '*rogers court*' presents notice:

Had i: man known, in good faith, that wording was recognized by the court is recognized as being "without the United States" [c.f. 28 USC 1746(1)] i:man would have used it from the beginning.

i:man hereby correct all wording, throughout my claim, from "i, say here, and will verify in open court, that all herein be true" to:

"i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

i say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Rogers, Thomas-Frederick

Date: January 11, 2018

Executed without the United States [28 USC 1746(1)]

Rogers, Thomas-Frederick
c/o 77 Sanders Road
Rockaway, N.J. [07866]
U.S.A.

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 JAN 12 P 2:42

Federal District Court
50 Walnut St Room 4015
Newark, N.J. 07102