

i: man, One of the Creator's People
Rogers, Thomas-Frederick
77 Sanders Road, Rockaway, new jersey state
united States of America
TFRogersLaw@gmail.com

January 15, 2018

John Michael Vazquez
man acting as magistrate
50 Walnut Street
Newark, NJ 07102

RE: 2:16-cv-08870      Rogers (claimant) vs STATE OF NJ et al.

Greetings (Hon) John,

It is my understanding that an attorney and that only a real party to the case can submit sworn statements and or evidences.

It is my awareness that Kevin: Dronson is acting as attorney for the 'wrongdoers'. He is not a real party to the case. Therefore no statement made by Kevin: Dronson is admissible as facts or evidence for consideration by the court. As an attorney any statement made by Kevin: Dronson is inherently hearsay.

'James: Porch' nor the 'STATE OF NEW JERSEY' have presented any sworn statement of probable cause or any independent facts and evidences to rebut anything within my claim and prove the actions of James: Porch to be lawful.

Without any sworn statements supported by facts

and evidences the court has nothing to decide in reference to the Motion to Dismiss by Kevin:Dronson.

If the actions of 'James:Porch' were in fact lawful, then James:Porch should be able to supply the articulable facts and independent evidences that he relied upon to come to the conclusions of law that he did without difficulty. Was he not required to file reports with this information at the time of his actions on the public record & with the administrative agency for which he was acting? Or maybe James:Porch did not file this information because he never did an investigation to obtain any facts or evidences because he did not believe at the time i was guilty. If that is the case then he won't be able to supply it because it doesn't exist.

James:Porch is a man who claims to enforce the law. He is therefore expected to know the law before he imposes himself on the people against their will. He is not entitled to immunity in any form when his actions are against a native New Jerseyan. A native New Jerseyan who has no significant nexus to the "STATE OF NEW JERSEY" or his employer. How then within the laws of the united States of America does James:Porch justify his actions?

According to Philip:Faherty (man who claims to act as prosecutor for WEST AMWELL but has no oath of office according to Lora Olsen, clerk of West Amwell.) the only information on the public record is an unsigned computer printout with incorrect information. (My eyes are brown not

2

blue.) Considering the small fortune the military and the 'STATE OF NEW JERSEY' spent training him, one would think James: Porch would be trained to pay more attention to detail. i doubt the military police would have tolerated such mistakes. If he is that incompetent can any of his statements be relied upon as true and correct?

To this day neither i nor the court have been presented with a sworn statement supported by facts and evidence for why James: Porch took my property at gunpoint and put his hands on my body and genitals. The circumstances at the time felt like they were designed to instill fear and terror within me, a native New Jerseyan, for the purpose of scaring me into compliance with the political agendas of the 'STATE OF NEW JERSEY', a United States federal corporation.

i caused no harm nor did breach the peace. i was not "driving" a motor vehicle. i was exercising the right of freedom of locomotion using a modern conveyance. To these i have provided sworn statements supported by facts and evidence. i will verify these statements under penalty of perjury under the laws of the united States of America that all is true and correct to the best of my knowledge before a jury in open court.

i believe a response with facts and evidence which rebuts my claim point for point for consideration by the court was due on August 30, 2017 by your orders. If only sworn statements with verifiable facts and evidence

3

can be used to rebut my claim than none have been provided. It has been 138 days as of this writing since your ordered deadline has passed. Have the 'wrongdoers' not long ago accepted my claim as true and factual by their silence? i have issued new default orders.

Godspeed,

Rogers, Thomas-Frederick.