

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
    Rogers Family
        *prosecutor*

James of the Porch Family;
    STATE OF NEW JERSEY;
        *wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

## Order

The 'rogers court' orders:

the immediate dismissal with prejudice of complaints made by James: Porch for lack of probable cause, facts, and evidence.

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rogus, Thomas-Frederick*
Executed without the United States [28 USC 1746]

Date: *January 16, 2018*

_____
'judge'    Date:_____