

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
       Rogers Family
           *prosecutor*

   James of the Porch Family;
     STATE OF NEW JERSEY;
           *wrongdoer*

2:16-cv-08870-JMV-JBC

Order

(verified)

**Order**

Pay compensation in the amount of $250,000 + $5000 per day that i: man do not have possession and use of my property within 21 days of this order.

At the time of this order on January 16, 2018, 'James: Porch' has had possession of my property for 417 days.

Total compensation: $2,335,000.000

   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rogers, Thomas Frederick*
Executed without the United States [28 USC 1746(1)]

Date: *January 16, 2018*

_____

'judge'   Date:_____