

'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i: man, Thomas-Frederick of the Rogers Family<br>*prosecutor* | 2:16-cv-08870-JMV-JBC |
| James of the Porch Family;<br>STATE OF NEW JERSEY;<br>*wrongdoer* | Order<br><br>(verified) |

## Order

The *'rogers court'* orders

The immediate return of my property (2004 Chevrolet Malibu vin: 1G1ZU5483F239787) delivered to my home at land address 77 Sanders Road, Rockaway Township, New Jersey U.S.A. within 72 hours receipt of this order.

or

Compensate i: man for the full retail value of my property at the time that it was taken.

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Executed without the United States [28 USC 1746(1)]

Date: _January 16, 2018_

_____
'judge'    Date:_____