

**i: man, a Creation of God**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey  U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

    i: man, Kent, Darren-Vincent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

        1) Letter to (Hon) John Vazquez
        2) Default Orders


    i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-Vincent*
Executed without the United States [28 USC 1746(1)]

Date:  01-16-18