

**i: man, One of the Creator's People**
Rogers, Thomas-Frederick
77 Sanders Road, Rockaway, new jersey U.S.A.
TFRogersLaw@gmail.com

U.S. DISTRICT COURT
NEW JERSEY
RECEIVED
2018 JAN 25

January 24, 2018

John Michael Vazquez
man acting as magistrate
Federal District Court
50 Walnut Street
Newark, NJ 07102

RE: [2:16-cv-08870]

Greetings (Hon) John,

It is my understanding that under the laws of the united States of America under common law as per the seventh amendment, the 'wrongdoers' had 21 days to either rebut my claim point for point with sworn statements supported by facts and evidence, pay the claim in full, or have a trial for a jury to decide this matter once and for all.

Even according to the rules of the "UNITED STATES" the 'wrongdoers' had a maximum of 60 days. [c.f. 28 USC 1608]

The amount of time the laws of both the united States of America and of the UNITED STATES allow for a verifiable response for the court to consider has more than doubled.

Godspeed

Rogers, Thomas-Frederick



**i: man, a Creation of God**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

      1) Letter to (Hon) John Vazquez

   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-Vincent*
Executed without the United States [28 USC 1746(1)]

Date: 01-22-2018

Rogers, Thomas-Frederick
C/o 777 Sanders Road
Rockaway, N.J. [07866]
U.S.d.

CERTIFIED MAIL

7017 1450 0001 2374 7278

Federal District Court
50 Walnut St Room 4015
Newark, N.J. 07102

U.S. POSTAGE PAID
ROCKAWAY, NJ
07866
JAN 23, 18
AMOUNT
$3.95
R2304M110741-05

2018 JAN 25 P 3:31
DISTRICT COURT RECEIVED
DISTRICT OF NEW JERSEY