

'rogers court'
at
'Federal District Court of New Jersey'

| | |
|---|---|
| i: man, Thomas-Frederick of the Rogers Family<br>*prosecutor*<br>———————————————<br>James of the Porch Family;<br>STATE OF NEW JERSEY;<br>*wrongdoer* | 2:16-cv-08870-JMV-JBC<br><br>Notice: Declaration of Sovereignty |

## Notice: Declaration of Sovereignty

The *'rogers court'* presents notice:

Firstly, i: Rogers, Thomas-Frederick am a man.  i: man am equal to all other men. Declaration of Independence.  (see attached)

Secondly: i: man am one of the sovereign people of America:

> "**We the People** of the United States in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, **do ordain and establish** this Constitution for the united States of America."  Preamble to the Constitution for the united States of America. [Emphasis added]

> "…at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects…with none to govern by themselves…"  Chisholm v Georgia, (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472. [verified]

> "Sovereignty itself, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo v. Hopkins 118 U.S. 356; 6 S.Ct. 1064 (1886) [verified]

> "The very meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

Thirdly:   At no point as the sovereign did i authorize ye, John Michael Vazquez, to adjudicate my case;

> "For the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life at the mere will of another seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself." Yick Wo v. Hopkins 118 US 356 (1886)

Fourthly:   At no point as the sovereign did i authorize the court or the clerks of the court to convert my **claim** to a "complaint". i complain to no man.

Fifthly:   At no point as the sovereign did i ever knowingly and willfully subject myself to the jurisdiction of the "UNITED STATES", a creation of the sovereign American People;

> "It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned it sovereign powers simply because

>it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head." MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL. 1982. SCT. 394, 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148 [verified]

Sixthly: The "U.S. District Court" is a court of record and all courts of record proceed according the course of the common law.

>"A 'court of record' is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate [the jury] designated generally to hold it, and preceding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v Jones 188 Mo. App. 220, 175 S.W. 227,229: Ex parte Gladhill, 8 Metc., Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406,155 N.E. 688, 689 [Blacks Law 4th Ed., '68, pg426]

>"The judge cannot direct a verdict, it is true, and the jury has the power to bring in a verdict in the teeth of both law and facts." Horning v. District of Columbia, 254 U.S. 135 (1920)

Seventhly: This is my court of record and ye, John, are the magistrate. Ye are independent from the tribunal. Unless a fully empowered jury not on the government payroll is present than i as the sovereign am the tribunal. Only i can issue orders.

A court is a stage upon which the sovereign conducts his show as to satisfy to the rest of the world that his decision is a good one.

International Law: A Court is the person and suite of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be.

Court of Record (Blacks Law 4th edition)
1. Generally has a seal;  (my right thumb print)
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)

the tribunal is independent of the magistrate

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rogers, Thomas-Frederick*
Executed without the United States [28 USC 1746(1)]

Date: *February 5, 2018*

# IN CONGRESS, JULY 4, 1776.

## The unanimous Declaration of the thirteen united States of America.

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. — We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world. — He has refused his Assent to Laws, the most wholesome and necessary for the public good. — He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them. — He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only. — He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures. — He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people. — He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within. — He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. — He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing judiciary powers. — He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. — He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance. — He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. — He has affected to render the Military independent of and superior to the Civil power. — He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: — For Quartering large bodies of armed troops among us: — For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States: — For cutting off our Trade with all parts of the world: — For imposing Taxes on us without our Consent: — For depriving us in many cases, of the benefits of Trial by Jury: — For transporting us beyond Seas to be tried for pretended offences — For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: — For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: — For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever. — He has abdicated Government here, by declaring us out of his Protection and waging War against us. — He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people. — He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation. — He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands. — He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. Nor have We been wanting in attentions to our British brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends. —

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. — And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

[Signatures of the signers follow, including John Hancock, Button Gwinnett, Lyman Hall, Geo Walton, Wm Hooper, Joseph Hewes, John Penn, Edward Rutledge, Thos Heyward Junr, Thomas Lynch Junr, Arthur Middleton, Samuel Chase, Wm Paca, Thos Stone, Charles Carroll of Carrollton, George Wythe, Richard Henry Lee, Th Jefferson, Benj Harrison, Ths Nelson jr, Francis Lightfoot Lee, Carter Braxton, Robt Morris, Benjamin Rush, Benj Franklin, John Morton, Geo Clymer, Ja Smith, Geo Taylor, James Wilson, Geo Ross, Caesar Rodney, Geo Read, Tho M:Kean, Wm Floyd, Phil Livingston, Frans Lewis, Lewis Morris, Richd Stockton, Jno Witherspoon, Fras Hopkinson, John Hart, Abra Clark, Josiah Bartlett, Wm Whipple, Saml Adams, John Adams, Robt Treat Paine, Elbridge Gerry, Step Hopkins, William Ellery, Roger Sherman, Sam¹ Huntington, Wm Williams, Oliver Wolcott, Matthew Thornton]