

'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

2:16-cv-08870-JMV-JBC

Order

### Order

The 'rogers court' orders:

'James: Porch', a servant of the American People, to come forward and speak for himself to prove his actions were lawful within ten (10) business days receipt of this order. Failure to do so is evidence of unlawful activity;

or

Let 'James: Porch' own declaration of incompetence through his representation by 'Kevin: Dronson', a BAR attorney, carry forward to his occupation as a State Trooper and be removed from duty;

or

the 'wrongdoers' may make arrangements for the satisfaction of my claim in full;

or

a trial by jury is to commence 21 days from the expiration of the ten day response period;

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Rogers, Thomas Frederick

Date: February 5, 2018

Executed without the United States [28 USC 1746(1)]
Date: _____