





**PRIORITY MAIL**

USPS TRACKING NUMBER
9505 5138 4003 8036 2305 57

X-RAYED

FROM:
Rogers, Thomas-Frederick
c/o 77 Sanders Road
Rockaway, N.J. [07866]
U.S.A.

TO:
Federal District Court
50 Walnut St Room 4015
Newark, N.J. 07102

U.S. POSTAGE PAID
ROCKAWAY, NJ
07866
FEB 05, 18
AMOUNT
$0.05
R2304M110741-05