

```
                        'rogers court'
                             at
              'Federal District Court of New Jersey'
```

i: man, Thomas-Frederick of the
        Rogers Family
          *prosecutor*

                                    2:16-cv-08870-JMV-JBC

    James of the Porch Family;
       STATE OF NEW JERSEY
       (Duns # 067373258);
          *wrongdoer*

Order: John Michael Vazquez disqualified (verified)

Order: John Michael Vazquez disqualified

The 'rogers court' hereby orders 'John Michael Vazquez', man acting as magistrate, disqualified from all proceedings involving i: man Rogers, Thomas-Frederick for showing an appearance of partiality, an appearance of protecting the 'wrongdoers', and usurpation of authority not granted to him;

Firstly, ye have shown an appearance of partiality from the beginning by forcing i: man to "represent the incorporated U.S. person" against my will, over my objections, and to the detriment of my unalienable rights as one of the American People;

Secondly, ye have shown an appearance of partiality from the beginning by converting my claim as a man to a "complaint as a U.S. person" against my will, over my objections, and to the detriment of my unalienable rights as one of the American People;

Thirdly, ye have shown an appearance of partiality from the beginning by refusing to recognize the common law guaranteed by the 7th Article of the Bill of Rights

The Federal Rules of Civil Procedure are intended for attorneys who are representing incompetent people and "persons". They are meant as a set of rules for the attorneys to follow due to the fact that such clients are unable to speak for themselves;

Fourthly, ye have shown an appearance of protecting the 'wrongdoers' by usurping the authority of the tribunal. Ye held extra judicial proceedings not of the common law. Ye have allowed an attorney to present hearsay statements. Ye have issued orders without authority to do so. Ye actions have been over my objections and to the 'wrongdoers' benefit at my detriment. i as one of the American People am not ye subject to order about as ye please;

Fifthly, as one of the owners of the de jure American government I have chosen for my court to meet at one of my public buildings which the "UNITED STATES DISTRICT COURT" appears to be currently occupying. While the American People should not have to pay for justice i have compensated the "UNITED STATES DISTRICT COURT" in the amount of $400 of lawful money [12 U.S.C. 411] to handle the logistics of my court of record. Your actions are depriving me of the services that i have already paid for;

Sixthly, it is a well established fact of law that the moment ye impartiality is compromised ye are disqualified as a judge. Ye are required to disqualify ye self without my filing paperwork, motions, or any other nonsense;

Seventhly, it is a well established fact of law that once a judge is disqualified any action taken by said judge is without authority. Such acts are undertaken in their private capacity and cause real harm. Such acts are void with no force or effect of law;

Eighthly, this handwritten order bearing my natural seal (right thumbprint) is prima facie evidence that i am spirit in the embodiment of a man;

It is actions such as these that have undermined the faith of the American People in the "just-us" system that has been forced upon us through indoctrination, fraud, deceit, and violence. i know who i am as a spirit of the Source Creator in the embodiment of a man living and standing on American soil, a common law land where no man is subject to another without his or her consent. If i have not been clear let me do so now.

<u>i DO NOT CONSENT</u>

No matter what ye and the men and women of the "UNITED STATES" and the "STATE OF NEW JERSEY" impose upon me against my will and over my objections having caused no harm, violated no contract, nor breach the peace my spirit will shine through such forced servitude. When this physical life experience as a man is over i will stand tall and proud before our Creator. The question is how will ye stand before our Creator? Are ye prepared to stand before our Creator having broken your sacred oath to Him and the American People? Why? To protect other men who

who have disregarded their oaths as mere trivialities? We both know such contracts have implications beyond the here and now.

Ye may disqualify ye self and void ye own orders so another magistrate who is going to proceed according to the common law can take over in ye place or ye may void ye own orders and proceed according to the common law of ye own accord within seven (7) days of this filing.

i, say here, and will verify in open court under penalty of purjury under the laws of the united States of America that all herein be true and correct

Rogers, Thomas- Frederick
executed without the United States
[28 U.S.C. 1746(1)]

Date: February 12, 2018



**i: man, a Creation of God**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey  U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE:  Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

   1) Disqualification of John Michael Vazquez


   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-Vincent*
Executed without the United States [28 USC 1746(1)]

Date: 02/13/2018