

**i: man, One of the American People**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101


**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

    i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

        1) Solemn Recognition of mixed war against a
          Peaceful American, A Declaration of Independence


   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-Vincent*
Executed without the United States [28 USC 1746(1)]

Date: 2-22-2018

# Solemn Recognition of Mixed War Against a Peaceful American
## A Declaration of Independence

i, Thomas-Frederick of the Rogers family am a peaceful American born, standing, and living on American soil. i am a spirit of the Source Creator currently experiencing life as a man that holds to the self-evident Truths that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness.

It is an established fact that the United States and its agencies and subdivisions through belligent actions have taken over the de jure governments of the American People at all levels in a foreign de facto occupation subject to the Hague Conventions, Geneva Conventions, Universal Declaration of Human Rights, and the International Covenant on Civil and Political Rights. The Life, Liberty, Freedom, private Property and the local American law must be observed. There has, however, been a long Train of Abuses and Usurpations, pursuing invariably the same Object, to evince a Design to reduce i under absolute Despotism.

The history of the current men and women of the United States and its various corporate de facto agencies is a History of repeated Injuries and Usurpations, all having in direct Object the Establishment of an absolute Tyranny over me. To prove this, let Facts be submitted to a candid World:

- They have repeatedly forced me to submit to their authority under threat of violence, kidnapping, extortion, and human trafficking;
- They have repeatedly forced me to accept and involuntarily submit to their "United States person" in violation of International Law;
- They have refused to assent to their own laws or the laws of the American People;
- They have consistently remained in dishonor through silence;
- They have consistently denied i the right to confront my accuser;
- They have repeatedly denied me the Benefits of Trial by jury;
- They have obstructed the Administration of Justice, by refusing their Assent to Laws for establishing American


RECEIVED
FEB 23 2018
WILLIAM T. WALSH, CLERK

common law courts of record;
- They have made the Judges dependent on the will and whim of the administrators and the American Bar Association;
- They have erected a multitude of new Offices and sent hither Swarms of Officers to harass 'i and the American People, and eat out the Fruits of our labor and Substance;
- They are keeping among us, in Times of Peace, Standing armies, through increasingly militarized and violent police forces, without the consent of the American People. These militarized forces are continuing to escalate the situations against peaceful Americans to force the issue of declaring them enemy when they are forced to defend their own lives from the unlawful violence of the occupying forces;
- They have combined together to subject 'us to a jurisdiction foreign to our Constitutions, and unacknowledged by the laws of the American People; giving instead assent to their acts of pretended legislation;
- They have protected each other, by mock investigation and Trial, from Punishment for any Trespasses which they should commit on 'i and the American People
- They have abolished our American republic in Washington D.C. establishing therein an arbitrary corporate Government, and enlarging its boundaries so as to render it at once Example and fit Instrument for introducing the same absolute Rule in these 50 united States of America;
- They are abolishing our most valuable laws and altering fundamentally the Form of our American republics;
- They have suspended our American legislatures and declared themselves vested with power to legislate for 'i and my fellow Americans in all cases whatsoever and impose whatever taxes they choose without my consent or the consent of the American People;

In every state of these Oppressions I have Petitioned for Redress. My repeated petitions have been answered only by repeated injury. Men and women, whose character is thus marked by every act which may define a Tyrant, are unfit to be the representatives of a free People.
All of my communications with these men and women in attempt to bring forth the American law and the laws of the United States which also support the protection of the

American People have been ignored. No question has been answered, no justification has been provided, nor has jurisdiction in any case been proven. It has simply been a case of because we say so you will obey.

i, therefore must, as one of the peaceful American People, a spirit in the embodiment of a man, solemnly publish through the Federal Court and recognize that the men and women of the United States and its agencies and subdivisions have declared war on i without provocation.

It is my wish to remain one of the peaceful American People. i am not now nor have i ever been a combatant against the United States during its occupation of America. The repeated crimes against a sovereign civilian population and the forced obedience to the laws of foreign insurgents are violations of the Hague and Geneva Conventions, the Universal Declaration of Human Rights, and the International Covenant on Civil and Political Rights.

From this point forward any meaningful communication between myself and any men or women of the United States or its agencies and subdivisions must be done in the form of a sworn affidavit in which the man or woman attempting to communicate with i must fully identify themselves first and state their business second. All casual conversation from this point forward will be considered harassment and ignored.

If the men and women of the United States and its agencies and subdivisions would like to recognize and honor the laws of the American People and move forward accordingly within fourteen (14) days than International criminal complaints will not be necessary.

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that all herein be true and correct

Rogers Thomas-Frederick
Executed without the United States
[28 USC 1746(i)]
Date: February 22, 2018

Rogers, Thomas-Frederick
1877 Sanders Road
Rockaway, N.J. [07866]
U.S.a.

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 FEB 23 P 3:19

Federal District Court
50 Walnut St Room 4015
Newark, N.J. 07102