

**i: man, One of the American People**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey U.S.A.
dejureman007@gmail.com



James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

**RE:   Case: 2:16-CV-08870-JMV-JBC:   Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

   1) Notice: Correction of Record
   2) Self-Authenticated Solemn Recognition of Mixed
       War Against a Peaceful American

   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-Vincent*
Executed without the United States [28 USC 1746(1)]

Date: March 26TH, 2018



'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
    Rogers Family
    *prosecutor*

---

James of the Porch Family;
STATE OF NEW JERSEY;
    *wrongdoer*



2:16-cv-08870-JMV-JBC

Notice: Correction of Record

(verified)

## Notice: Correction of Record

The '*rogers court*' presents notice:

    It has come to my attention that my Solemn Recognition of Mixed War against a peaceful American could have been presented differently. It is my wish at this time to correct the record. Please see attached updated Solemn Recognition of Mixed War against a peaceful American.

    i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rogers Thomas Frederick*
Executed without the United States [28 USC 1746(1)]

Date: March 24, 2018



**i: man, One of the American People**
Rogers, Thomas-Frederick
77 Sanders Road, Rockaway, new jersey U.S.A.
TFRogersLaw@gmail.com

Self-Authentication of
Solemn Recognition of Mixed War
Against a Peaceful American

i: man, Rogers, Thomas-Frederick, who is one of the American People hereby verify that the attached copy of my Solemn Recognition of Mixed War is an authentic reproduction of the original.

    i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that all herein be true and correct.

*Rogers, Thomas-Frederick*
Executed without the United States [28 USC

Date: *March 12, 2018*

*Notice to principle is notice to agent and notice to agent is notice to principle*

# Solemn Recognition of Mixed War Against a Peaceful American
# A Declaration of Independence

i, Thomas-Frederick of the Rogers family am a peaceful American born, standing, and living on American soil. i am a spirit of the Source Creator currently experiencing life as a man that holds to the self-evident Truths that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness.

It is an established fact that the United States and its agencies and subdivisions through belligerent actions have taken over the de jure governments of the American People at all levels in a foreign de facto occupation subject to the Hague Conventions, Geneva Conventions, Universal Declaration of Human Rights, and the International Covenant on Civil and Political Rights. The Life, Liberty, Freedom, private Property and the local American Law must be observed. There has, however, been a long Train of Abuses and Usurpations, pursuing invariably the same Object, to evince a Design to reduce i under absolute Despotism.

The history of the current men and women of the United States and its various corporate de facto agencies is a history of repeated Injuries and Usurpations, all having in direct Object the Establishment of an absolute Tyranny over me. To prove this, let Facts be submitted to a candid World:

- They have repeatedly forced me to submit to their authority under threat of violence, kidnapping, extortion, and human trafficking;
- They have repeatedly forced me to accept and involuntarily submit to their " United States person in violation of International Law;
- They have refused to assent to their own laws or the laws of the American People;
- They have consistently remained in dishonor through silence;
- They have consistently denied i the right to confront my accuser;
- They have repeatedly denied me the Benefits of Trial by jury;
- They have obstructed the Administration of Justice, by refusing their Assent to Laws for establishing American

Rogers, Thomas-Frederick
c/o 77 Sanders Road
Rockaway, N.J. [07866]
U.S.A.



Federal District Court
50 Walnut St Room 4015
Newark, N.J. 07102

7017 1450 0001 2374 6998

0710 2 $35 95 CO14



U.S. POSTAGE
PAID
ROCKAWAY, NJ
07866
MAR 28, 18
AMOUNT
$4.16
R2304M110741-08

07102

1000
UNITED STATES POSTAL SERVICE


