

**i: man, One of the American People**
Kent, Darren-Vincent
36 Sanders Rd, Rockaway, New Jersey U.S.A.
dejureman007@gmail.com

James B Clark
Referral Clerk
Federal District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE: Case: 2:16-CV-08870-JMV-JBC: Certification of Mailing**

Greetings James,

   i: man, Darren-Vincent: Kent, hereby certify that I have sent the following documents to Kevin Dronson, Attorney for 'wrongdoers', for Thomas-Frederick: Rogers through the Post Office via First Class Mail.

      1) Statement of Truth


   i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kent, Darren-V[signature]*
Executed without the United States [28 USC 1746(1)]

Date: **March 26th, 2018**



'rogers court'
at
'Federal District Court of New Jersey'

i: man, Thomas-Frederick of the
Rogers Family
*prosecutor*

2:16-cv-08870-JMV-JBC

James of the Porch Family;
STATE OF NEW JERSEY;
*wrongdoer*

Statement of Truth

**(verified)**

### Statement of Truth

It is the belief of i that the only way the men and women of the U.S. District Court can alter my claim, ignore my paperwork, and act outside of the law is if they are somehow representing me.

Let me make myself clear.  Any man or woman, attorney, clerk, judge, or otherwise who may think they are representing me is **FIRED!!!**

i, say here, and will verify in open court under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Rogers, Thomas Frederick*
Executed without the United States [28 USC 1746]

Date: March 23, 2018




U.S. POSTAGE
PAID
ROCKAWAY, NJ
07866
MAR 28 18
AMOUNT
**$3.95**
R2304M110741-08

1000    07102

7017 1450 0001 2374 7162

Federal District Court
50 Walnut St   Room 4015
Newark, N.J. 07102

Rogers, Thomas-Frederick
c/o 77 Sanders Road
Rockaway, N.J. [07866]
U.S.a.